*CRIS, et al.*

*vs.*

*CHARLES NORMAN*

Deposition of

**Derek Casper**

Volume I

May 23, 2019



pri court reporting, llc

prompt. precise. professional.

390 S. Washington Avenue
Columbus, Ohio 43215

614.460.5000 · 800.229.0675

fax 614.460.5566

www.priohio.com · pri@priohio.com

1          IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
2                   EASTERN DIVISION

3   COMMUNITY REFUGEE AND        )
    IMMIGRATION SERVICES;        )
4   GUMAA ISMAIL YAHYA           )
    IBRAHIM; AND BADRELDIN       )
5   RAHOUMA, ON BEHALF OF        )
    THEMSELVES AND ALL OTHERS    )
6   SIMILARLY SITUATED,          )
                                 )
7        Plaintiffs,             )
                                 )  VOLUME I OF II
8        vs.                     )  Civil Action No.
                                 )  2:18-cv-1189
9   CHARLES NORMAN,              )
    REGISTRAR, OHIO BUREAU OF    )
10  MOTOR VEHICLES, IN HIS       )
    OFFICIAL CAPACITY,           )
11                               )
         Defendant.              )
12

13                   - - -

14        (Continued on the next page)

15

16

17

18

19

20

21

22

23

24

```
 1  INTERCOMMUNITY JUSTICE AND    )
    PEACE CENTER; ERLIN LORENA    )
 2  RODRIGUEZ ENAMORADO,          )
    INDIVIDUALLY AND AS NEXT      )
 3  FRIEND OF J.G.R., MARIA       )
    MONJARAZ, INDIVIDUALLY AND    )
 4  AS NEXT FRIEND OF A.M.;       )
    AND MARIA CABRERA,            )
 5  INDIVIDUALLY AND AS NEXT      )
    FRIEND OF K.I.A., ON          )
 6  BEHALF OF THEMSELVES AND      )
    ALL OTHERS SIMILARLY          )
 7  SITUATED,                     )
                                  )
 8       Plaintiffs,              )
                                  )
 9       vs.                      )  Civil Action No.
                                  )  2:18-cv-1247
10  CHARLES NORMAN, REGISTRAR,    )
    OHIO BUREAU OF MOTOR          )
11  VEHICLES, IN HIS OFFICIAL     )
    CAPACITY,                     )
12                                )
         Defendant.               )
13

14                  VOLUME I

15                 DEPOSITION

16               of DEREK CASPER

17

18            Taken at the offices of
         Ohio Department of Public Safety
19            1970 West Broad Street
                Columbus, Ohio 43223
20
           on May 23, 2019, at 8:59 a.m.
21

22       Reported by: Julia Lamb, RPR, CRR

23                   -=0=-

24
```

1   APPEARANCES:

2           Emily M. Brown
            Kathleen C. Kersh
3           ADVOCATES FOR BASIC LEGAL EQUALITY, INC.
            130 West Second Street, Suite 700E
4           Dayton, Ohio 45402
            937.535.4408
5           ebrown@ablelaw.org
            kkersh@ablelaw.org
6
                    and
7
            Mark R. Heller
8           Eugenio Mollo, Jr.
            ADVOCATES FOR BASIC LEGAL EQUALITY, INC.
9           525 Jefferson Avenue, Suite 300
            Toledo, Ohio 43604
10          419.930.2547
            mheller@ablelaw.org
11          emollo@ablelaw.org

12                  and

13          Ana P. Crawford
            PORTER WRIGHT MORRIS & ARTHUR LLP
14          One South Main Street, Suite 1600
            Dayton, Ohio 45402
15          937.449.6748
            acrawford@porterwright.com
16
                    on behalf of the Plaintiffs.
17

18

19

20

21

22

23

24

1   APPEARANCES:   (Continued)

2        Brian Honen
         Cory Goe
3        Hilary R. Damaser
         Assistant Attorneys General
4        OHIO ATTORNEY GENERAL, DAVE YOST
         Executive Agencies
5        30 East Broad Street, 26th Floor
         Columbus, Ohio 43215
6        614.466.4543
         brian.honen@ohioattorneygeneral.gov
7        cory.goe@ohioattorneygeneral.gov
         hilary.damaser@ohioattorneygeneral.gov
8
              on behalf of the Defendant.
9

10

11

12

13  ALSO PRESENT:

14       Winston Ford, Esq., Ohio Department of
              Public Safety
15       Nicholas Pasquarello
         Todd Ballinger
16       Christina Bizios

17

18

19

20                      -=0=-

21

22

23

24

1                    STIPULATIONS

2              It is stipulated by and among counsel

3   for the respective parties that the deposition

4   of DEREK CASPER, the Witness herein, called by

5   the Plaintiffs under the applicable Rules of

6   Federal Civil Court Procedure, may be taken at

7   this time by the notary pursuant to notice; that

8   said deposition may be reduced to writing in

9   stenotypy by the notary, whose notes thereafter

10  may be transcribed out of the presence of the

11  witness; and that the proof of the official

12  character and qualification of the notary is

13  waived.

14                    -=0=-

15

16

17

18

19

20

21

22

23

24

1                    INDEX OF EXAMINATION

2                                            PAGE

3   BY MS. BROWN:                            8

4

5

6                    INDEX OF EXHIBITS

7   EXHIBIT            DESCRIPTION          PAGE

8     1     Plaintiffs' Amended Rule        21
            30(b)(6) Notice to Bureau of
9           Motor Vehicles

10    2     Table of Contents 2015 Deputy   35
            Registrar Contract Terms and
11          Conditions

12    3     Defendant Charles Norman's      38
            Responses and Objections to
13          Plaintiffs' First Set of
            Combined Discovery Requests
14
      4     Telephone Listings             54
15
      5     Drivers Manual                 62
16
      6     Deputy Registrar Procedure     74
17          Manual - Proof of Identity

18    7     Deputy Registrar Procedure     79
            Manual - Proof of Identity
19
      8     Deputy Registrar Procedure     81
20          Manual - Proof of Identity

21    9     Form I-797C, Notice of Action  95

22    10    I-797, Notice of Action        95

23

24

1                    INDEX OF EXHIBITS (Continued)

2    EXHIBIT              DESCRIPTION              PAGE

3       11       Defendant Charles Norman's       100
                 Responses and Objections to
4                Plaintiffs' First Set of
                 Combined Discovery Requests
5
        12       Drivers Manual, Chapter 3,       102
6                pages 6-8

7       13       Notice of Cosigner's             112
                 Liability
8
        14       BMV 2621 - Social Security       116
9                Verification Instruction
                 Sheet
10
        15       USCIS Manual                     117
11
        16       Deputy Registrar BASS User       121
12               Guide - DL/ID Transaction

13      17       Deputy Registrar BASS User       143
                 Guide - DL/ID Transaction
14
        18       Deputy Registrar Procedure       164
15               Manual -  Card Types &
                 Central Issuance
16
        19       New Forms                        169
17
        20       One-page spreadsheet             197
18

19

20

21

22

23

24

 1                    DEREK CASPER

 2  being first duly sworn, as hereinafter certified,

 3  deposes and says as follows:

 4                   CROSS-EXAMINATION

 5  BY MS. BROWN:

 6      Q.  Good morning, Mr. Casper.  My name is

 7  Emily Brown, and I am one of the counsel for the

 8  Plaintiffs in the two lawsuits, IJPC v. Norman

 9  and CRIS v. Norman.  I'm going to be taking your

10  deposition today.  Have you ever had your

11  deposition taken before?

12      A.  No.

13      Q.  Okay.  Have you ever testified in court?

14      A.  No.

15      Q.  Okay.  I'll start by reviewing a few

16  ground rules of deposition so that we're on the

17  same page today.  The court reporter will be

18  transcribing everything that both of us say

19  today.  So in order for her to be able to do her

20  job most effectively I will wait to ask another

21  question until you respond, and if you could

22  also wait to answer the question until I finish

23  asking so we don't talk over each other, I would

24  appreciate it.  Is that okay?

1    A.  Yes.

2    Q.  We also need to make sure that all of

3  our -- that everything we say is words and not

4  gestures or uh-huh, huh-uh, things like that so

5  that she can properly take everything down.  Is

6  that okay?

7    A.  Yes.

8    Q.  If you don't understand a question, I

9  would ask that you please ask me to repeat it or

10  rephrase it.  Is that okay?

11    A.  Yes.

12    Q.  So if you answer a question, can I

13  assume that you've understood what the question

14  is?

15    A.  Yes.

16    Q.  Please ask for a break whenever you need

17  one.  I would just ask that if a question is

18  pending please answer that question and then ask

19  for a break.  Is that okay?

20    A.  Yes.

21    Q.  Great.  This is fairly basic, but when I

22  use the acronym BMV throughout the deposition

23  I'll be referring to the Bureau of Motor

24  Vehicles.

     1     A.  Okay.

     2     Q.  Great.  Are you familiar with the

     3   Systematic Alien Verification for Entitlements?

     4     A.  Yes.

     5     Q.  When I use the acronym SAVE, I will be

     6   talking about that program.  Is that okay?

     7     A.  Yes.

     8     Q.  Okay.  I believe that you will be

     9   testifying to all the topics in the deposition

    10   except 13, 17 and 24.  Is that correct?

    11     A.  Yes, except for references to fraud and

    12   things like that.  That will be --

    13     Q.  Okay.  And Mr. Ballinger will be

    14   testifying to those three topics after you're

    15   finished?

    16     A.  Correct.

    17     Q.  All right.  Please state your full name.

    18     A.  It's Derek Casper.

    19     Q.  And is there any reason that you

    20   wouldn't be able to answer my questions

    21   truthfully today?

    22     A.  No.

    23     Q.  Are you under the influence of any

    24   medications that could impair your ability to

1     give accurate and truthful testimony?

2         A.  No.

3         Q.  And you understand that you're under

4     oath today and must answer all questions

5     truthfully as if we were in court?

6         A.  Yes.

7         Q.  I also want to remind you that given

8     that this is a deposition under Rule 30(b)(6)

9     that you're speaking on behalf of the BMV today

10    and not on behalf of yourself.  Do you

11    understand that?

12        A.  Yes.

13        Q.  Okay.  Tell me everything that you did

14    to get ready for your deposition today.

15        A.  To get ready for the deposition, you

16    know, in preparation, produced discovery, the

17    documents related to that, you know, prepared,

18    sat in meetings with BMV, DPS attorneys, sat in

19    sessions with the Attorney General's Office as

20    well in preparation, and just reviewed the

21    documents as well as, you know, with

22    administrator, registrar's office, respective

23    individuals above myself, and collaborated to

24    make sure we produced the appropriate documents

1    that were requested.

2        Q.  Okay.  Have you reviewed all of the

3    documents that were produced to the Plaintiffs

4    during discovery?

5        A.  Yes.

6        Q.  And which other individuals at the BMV

7    did you meet with?

8        A.  I've met with my administrator, I've met

9    with the registrar's office which includes the

10   registrar himself.

11       Q.  Mr. Norman?

12       A.  Yes.  The registrar, the assistant

13   registrar, Ann Dean, and the chief of staff,

14   Curt Mayhew, was in there as well.  I've met

15   with -- Winston has been included, the

16   individuals from the Attorney General's Office,

17   whoever they have presented as well, and then,

18   you know, my chain of command which includes, as

19   I said, my administrator, and then two

20   individuals above me, which is the assistant

21   chief and chief of our field operation section.

22       Q.  And what are the names of the

23   administrator and the assistant chief

24   administrator?

1      A.  Tom Wilson is the administrator, and

2   Mary Brunton is assistant chief, and Michael

3   Deschaine is the chief.

4      Q.  Okay.  And when you referred to the fact

5   that you reviewed the documents, was that in

6   preparation for the deposition today or was that

7   back when you were compiling them to be sent

8   over to us or both?

9      A.  Both, just a continuous review.

10      Q.  Okay.  Did you also review the 30(b)(6)

11   notice, deposition notice?

12      A.  Yes.

13      Q.  Did you review the complaints in the

14   case?

15      A.  Yes.

16      Q.  Any other filings with the court in

17   these two cases?

18      A.  I've read what's been provided to me

19   which are the complaints, the 30(b)(6) notice,

20   and then the produced discovery, but other than

21   that I haven't read anything.

22      Q.  Okay.  Did you speak with Angela Dicken

23   [sic]?

24      A.  She was previously my supervisor before

1    I became the supervisor of the license control

2    section, but I've not spoken with her since she

3    retired in July -- I'm sorry, December of 2017

4    is when she retired.

5         Q.  Okay.  Mr. Casper, what's your date of

6    birth?

7         A.  April 27th, 1992.

8         Q.  And where were you born?

9         A.  Warren, Ohio.

10        Q.  Where do you live now?

11        A.  Columbus, Ohio.

12        Q.  And who do you live with?

13        A.  I live with my girlfriend.

14        Q.  Okay.  Any children?

15        A.  No.

16        Q.  Do you have any family members who work

17   for the Ohio BMV?

18        A.  I do not.

19        Q.  What about the Department of Public

20   Safety?

21        A.  I do not.

22        Q.  Okay.  And where did you graduate from

23   high school?

24        A.  Chalker High School in Southington,

 1    Ohio.

 2        Q.  And what education, if any, have you

 3    completed beyond high school?

 4        A.  I've completed some college courses,

 5    approximately two and a half years or so.

 6        Q.  And what type of coursework did you

 7    study?

 8        A.  Mostly the focus was international

 9    studies with some foreign language courses and

10    things like that.

11        Q.  What foreign language?

12        A.  I've taken a little bit of Mandrin,

13    Chinese, Italian and French.

14        Q.  And why did you leave college?

15        A.  I just took positions -- full-time

16    positions that led me away from my education.

17        Q.  Are you currently studying part-time at

18    any university now?

19        A.  I was, but I haven't in about a year.

20        Q.  Okay.  How long have you been employed

21    by the BMV?

22        A.  It's going on three years next month so

23    it's been two years and 11 months.

24        Q.  And before you started working for the

1    BMV, where did you work?

2        A.  I worked for the United States Postal

3    Service as well as the Ohio Army National Guard

4    with some other jobs mixed in obviously.

5        Q.  Okay.  So with the postal service what

6    was your -- what were your job responsibilities?

7        A.  I was a mail carrier, driving mail

8    carrier.

9        Q.  And before that, you said you worked

10   with the National Guard?

11       A.  Yes.

12       Q.  And what did you do there?

13       A.  I was an all source intelligence

14   analyst.

15       Q.  And what were those types of -- what

16   kind of job duties did you have there?

17       A.  Just reviewing intelligence and

18   information that was provided to me by the

19   collectors within the military, preparing

20   briefings for the higher up and superiors who

21   requested it, putting together all the

22   information they gave me and just trying to

23   provide the best possible solution and gathering

24   of the information I could.

1      Q.  How long did you hold that position?

2      A.  I was in the National Guard for six

3  years.

4      Q.  And before you were in the National

5  Guard, were you in college at that point?

6      A.  High school.

7      Q.  High school.  Okay.

8          So at the BMV you said you started

9  almost three years ago.  What job title did you

10  have when you started?

11      A.  Customer service assistant two.

12      Q.  And what does a customer service

13  assistant two do?

14      A.  They have varying responsibilities

15  across the BMV.  The customer service assistant

16  two is in various departments.  The purpose of

17  the position I held was in license control which

18  is the position I'm still currently in in that

19  section.  It's mostly answering phone calls

20  pertaining to whatever section that individual

21  works in.

22          In my case, license control, we take

23  calls from deputy registrars, provide

24  information and solution to them and more advice

1   on how to proceed with driver's license

2   issuance.

3        Q.  Okay.  And how long did you work as a

4   customer service agent two?

5        A.  It was 19 months.

6        Q.  And after that, what job did you hold?

7        A.  It's when I got promoted to customer

8   service manager.

9        Q.  Then have you been a customer service

10  manager for a little less than a year and a

11  half?

12       A.  Yes.  It was -- I took the position

13  temporarily for a month and got it permanently

14  February of 2018.

15       Q.  Okay.  And what -- during the time that

16  you've been a customer service manager, have

17  your duties remained the same for that entire

18  period?

19       A.  Yes.

20       Q.  And what are those duties?

21       A.  I manage up to 15 employees.  We do have

22  another manager in the section.  We split the

23  personnel responsibilities and responsibilities

24  in general for the overall premise of our

1   section.  When it comes to the information

2   regarding USCIS, we treat that information as

3   well as we can.  We advise our employees on it

4   as well as the policies regarding driver's

5   license issuance, providing advice to deputy

6   registrar and their clerks.

7        Q.  Okay.  And who is the -- what's the name

8   of the other manager?

9        A.  Chad Adkins.

10       Q.  And is your -- do your duties differ

11  from Mr. Adkins' duties in any way?

12       A.  I would say on paper not necessarily,

13  but I'm often more involved in the meetings

14  regarding USCIS, the central issuance process,

15  and just meetings pertaining to information

16  related to that.

17       Q.  And when you say meetings, do you mean

18  with other BMV staff?

19       A.  Yes, whoever is determined to need to be

20  involved in that.

21       Q.  And who is your current supervisor?

22       A.  Mary Brunton, the assistant chief I

23  mentioned earlier.

24       Q.  And before you were promoted to customer

1  service manager, I think you said that

2  Ms. Dicken was your supervisor?

3      A.  Yeah, Angela Dickens was the supervisor,

4  yeah.

5      Q.  Dickens with an S?

6      A.  Dickens with an S, yeah.

7      Q.  I'm sorry.  And the job that she held at

8  that time before she retired is the same as the

9  job that you hold now, correct?

10     A.  Correct.

11     Q.  Are there any differences in

12  responsibilities or duties?

13     A.  The SAVE responsibilities evolved as

14  well as the responsibilities of central

15  issuance.  They were not -- they weren't doing

16  central issuance when she was the supervisor so

17  that's obviously an incremental change as well.

18     Q.  When you say central issuance, is that

19  the name of the -- is there a department called

20  central issuance?

21     A.  No.  The central issuance is the process

22  that BMV implemented in July of 2018 where the

23  licenses are no longer printed at the deputy

24  registrars.  They're mailed from a centralized

 1   location.

 2       Q.  So your department deals with certain

 3   matters related to central issuance?

 4       A.  Yeah.  My department deals with all

 5   matters related to license issuance.  We're not

 6   the holders of the central issuance process, but

 7   when deputy registrars have questions pertaining

 8   to that, we answer that to the best of our

 9   abilities.

10       Q.  Okay.

11           MS. BROWN:  I'm going to have this

12   marked as Exhibit 1.  This is the notice, the

13   Rule 30(b)(6) Notice.

14                     -=0=-

15        (Deposition Exhibit 1 marked.)

16                     -=0=-

17           MR. HONEN:  This is the latest one,

18   correct?

19           MS. BROWN:  Yes.

20   BY MS. BROWN:

21       Q.  So, Mr. Casper, as a result of

22   discussions with your counsel, there's a few

23   changes in this from the one that we filed a

24   couple weeks ago, so I just wanted you to have

1   an updated copy if you hadn't already.

2        But have you reviewed the amended Rule

3   30(b)(6) notice?

4        A.  I reviewed the one that was provided --

5   I would say a week and a half ago I think was

6   the most recent revision I received, yes.

7        Q.  Okay.  So this one is slightly

8   different, but there's only a few wording

9   changes in a few topics.  So as we go through

10  the topics, you can obviously look at each

11  topic, but there hasn't been a lot of changes so

12  we're going to start with topic one.  How many

13  customer service managers are there

14  approximately at the BMV?

15       A.  At the BMV alone?  I can't speak to the

16  number.

17       Q.  It's a large number?

18       A.  There's one for I would say every

19  section that -- almost every section, and I

20  couldn't give a true estimation.

21       Q.  Okay.  But the customer service managers

22  all have slightly different job

23  responsibilities, right?

24       A.  Depending on the section, yes.

1      Q.  Okay.  So your section is really the

2   only one that deals specifically with issues

3   related to USCIS forms and documentation

4   requirements for noncitizens and that kind of

5   thing?

6      A.  Yes.

7      Q.  Are you covered by Collective Bargaining

8   Agreement?

9      A.  No.

10      Q.  Are other employees at the BMV covered

11   by Collective Bargaining Agreement?

12      A.  Yes, nonexempt employees are.

13      Q.  So you're an exempt employee?

14      A.  Yes.

15      Q.  Are the customer service manager twos

16   nonexempt?

17      A.  Customer service assistant twos, yes.

18      Q.  Now, when I say the term license

19   control, what does that mean to you?

20      A.  That is the section that I work in that

21   I'm the customer service manager of.

22      Q.  So are you -- in addition to being a

23   customer service manager would you also say that

24   you're the head of license control?

1    A.  I would say co-head, as I discussed

2  earlier, with Chad Adkins.

3    Q.  Okay.  And you've held that role since

4  about December 2017, correct?

5    A.  No.  Temporarily in January 2018 and

6  then permanently February 2018.

7    Q.  Okay.  And how long did Ms. Dickens hold

8  that position before you?

9    A.  I can't speak to the duration.

10    Q.  But it was at least several years that

11  you know of, or you don't know?

12    A.  I can't speak to the duration.  I don't

13  know that answer.

14    Q.  Okay.  Does the head of license control

15  have a role in drafting BMV policies?

16    A.  The role is if it affects us, then it

17  passes through us, and we just review it to make

18  sure that it, you know, fits in with current

19  practices, or it may not fit in with current

20  practices, but we may review it.  We don't

21  necessarily take part in, you know, applying

22  much change to it, just more of an oversight of

23  it so we know what's going on and what's

24  changing.

1      Q.  So you wouldn't be the actual drafters

2   of any language, you would review what someone

3   else had drafted?

4      A.  Correct.  I may provide information that

5   may lead to, but I don't draft the language of

6   such.

7      Q.  And would that be true for things like

8   changes to the Driver Manual or the Deputy

9   Registrar Procedure Manual?

10      A.  If there's procedures in the Driver

11   Manual, I may be included in the language that's

12   going to be changed for that.  If it's overall

13   broader policy, no, but if it's policy related

14   to the driver's manual and direct license

15   issuance, yes, I would be involved with that.

16      Q.  So can you give some examples of the

17   types of policies that you would have

18   participated in either reviewing or helping

19   formulate?

20      A.  Policies related to the central issuance

21   process I discussed earlier on how deputy

22   registrars may handle that; policies regarding

23   issuance to non-U.S. citizens, to U.S. citizens,

24   documents and how to enter information into the

1    SAVE system that's integrated through our

2    internal IT systems, as well as, you know,

3    information on how the deputy registrars should

4    proceed in issuing a license in general.

5        Q.  Okay.  The current registrar is

6    Mr. Norman, correct?

7        A.  Yes.

8        Q.  And when was -- when did he start the

9    position?

10       A.  January 2019.  I do not know the exact

11   date.

12       Q.  Okay.  And before that it was Mr. Petit?

13       A.  Yes.

14       Q.  And do you know how long Mr. Petit was

15   the registrar?

16       A.  I don't know the exact answer.

17       Q.  Okay.  Are there any departments other

18   than license control that have personnel in

19   which knowledge of immigration status or legal

20   presence is required?

21       A.  Are there other sections that have

22   knowledge of it?

23       Q.  Where they need to have knowledge of it

24   for their roles.

 1      A.  Several sections work with information

 2  that touches USCIS, yes.

 3      Q.  And what would that -- what are those

 4  sections?

 5      A.  You have our section that works on the

 6  individual systems to ensure they're

 7  functioning.  So they have to have some

 8  knowledge on how it works just so they can make

 9  sure the systems are working.

10          Our commercial driver's license section,

11  CDL section, has to have knowledge.  Because of

12  the legal presence requirements for CDL, they

13  have to make sure what's required and what's

14  not, so those are two sections in particular.

15      Q.  Okay.  And is there a particular

16  department in the BMV that deals with training

17  deputy registrars on issues related to legal

18  presence and appropriate documentation for

19  noncitizens?

20      A.  They use the deputy registrar manual

21  that is out there, the procedure manual, and the

22  sections contained in that and there are some

23  documents, I assume, that are, you know, out

24  there for them to use inside of the portal that

1    we've provided.

2         However, the training for the deputy

3    registrars themselves are independently managed,

4    because they are individuals that are privately

5    contracted.  The field representative staff that

6    works -- that is state employees with the BMV,

7    they may assist in coordinating training and

8    getting individuals together, but the training

9    for the clerks themselves at the deputy

10   registrars are the responsibility of the deputy

11   registrar typically.

12        Q.  And is there training for employees

13   within license control on the matters related to

14   immigration status and documentation for legal

15   presence and that kind of thing?

16        A.  There's continued training and review.

17   We use the same manuals that the deputy

18   registrars use.  So the information that license

19   control uses is available to the deputy

20   registrar with intent so there's no

21   miscommunication or no bad information hopefully

22   being given out.

23        The training that license control has

24   sometimes is, you know, periodic.  The deputy

1    registrars themselves have annual meetings with

2    the administrator and the staff at the BMV, the

3    higher staff such as the registrar's office and

4    our administrator Tom Wilson I mentioned

5    earlier.  They periodically have those

6    trainings, but other than that, the license

7    control, we train as we go.

8        Q.  And have you as the director of license

9    control received any particular training on

10   immigration law or policies or immigration

11   statuses?

12       A.  No.

13       Q.  What is a deputy registrar field

14   representative?

15       A.  Those are the individuals that are

16   responsible for the evaluations of the deputy

17   registrars to ensure that they are within the

18   bounds of the policies that are out there,

19   reviewing applications that are completed for

20   the driver's license and other things that are

21   completed at the deputy registrar, and they work

22   with the deputy registrar themselves to attempt

23   to ensure that they're being trained.

24       Q.  None of those are in your department?

 1      A.  No.

 2      Q.  And would they go out into the field and

 3  actually be at --

 4      A.  That's the essence of their job, they're

 5  always in the field.

 6      Q.  And are there -- how many of those are

 7  there, if you know, approximately?

 8      A.  If I had to give an approximation -- we

 9  have four districts -- I would -- six to nine

10  per district, and each deputy registrar field

11  representative may have five deputy registrars

12  or eight deputy registrars and they manage them

13  as they go.

14      Q.  And then what is a program

15  administrator?

16      A.  Program administrator is again a term

17  that's used as a position classification across

18  the BMV.  It depends on where they're working,

19  what their responsibilities are.

20      Q.  What is a driver license examining

21  supervisor?

22      A.  I can't speak to that, but they manage

23  the driver exam station, but their individual

24  duties, I can't speak to that.

1          Q.  You don't come across them in the course

2     of your --

3          A.  They may call license control for

4     individual advice on -- you know, if a customer

5     asks them a question about documentation, they

6     may call us just to ask a question, but the

7     individual responsibility for issuing that

8     customer lies at the deputy registrar.

9          Q.  And then what is a driver license

10    station supervisor?

11         A.  They -- each individual license exam

12    station has a station supervisor, and other than

13    that I can't speak to it.

14         Q.  And a CDL field representative I'm

15    guessing is similar to a deputy registrar field

16    representative but dealing with CDL issues

17    specifically?

18         A.  CDL examinations.

19         Q.  And state what CDL is again.

20         A.  Commercial driver's license.

21         Q.  And then what are investigative

22    supervisors?

23         A.  I can't speak to that.  That was --

24    that's in the investigation section.  They have

1    all their own responsibilities.

2         Q.  Do their responsibilities relate to

3    things like fraud investigations and things like

4    that?

5         A.  I can't speak to their responsibilities.

6         Q.  What about motor vehicle investigators,

7    do you ever come across those?

8         A.  We come across them, yes.  If they have

9    records -- if they have a record that needs to

10   be updated for whatever that purpose may be

11   after they've completed their investigation,

12   they forward the information to us in license

13   control, and we will essentially complete the

14   task that they're asking for the record update

15   that they're requesting.

16        Q.  Which jobs in the BMV are appointed by

17   the governor directly?

18        A.  To my knowledge, administrator and

19   above.  By the governor directly?  I am not sure

20   what positions the governor appoints.

21        Q.  How about this, which positions are

22   considered political appointees that may change

23   when the --

24             MR. HONEN:  Objection.  Outside the

 1    scope.

 2            (Court reporter interruption.)

 3       Q.  The question was which officials are

 4    considered political appointees.  Let me ask

 5    this.  When the new administration came in in

 6    this -- earlier this year in January how many

 7    people sort of at the top at the BMV would have

 8    changed?

 9       A.  What are you referring to at the top of

10    the BMV?

11       Q.  So like the registrar was new,

12    obviously, we've already talked about that, but

13    are there other officials that were replaced by

14    the new governor or by someone else?

15       A.  Not in my scope of knowledge.

16       Q.  Not that you work with directly?

17       A.  No.

18       Q.  Your administrator didn't change?

19       A.  No.

20       Q.  What drafts -- so we talked a few

21    minutes ago about the drafting of manuals like

22    the deputy registrar manual and the Driver

23    Manual, and you said that sometimes you're

24    involved in the -- not necessarily in the

1    drafting, but you're sometimes involved in

2    reviewing those.  Who are the people that are --

3    that are generally involved in that process

4    other than you?

5       A.  My cohort Chad Adkins will review it and

6    give his appropriate knowledge on the topic as

7    well, and it passes through my supervisors, Mary

8    Brunton and Michael Deschaine.  It passes

9    through the administrator Tom Wilson, and it

10   goes to the registrar's office, and then we have

11   an individual who updates that manual.  So it

12   passes just up through the chain of command for

13   vision and oversight.

14      Q.  When you say you have an individual that

15   updates that manual, what do you mean?

16      A.  We have a publications coordinator that

17   whatever information we give her to have the

18   manual updated she updates the manual.

19      Q.  So she's the one that actually --

20      A.  Yes.

21      Q.  -- produces the --

22      A.  Yeah.  We don't -- sorry.  I don't have

23   access to update the manual exactly.  She is the

24   one that goes in and updates that manual as

1   necessary.

2       Q.  Okay.  Moving on to topic two.

3           MS. BROWN:  This is Plaintiffs'

4   Exhibit 2.

5                       -=0=-

6           (Deposition Exhibit 2 marked.)

7                       -=0=-

8   BY MS. BROWN:

9       Q.  Have you seen this document before?

10      A.  No.

11      Q.  Okay.  Are you familiar with the

12  contracts that the deputy registrars sign with

13  the BMVs -- sign with the BMV?

14      A.  I'm familiar that they have contracts,

15  yes.

16      Q.  And you didn't review this in

17  preparation for your deposition or when

18  compiling the discovery --

19      A.  No.

20      Q.  -- responses?  Okay.

21          So how are deputy registrars selected?

22          MR. HONEN:  I'm just going to object to

23  that as outside the scope of this particular

24  case.  Irrelevant.  I guess I'm going to object

1  and state that it's irrelevant to the facts of

2  this case, how deputy registrars are chosen.

3          MS. BROWN:  Well, I'm trying to figure

4  out how the contracts in terms of...

5  BY MS. BROWN:

6      Q.  Let's turn to page 108.  Do you know

7  what department drafts the deputy registrar

8  contracts?

9      A.  There's not an individual department

10  that does it.  There's a group of people who

11  gather to participate in the drafting of the

12  contract.

13      Q.  And are you involved in that process at

14  all?

15      A.  No.

16      Q.  And are all the contracts for five

17  years, do you know?

18      A.  No.

19      Q.  You don't know?

20      A.  I know they're not.

21      Q.  You know they're not all for five years.

22  How is the time period determined?

23      A.  I can't speak to that.

24      Q.  And do all the contracts follow this

1    basic template that's in front of you as

2    Exhibit 2?

3        A.  I can't speak to that.

4        Q.  So I'm going to direct your attention to

5    page 108, section 2 that starts compliance with

6    laws.  If you could just read that paragraph.

7        A.  (Witness complies.)

8        Q.  And then the second paragraph below that

9    that starts compliance requirements.

10       A.  (Witness complies.)

11       Q.  So deputy registrars, pursuant to the

12   contract, are required to abide by Ohio law,

13   correct?

14       A.  Yes.

15       Q.  And they're required to abide by and

16   follow the deputy registrars manual and other

17   directives from the BMV, correct?

18       A.  Yes.

19       Q.  And that would include requirements

20   regarding the five elements needed to show,

21   including legal presence?

22       A.  Yes.

23       Q.  And that would involve following the

24   requirements for the -- that the BMV has set

1   forth regarding cosigner requirements for minors

2   and who can be a cosigner?

3       A.  Yes.

4       Q.  If you could turn to page 117 where it

5   states roster of employees and just read that

6   sentence to yourself.

7       A.  (Witness complies.)

8           Okay.

9       Q.  Do deputy registrars have to provide a

10  roster at a certain date or a certain frequency?

11      A.  According to this paragraph, on a

12  continuing basis.

13      Q.  Do you know what that means in practice?

14      A.  I can't speak to that requirement.

15      Q.  But there is a staff list that the BMV

16  does possess of each of the deputy registrar's

17  staffs?

18      A.  Yes, we have the roster for the staff,

19  the current roster.

20          MS. BROWN:  This is Plaintiffs'

21  Exhibit 3.

22                      -=0=-

23          (Deposition Exhibit 3 marked.)

24                      -=0=-

1    BY MS. BROWN:

2        Q.  Have you seen this document before?

3        A.  Yes.

4        Q.  And if you could flip to the

5    second-to-last page.

6        A.  (Witness complies.)

7        Q.  Did you sign the oath to discovery

8    responses stating that you'd reviewed the

9    interrogatories and requests for admission?

10       A.  Yes.

11       Q.  And that they're true to the best of

12   your knowledge and belief?

13       A.  Yes.

14       Q.  We'll get into the interrogatories and

15   requests for admission more later, but if you

16   could turn to the second page of this document

17   and look at request for production of documents

18   five and seven.

19       A.  (Witness complies.)

20       Q.  So would it be accurate to state that

21   the BMV does not have a personnel list for the

22   deputy registrar located at 3481 East Broad

23   Street?

24       A.  We have the current roster.  We don't

1    have the historical.

2        Q.  Okay.  What happens to the historical?

3        A.  I can't speak to that.  The roster's

4    stored inside BASS, the database system.  It's

5    stored in there and it's just a current roster

6    that's in there.  I can't speak to what happens

7    to the historical data.

8        Q.  Okay.  Going back to Exhibit 2,

9    page 117, on the roster of employees, is this

10   the only information that's provided, name,

11   address, date of birth, home phone number, and

12   working hours, or is any other information

13   provided?

14       A.  Without seeing it directly at the

15   moment, I can't speak to it.

16       Q.  Do you know if language capability is

17   provided?

18       A.  I can't speak to that.

19       Q.  If you could look at the next paragraph

20   on training.

21       A.  (Witness complies.)

22       Q.  In the last sentence it says,

23   comprehensive training shall include, but not be

24   limited to, mandatory BMV fraudulent document

1    training, new legislated or BMV-initiated

2    processes and procedures training, and any other

3    training determined by the BMV to be necessary

4    for operating a deputy registrar license agency

5    business.

6            Is this training that's referred to all

7    performed by the deputy registrars themselves?

8    A.  No.  As I said earlier, there are

9    roundtable trainings that happen where the

10   administrator and registrar's office will speak

11   to the deputy registrars in each district and

12   give them updated information and give them

13   periodic changes that may occur.  Those happen,

14   I believe, twice a year, and they give that

15   training there.

16           And then there's also, you know,

17   periodic revisions made to documents such as the

18   manual, and we send out broadcasts advising them

19   of the information.  Other than that, the field

20   representative will carry out and ensure that

21   the deputy registrar's made aware.  And then

22   when it comes to the individual staff, they

23   train them on the changes.

24   Q.  So, for instance, the mandatory BMV

1   fraudulent document training, I assume that

2   means mandatory for all deputy registrar staff?

3        A.  Yes.

4        Q.  Okay.  And how often is that -- how

5   often are employees required to take that, or is

6   it just once?

7        A.  I'm not speaking to the fraudulent

8   document requirements.  That was Todd.

9        Q.  Okay.  So you don't know?

10       A.  I don't know the requirements.

11       Q.  When it refers to new legislative or

12  BMV-initiated process and procedures training,

13  how often does that -- do those trainings get

14  held, do you know?

15       A.  I do not know.

16       Q.  Would that be included in the

17  twice-a-year roundtable?

18       A.  Yes, as changes happen.

19       Q.  Are the roundtables for all deputy

20  registrars staff?

21       A.  Yes.

22       Q.  Not just the deputy registrar?

23       A.  Oh, no.  I'm sorry.  You said staff.

24  It's only for the deputy registrar themselves.

1        Q.  On page 126 in the paragraph that starts

2   entire contract, so could you read that first

3   sentence.

4        A.  (Witness complies.)

5        Q.  So the deputy registrars are required to

6   follow all Ohio laws and regulations and also

7   follow the deputy registrar manual and any

8   directives from the registrar, correct?

9        A.  Yes.

10       Q.  Can customers file complaints against a

11   deputy registrar directly or with the BMV?

12       A.  Are you asking if they can file

13   complaints against the deputy registrar to the

14   BMV?

15       Q.  Either to the BMV or within the deputy

16   registrar.

17       A.  They can file complaints to the BMV.

18   The individual deputy registrars, I can't speak

19   to how they handle individual complaints.

20       Q.  But there's a system within the BMV to

21   receive complaints from deputy registrars?

22       A.  Yes.

23       Q.  Okay.  And how are they tracked?

24       A.  They have a system where they send the

1    information out to those field representatives

2    and their supervisors and they work those

3    complaints as appropriate.

4        Q.  Okay.  And does that ever result in a --

5    let me rephrase.  What kind of action could be

6    taken by the BMV against a deputy registrar

7    based on a complaint being filed?

8        A.  I can't speak to that.  I know if there

9    are -- the complaints are worked and attempted

10   to be made for the best resolution for the

11   customer.  Other than that I don't know the

12   actions the BMV takes.

13       Q.  Do you know of any instances where the

14   BMV has taken a deputy registrar's contract away

15   for any reason?

16       A.  There are instances.  I'm not privy to

17   the knowledge of why it was done, but I know

18   there have been instances where that has

19   occurred.

20       Q.  And the registrar signs all these

21   contracts with the deputy registrars.  Is that

22   correct?

23       A.  Yes.

24       Q.  Moving on to topic three and switching

1  to page 111 of Exhibit 2, the initial training,

2  do you know what the -- this initial training

3  entails which is -- it says it's prescribed by

4  the registrar prior to the opening of the

5  agency?

6      A.  I do not know.

7      Q.  Do you know if it includes any training

8  on legal presence documentation?

9      A.  I know it includes training on the

10  Deputy Registrar Procedure Manual.  Other than

11  that -- which is included in that manual.

12      Q.  But you don't know what it focuses on

13  within the manual?

14      A.  No.

15      Q.  Okay.  Page 116.  The section that

16  starts personnel policy, is this a written

17  document that the registrars -- I'm sorry, the

18  deputy registrars are required to submit to the

19  BMV?

20      A.  I can't speak to that.  I know they have

21  their individual policies and they have their

22  contracts.  Other than that I'm not sure.

23      Q.  Does the BMV give them like a sample or

24  a template?

 1      A.  Contracts are provided on a template,
 2  but other than that...
 3      Q.  But you don't know whether there's a
 4  template offered for bullet points three or
 5  four, staff training?
 6      A.  I do not.
 7      Q.  Okay.  So other than the twice-yearly
 8  roundtables that you mentioned a few minutes ago
 9  are there any other regular trainings offered by
10  the BMV to deputy registrars and their staff?
11      A.  Other than the fraudulent document
12  training that's mentioned, not to my knowledge.
13      Q.  Okay.  And the fraudulent document
14  training, Mr. Ballinger will testify to,
15  correct?
16      A.  Yes.
17      Q.  So that's the only training that you
18  know of that is offered to deputy registrars by
19  the BMV directly?
20      A.  Correct.  That -- as I mentioned
21  earlier, the field representative staff may have
22  their individualized trainings that they offer
23  to the deputy registrar, but I don't know
24  individually if it's templated or if they create

1    their own products.

2        Q.  Do you know if anyone at USCIS or any

3    other federal agency participates in the

4    roundtable trainings, the twice-yearly

5    roundtable trainings?

6        A.  They do not.

7        Q.  They do not.  Okay.

8            Any other outside trainers that come in,

9    or is it all BMV staff?

10       A.  I know there has been outside staff such

11   as the Secretary of State staff presented at the

12   most recent ones.  It just depends on the topics

13   they're covering.

14       Q.  Are deputy registrars' staff required by

15   the BMV to undergo any training regarding

16   communicating with limited English proficient

17   customers?

18       A.  I can't speak to that.

19       Q.  Do you know if the deputy registrars do

20   any of that training on their own?

21       A.  I know there are some deputy registrars

22   that have bilingual employees.  Other than that,

23   that's all I know.

24       Q.  And does the BMV require any particular

1  deputy registrars in areas with high

2  concentrations of limited English proficient

3  people to have bilingual employees?

4  　　A.  According to the bilingual employees

5  paragraph, it says that they shall make every

6  reasonable effort to employ individuals.  I

7  don't see a requirement.

8  　　Q.  Do you know what every reasonable effort

9  might mean in this situation?

10  　　A.  No.

11  　　Q.  Do you know if the BMV has any policy on

12  whether the customer has to provide their own

13  interpreter if they're limited English

14  proficient?

15  　　A.  I don't know if it's a requirement.  I

16  know if they do have an interpreter, we make

17  every reasonable effort to work with that

18  interpreter and, you know, complete any testing

19  that's required or translation of requirements

20  for the five elements.

21  　　Q.  When you say we, do you mean the deputy

22  registrar's -- because the deputy registrar's

23  staff are the ones that are actually

24  communicating with them, right?

1      A.  I mean -- when I say we, I mean license

2  control, whenever we accept that call from the

3  deputy registrar, we attempt to give the advice

4  appropriate for -- from the BMV license control

5  section to the deputy registrar on how to work

6  with the interpreter provided by the customer,

7  but they are the ones, yes, that are directly

8  working with that interpreter.

9      Q.  Do you know if a customer shows up

10  without an interpreter and the deputy registrar

11  doesn't have one, are they directed to call

12  license control to ask what to do next?

13      A.  When you say they, who.

14      Q.  The deputy registrar.

15      A.  The deputy registrar directing the

16  customer to contact license control?

17      Q.  Or is the deputy registrar staff

18  supposed to call license control?

19      A.  License control only speaks to deputy

20  registrar staff.

21      Q.  Okay.  So is that an instance where a

22  deputy registrar staff would be directed to call

23  license control, if there's no interpreter on

24  either side and the customer can't communicate

1    with the staff?

2        A.  It may be -- the deputy registrar may

3    attempt to handle it on their own, or the deputy

4    registrar may advise their staff to call license

5    control, yes.

6        Q.  Does the -- what would license

7    control -- what advice would license control

8    offer in that situation?

9        A.  We would advise them to work with the

10   customer as much as they are able to.  If the

11   customer is unable to understand and there's no

12   bilingual employee at the agency that's capable

13   of understanding the language that is being

14   spoken or if there is that language barrier,

15   they may call the -- our general public line

16   where they can discuss that information and

17   attempt to find a resolution.  As I mentioned,

18   there's a complaint line that they may attempt

19   to find a resolution through, or the deputy

20   registrar will provide their own solution, but

21   we wouldn't know if they don't contact us for

22   that solution.

23       Q.  Okay.  So in that circumstance would you

24   ever advise the deputy registrar to hire an

1  interpreter or call a language line of some sort

2  to be able to facilitate that communication?

3      A.  We would not advise them on anything

4  related to that.

5      Q.  Do you know if the BMV provides -- I'm

6  sorry.  Let me rephrase.

7          Does the BMV provide access to a

8  language line for the deputy registrars?

9      A.  I'm not sure.

10     Q.  Do you know if any of the deputy

11 registrars access one on their own?

12     A.  I do not.

13     Q.  Okay.  Moving on to topic 14.  Is there

14 a job description for customer service manager?

15     A.  There's a general position description,

16 yes.

17     Q.  Okay.  And what does it say, roughly?

18     A.  I can't speak to the exact language.

19     Q.  That's fine.

20     A.  But it does reference providing

21 assistance to the customer service assistants,

22 the staff personnel requirements and other

23 requirements contained in the position

24 description, but it's a generalized position

1  description that is out there provided by

2  Department of Administrative Services.

3      Q.  Okay.  So your job description doesn't

4  specifically mention your role as -- in license

5  control and advising on acceptable documents and

6  that kind of thing?

7      A.  The application I filed for my position

8  for the individual position number there may be

9  language included in there related to USCIS and

10 other information, but I can't recall that

11 exactly.

12     Q.  And do you know how long your particular

13 position has existed?

14     A.  No.

15     Q.  You and Mr. Adkins, I think you

16 testified earlier, are the only customer service

17 managers who deal with providing assistance to

18 deputy registrars about documentation

19 requirements for noncitizens, correct?

20     A.  Related to driver's license issuance,

21 yes.

22     Q.  As opposed to relating to CDLs and

23 things like that?

24     A.  If it's a CDL directly, if they're

1  attempting to be issued a CDL, we will still

2  work with it.  The CDL department is a very

3  specialized section.  When I say license

4  issuance, specifically I refer to if a non-U.S.

5  citizen is wishing to obtain vehicle

6  registration or something like that, there are

7  other departments who do that.  We work directly

8  with license issuance.

9      Q.  And so what kinds of questions would

10 other customer service managers besides you and

11 Mr. Adkins be responsible for answering, like

12 what kinds of subject areas?

13     A.  There's all kind of sections within the

14 BMV.  There's, as I mentioned, the reinstatement

15 section, the registration section, there's

16 titles.  I mean, every section that's contained

17 in the BMV typically has a customer service

18 manager.

19     Q.  And I think you may have said this

20 already, but do you only answer queries from the

21 deputy registrars and not the public directly?

22     A.  The customer service assistant twos

23 answer questions directly from deputy

24 registrars.  There are questions from the public

1    that do come directly to myself or Chad as well

2    as our customer service assistant three who we

3    have two of those.  They're lead workers.  They

4    may handle an inquiry from the public, but the

5    general job is assisting deputy registrar staff.

6        Q.  So what kind of inquiries directly from

7    the public would you tend to get?

8        A.  Any questions related to a driver's

9    license, whether it's for non-U.S. citizens,

10   whether it's U.S. citizens, driving on an

11   international license, documentation

12   requirements for U.S. citizens and non-U.S.

13   citizens, anything pertaining to a license

14   typically.

15       Q.  Okay.

16                       -=0=-

17         (Deposition Exhibit 4 marked.)

18                       -=0=-

19   BY MS. BROWN:

20       Q.  So on the second page, 1275, of

21   Exhibit 4, it says License Control Help Desk,

22   correct?

23       A.  Yes.

24       Q.  And then it has a phone number -- two

1    phone numbers, a fax number, and a click and

2    chat option?

3        A.  Yes.

4        Q.  The top of this page it states these

5    contacts are for deputy registrar use only,

6    correct?

7        A.  Yes.

8        Q.  So this would be the lines that you

9    receive phone calls directly from the deputy

10   registrars?

11       A.  Correct.

12       Q.  Okay.  What is the click and chat

13   option?

14       A.  It is an application that has been

15   provided to the deputy registrars where they can

16   inquire via chat instead of a phone call.

17       Q.  And how often would you say the deputy

18   registrars use that option as opposed to a phone

19   call?

20       A.  We receive approximately 20 to 25 chats

21   a week in license control and that includes the

22   deputy registrars across the state.

23       Q.  So not very many?

24       A.  No.

1        Q.  And how many calls would you receive by

2   comparison?

3        A.  Estimated 400 a day, maybe.

4        Q.  So turning back to the first page of

5   Exhibit 4, which is Bates 1274, is this a list

6   of public telephone numbers?

7        A.  According to the top of the chart, yes.

8        Q.  So you referred earlier to the fact that

9   you guys do receive some calls directly from the

10  public.  Which line would you call from the

11  public to get --

12       A.  We don't receive calls directly from the

13  public.  There are inquiries that are made from

14  the public.  They're often relayed to us through

15  the telecommunication section, which is -- if

16  you look at the driver license/driver

17  exam/compliance number, that 7600 number, that

18  is the number available for customers to call.

19  The 7500 number that's right below that as well,

20  they may call that and forward the information

21  from the customer up to us as well as email

22  inquiries made through the BMV website.

23       Q.  Okay.  So you don't just answer a call

24  directly from the public.  You would receive

1   these inquiries through another means --

2       A.  Correct.

3       Q.  -- and then call them back?

4       A.  Yes.

5       Q.  And you mentioned that you get maybe 400

6   calls a day.  Is that what you said?

7       A.  Approximately.

8       Q.  And then some fairly small number of

9   chats per week?

10      A.  Correct.

11      Q.  How often are these inquiries from the

12  deputy registrars about documentation

13  requirements for noncitizens?

14      A.  It's give or take depending on however

15  many customers enter the deputy registrars and

16  they have questions.  I can't give you a true

17  estimation.  Our call numbers fluctuate, you

18  know, below, above 400, depending on time of

19  year.  The number fluctuates.  I can't give you

20  a true estimation to that.

21      Q.  Do you think it would be less than half

22  the calls are about --

23      A.  If I were to say, I would assume less

24  than half, just because --

1      Q.  Less than a quarter?

2      A.  The overall USCIS portion of our

3   business versus how many phone calls we receive

4   I can't give you a true estimation to.

5      Q.  Okay.  But it's a significant number of

6   calls?

7      A.  I mean, you'd have to define significant

8   in relation to the number of calls.

9      Q.  Do you have a system to track the

10  subject of each call that comes in and when the

11  call came in?

12     A.  Every call should be logged in the

13  telephone log that we have.

14     Q.  And so what information is put in the

15  telephone log?

16     A.  The information included in the phone

17  log should include the customer identifier if it

18  is -- if they have an identifier.  If they've

19  been issued a license before, we'll capture the

20  license number.  If they have a Social Security

21  number but don't have a license number, that may

22  be captured as well just to identify that

23  individual customer.  If they don't have a

24  social or license number, it gets kind of tricky

1  on how to identify them.  We'll attempt to

2  capture the name, and then we also capture the

3  content of the call, whatever the individual

4  question is.  If we've given authorization to

5  issuance, that should be captured as well, as

6  well as any expiration dates on documents and

7  individual documents the deputy registrar

8  advises us that they've presented.

9     Q.  And it will say which deputy registrar

10  made the call?

11     A.  Yeah.  We capture that information as

12  well.

13     Q.  Is there -- when you say that you

14  capture the content or the subject of what the

15  call was about, would that be expressed in

16  something like immigration related or noncitizen

17  document question or something like that, or

18  would it be different kinds of terms?

19     A.  We would just typically type out the

20  verbiage the deputy registrar uses for the

21  question.  If it's -- if they're asking what

22  expiration date to use on the driver's license

23  and they provide us with documents they have,

24  you know, it may say something along the lines

1  of asking for expiration date, and then we'll

2  put the expiration date in that we give them and

3  that would be the content captured.

4      Q.  Moving on to topic 15.  And you can stay

5  with that same exhibit.  Do you know how long

6  the license control department has existed?

7      A.  I do not.

8      Q.  And what is the purpose behind having

9  the license control department?

10     A.  Assist deputy registrars with issues,

11 solutions, questions related to the license

12 issuance process.

13     Q.  Including documents required to get a

14 license?

15     A.  Anything related to a license issuance.

16     Q.  Okay.  And we mentioned the SAVE system

17 earlier.  Is license control the only point of

18 contact for deputy registrars if they have an

19 issue with SAVE?

20     A.  If they have questions related to what

21 to enter into SAVE, attempting to get the

22 customer verified in SAVE, then yes, they'll

23 contact license control.  If there are system

24 issues or they believe the system may not be

1    functioning because of a technological error or

2    system outage, they'll contact another

3    department, but any issues related to the

4    documents for SAVE.

5         Q.  So IT type of concerns would go to

6    someone else --

7         A.  Correct.

8         Q.  -- but the other SAVE related questions

9    go to you.

10         Okay.  Turning to page 1276 of

11   Exhibit 4, this document is entitled Deputy

12   Registrar Help Desk Support.  If I could direct

13   you to the section on license control.  If you

14   could read that list of bullet points there.

15         A.  (Witness complies.)

16         Q.  And is this a comprehensive list of the

17   types of issues that license control deals with?

18         A.  Yes.

19         Q.  So driver's license, out-of-state

20   conversion issuance questions and procedures,

21   you deal with that?

22         A.  Yes.

23         Q.  You deal with assistance determining

24   acceptable documents for issuance?

1      A.  Yes.

2      Q.  Driver's license cosigner cancellations

3   restored with a new cosigner?

4      A.  Yes.

5          MS. BROWN:  This is Plaintiffs'

6   Exhibit 5.

7                       -=0=-

8          (Deposition Exhibit 5 marked.)

9                       -=0=-

10  BY MS. BROWN:

11     Q.  Do you know what this document is?

12     A.  Yes.

13     Q.  What is it?

14     A.  It is the drivers manual provided for

15  the deputy registrars.

16     Q.  And if you could turn to what is the

17  second page of the document, but it's marked

18  page 149.  This is just a portion of the drivers

19  manual.  In part b ii c it says, was license

20  control contacted for document approval.  And

21  then lays out fields to enter to record what

22  document needed to be approved by license

23  control and the name of the license control

24  employee who approved the document.  So what

1    does it means for license control to approve a

2    document?

3        A.  If they ask us if the document is

4    acceptable for legal presence, if they contact

5    us for expiration date information, if they

6    contact us for if they can accept it, proof of a

7    document for any of what you referred to earlier

8    as the five elements, that was captured in there

9    as well.  Essentially anything license control

10   approves is -- for license issuance related is

11   captured in there.

12       Q.  So if they have a question about whether

13   a document is sufficient for showing legal

14   presence and they call you and they approve it,

15   they then are authorized to issue the license,

16   assuming that everything else is okay with the

17   application?

18       A.  Yes.

19       Q.  Okay.  And so once you approve the

20   document, is the deputy registrar then required

21   to accept that document?

22       A.  No.  We give advice on selecting it.

23   Typically the expectation is that they will

24   issue that credential once we say yes.  We don't

1   have knowledge of that application being

2   completed at that point or not at that point.

3   As we mentioned earlier, you know, they're

4   required to follow the laws and procedures.  And

5   if we advise them, they should listen.  However

6   we won't be privy so it if they don't, I

7   suppose.

8       Q.  Okay.  And what kind of reasons would

9   they decide not to follow your advice?

10      A.  They may have received different

11  information from the field representative that

12  we spoke about earlier, and they'll coordinate

13  it with their field representative on how to

14  proceed.

15          You know, they may ask us a question

16  that differs from what they have been told by

17  their field representative.  So they'll consult

18  with them immediately after the fact.  So the

19  license eventually should end up being issued.

20  However, they may not do it immediately

21  preceding as you mentioned.  They may contact

22  their field representative for further advice.

23      Q.  So in some instances are the field

24  representatives also responding to questions

1    about appropriate legal presence documentation?

2        A.  Yes.  If it's not directly related to a

3    license issuance for a customer that's standing

4    inside the deputy registrar, they contact their

5    field representative.

6        Q.  I see.  Okay.  So you're more for the

7    quick response time if someone is actually in

8    the -- in the -- on-site at the deputy

9    registrar?

10       A.  Yes.

11       Q.  Do you have any idea how often the field

12   representatives are in contact with legal

13   presence documentation questions?

14       A.  Not privy to that.

15       Q.  Do you know if that information is

16   tracked where the field representatives have to

17   make a record of each type of call they receive?

18       A.  I do not know if they are.

19       Q.  And do the field representatives have

20   training on legal presence documentation and

21   immigration status and that kind of thing?

22       A.  Upon their new hire since I have been in

23   the position in license control I know that they

24   have gone through the manuals.  They are -- it's

1    included in their initial discussion that

2    they're intended to read the manuals and be

3    familiar with the knowledge contained in there.

4    They will oftentimes sit in with license control

5    to receive some training on how we handle phone

6    calls and information related to that.

7          You know, they may ask us questions

8    pertaining to legal presence and license

9    issuance.  It's not a formalized, we're going to

10   sit down and give you a PowerPoint training, but

11   there are documents out there available that I

12   know that their management advises that they

13   complete.

14      Q.  Would they ever contact license control

15   the same way that the deputy registrars contact

16   you to ask --

17      A.  They as in the field representatives?

18      Q.  Yes.

19      A.  Yes.

20      Q.  And are those part of those 400 calls a

21   day approximately that you get?

22      A.  Yes.

23      Q.  Okay.  Has the frequency of calls that

24   you get about documentation requirements or

1  driver's license issuance for noncitizens

2  changed in the last year or so?

3     A.  Yes.  There was a substantial increase

4  once central issuance was implemented, but that

5  was mostly related to the requirements

6  associated with SAVE.

7     Q.  Okay.  This is the change in July 2018

8  that you referred to?

9     A.  Yes.

10     Q.  Before that had there been changes --

11  either increasing or decreasing frequency of

12  those types of calls in the last, say, three

13  years?

14     A.  I can't speak to the general number.  I

15  took -- I've been with license control since

16  June of 2016, as I mentioned earlier, and got

17  promoted to the manager in 2018, and the call

18  volume was steady, and then once central

19  issuance, it increased.  Other than that that's

20  the only increase I'm aware of.

21     Q.  And when you said you think the calls

22  went up due to changes in SAVE, can you explain

23  what you mean by that?

24     A.  The changes in SAVE were implemented for

1    any individual who is applying for a driver's

2    license.  Once the deputy registrar begins that

3    application, all non-U.S. citizens that have

4    been issued USCIS documentation and U.S.

5    citizens who have been issued documentation from

6    USCIS or their successor agencies go through

7    SAVE verification.

8        Q.  Okay.  What was the policy before?

9        A.  Prior to July of 2018 we verified

10   employment cards for individuals depending on

11   the category of the card.

12       Q.  Okay.  So not everybody had to go

13   through -- not all noncitizens went through SAVE

14   before and now they all do?

15       A.  Correct.

16       Q.  Refugees went through already before?

17       A.  No.

18       Q.  They did not?

19       A.  They did not.

20       Q.  So before July 2018 refugees did not get

21   verified through SAVE?

22       A.  Correct.

23       Q.  When you're receiving these calls from

24   deputy registrars asking for document approval

1   and answering other questions, does license

2   control ever direct the deputy registrars to

3   hold onto a customer's documents?

4        A.  We do not.  License control will not

5   advise on holding onto documents.

6        Q.  Would that be something that would go to

7   the investigations unit?

8        A.  Yes.

9        Q.  Okay.  So there's no circumstances under

10  which license control would say hold the

11  person's documents and tell them to leave?

12       A.  Correct.  We have no procedures that

13  advise to do such.

14       Q.  Do you know of any situations where the

15  field representatives and license control gave

16  differing guidance to deputy registrars on

17  licensing -- license issuance for a noncitizen?

18       A.  I can't speak to any exact moments, but

19  I'm sure there have been.

20       Q.  And if there were, would it just be up

21  to the deputy registrar to decide what to do?

22       A.  If there are, then it gets escalated up

23  through the chain of command.  The deputy

24  registrar field representatives, they have their

1    own managers, their own assistant chiefs and

2    chiefs, as well as license control, we have an

3    assistant chief and chief, and we all report to

4    the same administrator.  If there's a conflict

5    in advice that's been given, it gets escalated

6    up through, and the administrator oftentimes

7    will handle that information.

8        Q.  What person is in charge of all of the

9    field representatives?  Who's the head of that

10   department or section?

11       A.  The field representatives -- each

12   district has their own person that's in charge

13   of their district so they have a district chief.

14       Q.  And there's four districts?

15       A.  Correct.  So each district has their own

16   district chief, and the administrator is in

17   charge of all those district chiefs.

18       Q.  And who's that person?

19       A.  Tom Wilson, the administrator I

20   mentioned earlier.

21       Q.  Okay.  Moving on to topic four.  How

22   does the BMV generally communicate policy

23   changes or directives to the deputy registrar?

24       A.  They are oftentimes put out in the

1   manual, and then the manual updates are

2   complemented with what we call a broadcast that

3   is sent out to all the deputy registrars and the

4   employees.  Any time an employee logs into the

5   BASS system once a broadcast has been

6   distributed, they -- it says a broadcast has

7   been sent, and the intention is that they review

8   the broadcast, and then that manual update and

9   the broadcast will show and say this section has

10  been updated, and that's oftentimes the most

11  effective communication.

12      Q.  Okay.  And so any time there's any

13  change at all in one of the manual -- the Driver

14  Manual or the Deputy Registrar Procedure Manual

15  would a broadcast be issued?

16      A.  That's the intent, yes.

17      Q.  It doesn't always happen?

18      A.  To my knowledge, it happens.  I don't

19  handle that so I can't speak to it, but the

20  intent is that one's sent every time.

21      Q.  And what format would the broadcast be

22  in?  Is it like a memo, a few short paragraphs,

23  that kind of thing?

24      A.  It's in a memo format typically.

1     Q.  And it would reference the section of

2  the manual that's been changed?

3     A.  Yes.

4     Q.  Okay.  And how would the actual updated

5  version of the manual get transmitted to the

6  deputy registrars?

7     A.  In the file that's contained inside of

8  the BASS system the manual just gets updated as

9  that PDF and uploaded into BASS where they can

10  access that as it changes and review that

11  section appropriately.

12     Q.  We talked about how sometimes deputy

13  registrars contact their field representatives,

14  and sometimes they contact license control, and

15  you mentioned that one distinction between which

16  of those two options they're supposed to follow

17  is whether the customer is right there in the

18  building -- in the deputy registrar's building

19  versus maybe they're not, it's not an immediate

20  issue.  Is that correct?

21     A.  Yes.

22     Q.  Okay.  Is there any other reason why

23  they -- the deputy registrar would be instructed

24  to call you versus a field rep?

1      A.  Not to my knowledge.

2      Q.  Okay.  So there's no policy or directive

3  from the BMV stating that they should call you

4  for one reason and the field reps for another

5  reason?

6      A.  No.  We advise them to call their field

7  rep if the customer's not in the agency, because

8  we don't want to give advice on documents that

9  aren't present in the moment in case there is a

10  situation where that individual brings in

11  different documents that weren't spoken about

12  directly to us.

13      Q.  So if a deputy registrar has a customer

14  standing in front of them with documents that

15  they've presented to show legal presence and

16  then they give you a call, is there a way for

17  you to actually see those documents?  How does

18  that work?

19      A.  If there is a request for the documents

20  to be seen, they'll fax them in to us.

21      Q.  Okay.  And that -- so that sort of

22  happens instantaneously then, you would get the

23  fax right away, and be able to stay on the phone

24  and give them advice?

1      A.  As fast as we can receive the fax.

2  Oftentimes we don't keep them on the phone,

3  we'll let them know we'll call them back due to

4  the nature of how long it takes to receive a

5  fax.

6      Q.  Okay.  But in that instance the customer

7  would wait in the deputy registrar while the

8  issue was attempted to be resolved?

9      A.  Typically, yes.

10     Q.  We're going to move on to topic five.

11                    -=0=-

12        (Deposition Exhibit 6 marked.)

13                    -=0=-

14  BY MS. BROWN:

15     Q.  So this is a portion of the Deputy

16  Registrar Procedure Manual in the Proof of

17  Identity section which was provided to the

18  Plaintiffs in discovery.  Are you familiar with

19  this Proof of Identity section of the manual?

20     A.  Yes.

21     Q.  If you could turn to the second page of

22  this document, which is page 477 or page 5,

23  depending on which numbering system, but

24  Exhibit 6.  So in table 1.1 under serving as a

1  cosigner it states that a cosigner must provide

2  Ohio credential or proof of the five elements.

3  Can you state what the five elements are?

4      A.  It is proof of name, proof of date of

5  birth, proof of legal presence, proof of Social

6  Security number, proof of street address.

7      Q.  And those are the five elements that a

8  customer must show to get a driver's license,

9  right?

10      A.  For their initial application, yes.

11      Q.  And then it says if a non-Ohio resident,

12  out-of-state credential and proof of Social

13  Security number?

14      A.  Yes.

15      Q.  Okay.  Would any out-of-state credential

16  suffice for that?

17      A.  Yes.

18      Q.  So even if it's a state that issues

19  licenses to people that don't have valid

20  immigration status?

21      A.  Yes.

22      Q.  Okay.  Directly below that where it

23  says, scan cosigner's identity documents only

24  when minor is being issued a compliant

1    credential.  Does that refer to the new

2    compliant credentials that came out last year?

3        A.  Yes.

4        Q.  In July 2018?

5        A.  Yes.

6        Q.  And what does it mean?  What does

7    compliant credential mean?

8        A.  Compliant credential means it's a

9    credential that's been issued in accordance with

10   the Real ID Act.

11       Q.  And the Real ID Act itself doesn't

12   contain anything about cosigner requirements for

13   minors specifically, right?

14       A.  Correct.

15       Q.  So the Real ID Act isn't the basis for

16   BMV's requirements for cosigners to present

17   certain legal presence documents?

18       A.  I'm sorry.  Can you repeat that?

19       Q.  The Real ID Act isn't the basis for

20   BMV's requirements for cosigners to present

21   certain legal presence documents?

22       A.  Correct.

23       Q.  So to return to the language here that

24   starts, scan cosigner's identity documents, why

1    is an identity document only required to be

2    scanned when the minor is being issued a

3    compliant credential as opposed to a standard

4    credential?

5        A.  I can't speak to the creation of that

6    policy.

7        Q.  You don't know the purpose --

8        A.  No.

9        Q.  -- of why that is?  Okay.

10        If you could return to the -- turn to

11   the previous page of Exhibit 6.  So this is also

12   still for required documents for U.S. citizens.

13   For a first credential issuance to get a

14   compliant license you need proof of the five

15   elements.  Is that correct?

16       A.  Yes.

17       Q.  Okay.  And then flipping back to the

18   next page for a cosigner you need an Ohio

19   credential or proof of the five elements, right?

20       A.  Or if they have an out-of-state

21   credential.

22       Q.  Okay.  So the requirements are slightly

23   different for being a cosigner versus getting

24   your own license, getting your own first

1  credential?

2      A.  I'm not sure what you mean.

3      Q.  So I'm just trying to get at the

4  difference here.  So the first credential

5  issuance the requirement is proof of the five

6  elements, correct?

7      A.  Correct.

8      Q.  And then to serve as a cosigner you have

9  to have an Ohio credential or proof of the five

10  elements, right?

11      A.  Correct.

12      Q.  So there's two different options?

13      A.  Yes.

14      Q.  Okay.  Turning to 479 of Exhibit 6, the

15  requirements for a standard issuance for

16  temporary residents for the first credential is

17  what?

18      A.  Proof of the five elements.

19      Q.  And then on the next page of Exhibit 6

20  for serving as a cosigner for a temporary

21  resident, what's the requirement?

22      A.  Ohio credential or proof of five

23  elements, or if not Ohio resident, out-of-state

24  credential or proof of -- and proof of SSN.

1      Q.  So the requirements for serving as a

2  cosigner if you're a temporary resident are a

3  little bit different than getting your own first

4  credential, correct?

5      A.  Yes.

6      Q.  Okay.  When it says scan identity

7  documents, could you explain what that means?

8  Where do you scan it?  Where does it go?

9      A.  In the BASS system they have the

10  capabilities of scanning documents, and they are

11  scanned in through their scanner at the deputy

12  registrar and maintained inside of the BASS

13  application.

14      Q.  Okay.  So then that's -- a copy of that

15  identification stays in the BASS system where

16  it's available to the BMV at that point?

17      A.  Yes.

18      Q.  It's not destroyed at any point if

19  there's no process for that?

20      A.  There's a retention policy, but other

21  than that.

22          MS. BROWN:  Exhibit 7.

23                  -=0=-

24      (Deposition Exhibit 7 marked.)

1                          -=0=-

2   BY MS. BROWN:

3       Q.  In Plaintiffs' Exhibit 7 the paragraph

4   that begins only issue transactions, the last

5   sentence -- well, I'm sorry.  Let me just read

6   this paragraph.  Only issue transactions when

7   sufficient acceptable documents are presented by

8   the applicant.  Additional documentation may be

9   required if the documents presented are

10  questionable or do not sufficiently prove

11  identity.  Contact the license control help desk

12  for assistance if the customer presents

13  questionable documentation.

14          Do you see that?

15      A.  Yes.

16      Q.  And this is a portion of the Proof of

17  Identity Section of the deputy registrar manual,

18  right?

19      A.  Yes.

20      Q.  Okay.  Is there any guidance to the

21  deputy registrars, formal or informal, about

22  what questionable documentation means?

23      A.  No.

24      Q.  It's just sort of if the deputy

1    registrar hasn't seen it before or thinks it

2    looks fraudulent or what any...

3        A.  Questionable in this context would

4    mean -- you know, the fraudulent document

5    procedure is its own procedure which I can't

6    speak to.  Questionable in this context is if

7    the information on those documents, you know,

8    are not understood by the deputy registrar,

9    whether it be what that legal presence is or

10   what documents are required for that legal

11   presence type that they're indicating the

12   applicant has, then they call us with questions

13   regarding said questionable document.

14       Q.  Okay.  So there's not a list of

15   documents that are considered like inherently

16   questionable where you would have to look at

17   them?

18       A.  No.

19                   (Recess taken.)

20   BY MS. BROWN:

21       Q.  So we're on topic six now.

22           MS. BROWN:  Plaintiffs' Exhibit 8.

23                    -=0=-

24        (Deposition Exhibit 8 marked.)

1                    -=0=-

2    BY MS. BROWN:

3         Q.   And this is another section of the Proof

4    of Identity Section of the Deputy Registrar

5    Procedure Manual.  You're familiar with this

6    portion of the manual?

7         A.   Yes.

8         Q.   So on the first page of Exhibit 8, which

9    is stamped 528, could you read that first

10   sentence at the top of the page out loud,

11   please?

12        A.   A Form I-797 is issued by USCIS most

13   commonly as a notice of action to communicate

14   with the individual for many different reasons,

15   such as approval of an application or petition,

16   or as a replacement Form I-94.

17        Q.   And what does it mean as a replacement

18   Form I-94?

19        A.   If individuals lose their I-94, they may

20   apply through USCIS for a replacement.  So they

21   have a certain case type that may give them the

22   new I-94.  So once they apply for the

23   replacement, they get it and it's oftentimes

24   attached to I-797.

1     Q.  Okay.  And is that known as an I-797A,

2  the replacement I-94 form?

3     A.  According to this, it's referred to as

4  an I-797, but the actual form may be an I-797A

5  if it is indeed a notice of approval.

6     Q.  When you say it's referred to as an

7  I-797, you just mean it's referred to by the BMV

8  in this manual?

9     A.  Yes.

10     Q.  Okay.  Turning to page 530 of Exhibit 8,

11  this section discusses Form I-94, correct?

12     A.  Yes.

13     Q.  Okay.  What is a refugee?

14     A.  I don't have the legal definition in

15  front of me so I can't speak to the true

16  definition of it.

17     Q.  If a refugee is -- has an I-94 that's

18  marked DS, do you know what that stands for, DS?

19     A.  Yes.

20     Q.  What?

21     A.  It is duration of status or duration of

22  stay.

23     Q.  Duration of status?

24     A.  Yes.

1    Q.  And if a refugee has an I-94 that is

2  marked DS for duration of status, how long are

3  they permitted to be in the U.S.?

4    A.  I don't have the legal definition in

5  front of me, but according to DS, it's for the

6  duration that they hold the status.  I don't

7  know what the legal definition of it is.

8    Q.  Okay.  And how do refugees show proof

9  that they are refugees through documentation?

10    A.  They present an I-94 oftentimes.

11    Q.  What is the difference between a refugee

12  and an asylee?

13    A.  I, again, don't have the legal

14  definitions in front of me so I can't speak to

15  it.  Documentation-wise that we see at the BMV,

16  one presents an I-94 that says that they're a

17  refugee, admitted as a refugee pursuant to the

18  associated federal code, and the other one

19  presents an I-94 that says they've been admitted

20  as an asylee.

21    Q.  In your own words, what do you think the

22  difference between a refugee and an asylee is

23  even if you don't have the legal definition?

24    A.  A refugee has been admitted to the U.S.

1    under the -- I guess the contents of the refugee

2    admittance process through the federal

3    government, and asylum is often granted to

4    individuals who may be seeking political asylum,

5    personal asylum for other issues associated with

6    themselves.

7         Q.  And do you know how long asylees are

8    allowed to be in the U.S.?

9         A.  I can't speak to the federal.  I

10   understand that it is indefinitely if that's

11   what the document states which I assume holds

12   true for refugees as well.  There's no -- for

13   our purposes, there may be an expiration date

14   listed on the document, and that's the day we

15   use if it's listed on there.

16        Q.  And what is a parolee?

17        A.  I don't know the legal definition of

18   that, either.

19        Q.  Okay.  Turning to -- actually we're

20   already on page 530 of Exhibit 8.  What is an

21   I-94?

22        A.  It states, according to the Proof of

23   Identity manual, it's the paper arrival and

24   departure record issued by the Department of

1   Homeland Security to foreign visitors entering

2   the United States.

3       Q.  Do you see the figure 4-2 at the bottom?

4       A.  Yes.

5       Q.  Is this the only type of I-94 you've

6   seen?

7       A.  No.  This says it's just a sample image

8   of an I-94.

9       Q.  Have you also seen electronic I-94s?

10      A.  Yes.

11      Q.  And they look a little different than

12  this?

13      A.  Yes.

14      Q.  Okay.  So earlier you testified about

15  the training that deputy registrars get

16  essentially being the manual and they're

17  supposed to sort of learn this -- learn

18  information about immigration-related issues and

19  documents through the manual.  Is that correct?

20      A.  Yes.

21      Q.  Okay.  So do they get trained on how to

22  recognize what an I-94 looks like, how to

23  distinguish among different types of immigration

24  documents and that kind of thing?

1      A.  They may.  Again, I can't speak to the

2  individual training that they receive from the

3  deputy registrar, speaking of the staff.  I can

4  speak to the roundtables where they give new

5  updated information, but that's all I can speak

6  to.

7      Q.  But there's not like a training where

8  they would seek sample copies of all of the

9  documents and what they look like, like

10  employment authorization document or an I-94 or

11  green card or things like that?

12      A.  I can't speak to if they do or don't.

13      Q.  When you say you can't speak, you mean

14  you don't know?

15      A.  For the deputy registrars, yes.  I don't

16  know if the deputy registrars see copies of

17  other documents to train their staff.

18      Q.  Okay.  And then turning to the next

19  page, 531, so if a refugee presents an I-94 as

20  their sole legal presence document, it must be

21  unexpired, correct?

22      A.  Correct.

23      Q.  And unexpired here is defined as like

24  having an expiration date that has not yet

1    passed, correct?

2        A.  Correct.

3        Q.  So one that is marked duration of status

4    would also be unexpired?

5        A.  Correct.

6        Q.  In the table where it says -- in the

7    second column down -- or the second row down, an

8    I-94 refugee stamp that is less than two years

9    old can be the sole legal presence document,

10   correct?

11       A.  Correct.

12       Q.  That's the current BMV policy?

13       A.  Yes.

14       Q.  And those applicants are issued a

15   four-year license?

16       A.  Yes.

17       Q.  And have they -- has that been the

18   policy that they receive a four-year license for

19   a long time or is that a new --

20       A.  I can't speak to the duration.  Since

21   I've been here, it's been the policy --

22       Q.  You don't know --

23       A.  -- since June of 2016.  Other than that

24   I can't speak to it.

1      Q.  Okay.  The next row down if someone

2  presents an -- if someone presents -- I'm sorry.

3           Two more rows down, so the fourth row

4  down -- the third row down, I-94 with indefinite

5  refugee stamp over two years old, does that

6  indefinite refer to one that's marked duration

7  of status?

8      A.  No.  It refers to a stamp that's

9  oftentimes a square stamp with blue ink or black

10  ink that indicates the refugee's admitted

11  indefinitely pursuant to the appropriate section

12  of the federal code.  They may or may not have

13  an expiration date listed in there, but if it

14  says indefinite, then it means indefinite.

15      Q.  Okay.  If a refugee is marked -- if an

16  I-94 is marked as duration of status, which row

17  will it fall under here?

18      A.  Dependent upon the appropriate section

19  contained in here.  If it says that it's been

20  stamped within two years, it will fall under row

21  two.  If it's over two years old, then it will

22  fall within row three.

23      Q.  So it will fall in that indefinite

24  category one way or the other?

1      A.  Yes.  They're both labeled indefinite.

2      Q.  So in the third row what does it say

3  under requirements and BASS entries for the

4  third row?

5      A.  So in the third row it says, in BASS,

6  select "PPR" as the document and enter four

7  birthdays from the current date as the

8  expiration date.

9      Q.  So in other words, the I-94, if the I-94

10  is dated more than two years ago, cannot be the

11  sole legal presence document for a refugee.

12  They would also need to present what the BMV

13  calls an I-797 with case type I-485, correct?

14      A.  Yes.

15      Q.  And they would receive a four-year

16  license?

17      A.  Yes.

18      Q.  What does PPR stand for?

19      A.  Pending permit residency.

20      Q.  And that means that they have applied

21  for permanent residency?

22      A.  It means per -- what the case I-485 is,

23  it means they've applied for adjustment of

24  status which oftentimes will warrant them

1   permanent resident status, yes.

2       Q.  And moving down the chart to the row

3   that says I-94 with indefinite asylum stamp.  Do

4   you see that?

5       A.  Yes.

6       Q.  So if an asylee has an I-94 that's

7   indefinite, the applicant does not need to

8   present any other legal presence documents,

9   right?

10      A.  Correct.

11      Q.  And then going up two rows, an I-94 with

12  an indefinite parolee stamp, the applicant

13  doesn't need to present any additional legal

14  presence documents, correct?

15      A.  Correct.

16      Q.  Flipping back to page 529 of Exhibit 8,

17  this table deals with I-797 case type

18  requirements as you can see at the top.  Could

19  you read the requirements and BASS entries for

20  I-797 case type 485.

21      A.  Yes.  It says, also needs an unexpired

22  passport, Visa which can be expired, and I-94

23  which can be expired.  In BASS, select "PPR" as

24  document and enter four birthdays from the

1    current date as the expiration date.

2        Q.  And what is the basis for the

3    requirement that if you present an I-797 for an

4    I-485, which is adjustment of status as you

5    said, also needs an unexpired passport, Visa,

6    and I-94?

7        A.  I can't speak to that policy.  It's been

8    in place prior to myself or the current

9    administration.

10       Q.  So you don't know the basis?

11       A.  No.

12       Q.  And these requirements, though, do not

13    apply to refugees.  Is that correct?

14       A.  If they have the I-94 refugee that

15    they're presenting, then no, but if they don't

16    present us with the I-94 refugee, then we can't

17    know that they're refugee or not, so then it

18    would apply to them.

19       Q.  Okay.  But if they do have their I-94,

20    they don't need to show an unexpired passport or

21    a Visa?

22       A.  Correct.

23       Q.  They don't even get a Visa, correct?

24       A.  If that's how federal immigration laws

1    handle it, yes.

2        Q.  So going back to page 531 of Exhibit 8,

3    and again, I want to look at the third row down

4    where the requirement is stated that an I-94

5    with indefinite refugee stamp over two years old

6    needs an I-797 with case type I-485.  Refugees

7    are one of the categories of noncitizens that

8    the Real ID Act permits states to grant driver's

9    licenses to, correct?

10       A.  Say that again.  I'm sorry.

11       Q.  Let me ask it this way.  Are refugees

12   one of the categories of noncitizens that the

13   Real ID Act permits states to grant licenses to?

14       A.  I don't have the Real ID Act in front of

15   me, but if it's contained in there, then

16   assumably so.

17       Q.  And the Real ID Act doesn't limit

18   refugee eligibility based on the number of years

19   they've been a refugee, correct?

20       A.  I don't have the Real ID Act in front of

21   me, so I can't speak to that.

22       Q.  What is the basis for the BMV's

23   requirement in row three on page 531 of

24   Exhibit 8?

1    A.  Again, that policy was in place prior to

2  myself or the current administration so I can't

3  speak to the basis of that policy.

4    Q.  You don't know why this policy was

5  enacted?

6    A.  No.

7    Q.  No one has ever explained to you why

8  it's necessary to have an additional requirement

9  if the refugee stamp is over two years old?

10    A.  No.

11    Q.  And you know that's the basis of this

12  lawsuit, right?

13    A.  Yes.

14    Q.  Okay.  But you've never had a

15  conversation with anyone in the BMV about why

16  this policy exists?

17        MR. HONEN:  Objection.  Asked and

18  answered.

19    Q.  Is there someone else at the BMV who

20  might know the basis for this -- for this

21  policy?

22    A.  As I stated, I spoke with the

23  administration, including the registrar's office

24  and my current administrator.  They were not

1    here when that procedure was put in place so

2    we're not aware of why that policy is there.

3        Q.  And none -- in any of those

4    conversations nobody expressed any justification

5    or articulated any basis for why such a policy

6    should exist?

7        A.  No one knows the basis of that policy.

8        Q.  So no one at the BMV knows the basis of

9    this policy?

10        A.  As I stated, no.

11                        -=0=-

12        (Deposition Exhibits 9-10 marked.)

13                        -=0=-

14    BY MS. BROWN:

15        Q.  Looking at these exhibits together, 9

16    and 10, can you read the title at the top of

17    Exhibit 9 first out loud?

18        A.  Says Form I-797C, Notice of Action.

19        Q.  And then the top of form -- the top of

20    Exhibit 10.

21        A.  It says I-797, Notice of Action.

22        Q.  And who issues this document, Exhibit 9?

23        A.  According to the top left border, it

24    says Department of Homeland Security U.S.

1    Citizenship and Immigration Services.

2        Q.  And Exhibit 10?

3        A.  Department of Homeland Security U.S.

4    Citizenship and Immigration Services.

5        Q.  So these are two different forms,

6    correct?

7        A.  Yes.

8        Q.  And under notice type can you find where

9    it says notice type on each of the two forms?

10       A.  Yes.

11       Q.  Okay.  On the first one, Exhibit 9, what

12   does it say the notice type is?

13       A.  Receipt.

14       Q.  And on the second one it's in a slightly

15   different spot, but what does it say notice type

16   is?

17       A.  Approval notice.

18       Q.  So these forms appear to have different

19   purposes then?

20       A.  Yes.

21       Q.  Okay.  What do you think a receipt

22   notice is versus an approval notice?

23       A.  Receipt means they paid for something so

24   they're getting this receipt in return.

1    Q.  The BMV's manuals refer to an I-797 at

2  various points, correct?

3    A.  Yes.

4    Q.  Do they ever refer to an I-797C that you

5  know of?

6    A.  Not that I recall.

7    Q.  So the drivers manual states that the

8  BMV accepts a receipt notice, a fee waiver

9  notice, and an approval notice, correct?

10    A.  Yes.

11    Q.  Okay.  Do you know why they accept those

12  types of notices but not all types of different

13  variations of I-797s, I-797As, Bs, Cs, Ds?

14    A.  I do not.

15    Q.  So you've never had occasion to learn

16  about the difference between the various forms?

17    A.  USCIS obviously defines the forms, and I

18  see them often.  The individual who made the

19  decision to accept what forms is not here.  You

20  know, we provided the forms appropriate to --

21  that USCIS has, and the decision was made to do

22  that.

23    Q.  Who is that person?

24    A.  It's -- John Golden is his name.  He's

1    retired.

2        Q.  And he was a compliance officer previous

3    to his retirement?

4        A.  I don't know if that was his official

5    title.

6        Q.  In-house counsel?

7        A.  I don't know his official title.

8        Q.  He worked for the BMV?

9        A.  Yes.

10       Q.  He was a BMV employee.

11           Okay.  So are you aware of whether the

12   BMV will accept for a refugee with an I-94 over

13   two years an I-797A?

14       A.  If they have been granted an approval

15   notice with appropriate case type as identified

16   in the Proof of Identity manual, then yes.

17       Q.  But an I-797A is not an approval notice,

18   correct?

19       A.  No.  That's an I-797.

20       Q.  So do you know if they accept an I-797A?

21       A.  If it's not identified as an acceptable

22   notice type, then no.

23       Q.  Do you know if they accept an I-797B?

24       A.  If it's not an acceptable notice type,

1    then no.

2        Q.  Do you know if they would accept an

3    I-797C for biometric notice?

4        A.  We would not.  It's not been identified

5    as an acceptable notice type.

6        Q.  What about I-797C for transfer of files?

7        A.  If it's not an identified accepted

8    notice type, then no.

9        Q.  And I-797 rejection of application?

10       A.  If it's not an identified acceptable

11   notice type, then no.

12       Q.  An I-797 interview or rescheduled

13   appointments?

14       A.  If it's not an identified acceptable

15   notice type, then no.

16       Q.  And an I-797C to reopen cases?

17       A.  If it's not an identified acceptable

18   notice type, then no.

19       Q.  So the acceptable notices as stated in

20   the manual are only a receipt notice, fee waiver

21   notice, and approval notice, correct?

22       A.  I don't have it in front of me, but I

23   believe so.

24       Q.  So only those are accepted?

1      A.  Yes.

2           MS. BROWN:  Exhibit 11.

3                    -=0=-

4           (Deposition Exhibit 11 marked.)

5                    -=0=-

6  BY MS. BROWN:

7      Q.  And just like the other set of discovery

8  responses that we looked at for IJPC V. Norman,

9  these are the discovery responses in CRIS V.

10  Norman.  And on the second-to-last page is that

11  your signature?

12      A.  Yes.

13      Q.  Okay.  So you swore that the foregoing

14  answers to the interrogatories and requests for

15  admission are true to the best of your knowledge

16  and belief, correct?

17      A.  Yes.

18      Q.  Okay.  And you reviewed all of the

19  answers before signing this, I assume?

20      A.  Yes.

21      Q.  Okay.  Could you turn to request for

22  admission six.  It actually says 56, but I

23  believe it's a typo.

24      A.  (Witness complies.)

1      Q.  It's one page before your signature.

2  Page 10 of Exhibit 11.  And I'm sorry we're --

3  this is topic seven now.  I'm sorry.  This is

4  still topic six.

5          Can you explain why you denied this

6  request for admission?

7      A.  It says, the Proof of Identity section

8  of the manual provided in response to question

9  12 contains that information.

10     Q.  Right.  But why did you deny it?

11         So the question was admit that if a

12 refugee applicant presents an I-94 as proof of

13 legal presence and the I-94 is more than two

14 years old with no expiration date, the BMV

15 permits deputy registrars to issue a license

16 only if the applicant also presents a Form I-797

17 with case type I-485.  So why is that not true?

18     A.  That is a deny, because if the applicant

19 has additional documentation such as an

20 employment authorization card that is current

21 and valid, then they can be issued.  So if they

22 have an employment -- an I-766 is what I

23 referred to as an employment authorization card.

24 They may be issued.  Or if they have applied for

1    and obtained other additional legal presence

2    status then we will issue them a license.

3        Q.  So if it read admit that if a refugee

4    applicant presents only an I-94, if we added

5    that word only after presents, then would it be

6    accurate if they didn't present an EAD or some

7    other -- employment authorization document -- or

8    some other --

9        A.  That would hold true only if it's that

10   current time where they contain the

11   documentation, but if they come back and return

12   to the deputy registrar with additional

13   documents, then no, because you're saying that

14   if the argument says if they present only --

15   yes, if they only present it at that time, yes,

16   but if they return with additional

17   documentation, then if it's appropriate legal

18   presence they may issue it.

19       Q.  Okay.  Moving on to topic eight.

20                    -=0=-

21        (Deposition Exhibit 12 marked.)

22                    -=0=-

23       MS. BROWN:  This is Plaintiffs'

24   Exhibit 12.

1  BY MS. BROWN:

2      Q.  This is a portion of the drivers manual,

3  correct?

4      A.  Yes.

5      Q.  Okay.  Here is -- I want to direct your

6  attention to section D, Cosigner/Emancipated

7  Minor Information, page 126.  What documentation

8  is required, if any, to show emancipation of a

9  minor?

10     A.  The documentation issued to them through

11  the court system or other appropriate documents

12  that indicate they're legally an emancipated

13  minor.

14     Q.  Okay.  Is there an official court

15  proceeding to become an emancipated minor?

16     A.  There may or may not be.  I don't know

17  that exact answer.

18     Q.  So what would the other appropriate

19  documentation be?

20     A.  The emancipated minor, we don't see it

21  very often, and they're all evaluated on a

22  case-by-case basis.  There's no identified, you

23  know, only these two documents are accepted for

24  an emancipated minor.

1      Q.  So for instance it could be like a

2  marriage license if it's a minor who's already

3  married?

4      A.  Again --

5      Q.  Or marriage certificate.

6      A.  -- it's all evaluated on a case-by-case

7  basis.

8      Q.  Can a minor ever be considered

9  emancipated and apply for a license as such

10  without any documentation, but with just their

11  attestation?

12      A.  No.  They require documentation.

13      Q.  And I think we covered this before, but

14  in section D 1 b, a cosigner who is not an Ohio

15  resident may present an out-of-state credential

16  and proof of Social Security number as proof of

17  identity.  First of all, what does it mean for a

18  cosigner not to be an Ohio resident?

19      A.  If they aren't residing in Ohio and do

20  not have an Ohio credential.

21      Q.  Okay.  What if they do reside in Ohio,

22  but don't have legal presence documentation,

23  would they still be considered an Ohio resident,

24  or would they be considered a non-Ohio resident?

1      A.  By the definition I presented to you for

2   purposes of obtaining a license as a cosigner

3   you have to have an Ohio credential which

4   includes, you know, presenting the proof of the

5   five elements, or if you don't have an Ohio

6   credential or out-of-state credential, you must

7   present proof of the five elements which does

8   include proof of Ohio street address.

9      Q.  If the cosigner is not an Ohio resident,

10   they could present an out-of-state credential

11   and their Social Security number even if they

12   came from a state where their credential was

13   available to them regardless of their

14   immigration status, correct?

15      A.  We don't have a clause in there.  All it

16   says is out-of-state credential.

17      Q.  So any out-of-state credential would be

18   accepted?

19      A.  Yes.

20      Q.  Any driver's license from any other

21   state?

22      A.  That's included as a credential, yes.

23      Q.  Okay.  Turning to the next page, D 1 d,

24   it states, a cosigner must be asked if he or she

1  is a legal parent or guardian of the applicant

2  but is not required to provide documentation

3  proving the relationship or guardianship.  Is

4  that an accurate reflection of the policy?

5      A.  Yes.

6      Q.  Does the cosigner have to say yes to

7  that question?

8      A.  No.

9      Q.  What happens if the cosigner says no?

10     A.  Then they're still allowed to cosign.

11  They fall under the section of the Ohio Revised

12  Code that states they're a responsible adult.  I

13  don't know the exact language, but that's the

14  language that's contained in there if no parent

15  or guardian.

16     Q.  So they must be asked the question, but

17  they can say no and still get a license?

18     A.  Yes.

19     Q.  Are they permitted to still sign the

20  notice of cosigner liability form in that

21  instance?

22     A.  They would need to if they're cosigning.

23     Q.  And in this context the word guardian in

24  subsection d, is that used in the legal sense?

1      A.  I didn't write that language so I can't

2   speak to it.

3      Q.  So you don't know whether they have to

4   show -- if they're not the legal parent whether

5   they would have to say they're the legal

6   guardian?

7      A.  All it says is legal parent or guardian.

8      Q.  I just don't know whether legal only

9   applies to parent or to guardian?

10      A.  Right.

11      Q.  Going down to subsection f, the clause

12   where -- so you just referred to the responsible

13   person language from the Ohio Revised Code.  So

14   in this subsection the clause or if there is no

15   parent or guardian, does that mean that the

16   parents or guardians must be dead, or could it

17   mean something else?

18      A.  I can't speak to the meaning of that.

19   All it says is if no parent or guardian.

20      Q.  Do you know that -- how the deputy

21   registrars -- let me rephrase.

22          Has the BMV directed deputy registrars

23   how to interpret what that means?

24      A.  Not to my knowledge.

1      Q.  Do the deputy registrars ever call up

2  your -- call up license control and ask you a

3  question, say there's a person who's here who's

4  not the parent or guardian, how do we find out

5  if there is no parent or guardian?

6      A.  They may, yes.  If they have questions

7  regarding it, they may call us.

8      Q.  Do you know if license control -- what

9  license control's response in those instances

10  would be?

11      A.  According to policy, license control's

12  response should be if they state no parent or

13  guardian, then they're permitted to cosign per

14  the policy.

15      Q.  But do they have to state that the

16  person has no parent or guardian or that the

17  parent or guardian just isn't there that day, do

18  you know?

19      A.  If there is no parent or guardian.

20  That's -- I mean, that's the policy.  There is

21  no -- they don't have to state if they're

22  present or dead or anything.

23      Q.  So you have never had occasion to

24  actually interpret for the deputy registrars or

1  decide what it means to say or if there is no

2  parent or guardian?

3      A.  No.

4      Q.  Is there anyone -- so you said you don't

5  know what the meaning is in that context?

6      A.  Correct.

7      Q.  Okay.  Is there anyone at the BMV you

8  think would?

9      A.  I can't speak for anyone else.

10      Q.  So you don't know if there's anybody

11  that maybe would have been more involved in

12  deciding this policy or deciding how to

13  interpret?

14      A.  No.

15      Q.  So if a 16 year old has two parents

16  present in the U.S. without immigration status,

17  and that 16 year old is a U.S. citizen, but they

18  have a neighbor who's a U.S. citizen and is

19  willing to assume financial responsibility and

20  be a cosigner, could that 16 year old get a

21  driver's license using that neighbor as a

22  cosigner?

23      A.  Assumably so.

24      Q.  What do you mean by --

1    A.  If -- as it says there, says a

2    responsible person who's willing to assume the

3    obligation imposed by ORC 4507.07.

4        Q.  So it would comply with BMV policy for

5    the cosigner to say to the question of whether

6    he or she is the legal parent or guardian to say

7    no and then cosign for that minor?

8        A.  Yes.

9        Q.  Would the minor have to state

10   affirmatively that she has no parents?

11       A.  No.

12       Q.  In section h it states, if an applicant

13   or cosigner refuses to sign the electronic

14   application for an Ohio credential, issuance

15   must be denied, correct?

16       A.  Yes.

17       Q.  By signing that electronic application

18   the cosigner is not stating that she is the

19   parent or guardian of the child?

20       A.  Correct.

21       Q.  Turning to the next page under

22   subsection b, procedures for a new cosigner,

23   could you read to yourself section b ii.

24       A.  (Witness complies.)

1      Q.  Any idea why this section doesn't use

2   the language if there is no parent or guardian

3   the way the section we looked at in D 1 f does

4   say that?

5      A.  I do not know.

6      Q.  Okay.  In the chart in section E there's

7   a code for father, guardian, mother, other, and

8   then emancipated is separate, right?

9      A.  Uh-huh.

10      Q.  So the person that we just discussed in

11   the hypothetical where the U.S. citizen neighbor

12   is a cosigner, would that person fall under O?

13      A.  Yes.

14      Q.  When the cosigner fills out -- I'm

15   sorry.  Are you familiar with Form 2203, Notice

16   of Cosigner Liability?

17      A.  Yes.

18      Q.  And the cosigner must sign that form,

19   correct?

20      A.  Yes.

21      Q.  And then the deputy registrar keeps one

22   copy, and the cosigner keeps one copy, correct?

23      A.  Yes.

24      Q.  And if the cosigner is not a U.S.

1  citizen, the cosigner's identification documents

2  must be scanned along with it?

3      A.  The Proof of Identity Manual identifies

4  what's required to be scanned and not be

5  scanned.  I don't believe it's restricted just

6  to non-U.S. citizens.

7          MS. BROWN:  This is Exhibit 13.

8                  -=0=-

9      (Deposition Exhibit 13 marked.)

10                  -=0=-

11  BY MS. BROWN:

12      Q.  The first page of this exhibit, are you

13  familiar with this form?

14      A.  You said the first page?

15      Q.  The first page, yes.

16      A.  Yes.

17      Q.  What is it?

18      A.  It's the BMV 2203, Notice of Cosigner

19  Liability.

20      Q.  So all cosigners must sign this form,

21  correct?

22      A.  For license applications, yes.

23      Q.  The second page is the instructions from

24  the forms manual for this form.  Is that

1    correct?

2        A.  Correct.

3        Q.  So the question I was referring to a

4    little bit earlier is 1.2, section 3.  It says,

5    if the cosigner is not a U.S. citizen, the

6    cosigner's identification documents must be

7    scanned with the BMV 2203.  Is that correct?

8        A.  Yes.

9        Q.  So that's the policy?

10       A.  Yes.  As I said, it also states in the

11   Proof of Identity manual such as for the

12   compliance issuance documents must be scanned

13   for U.S. citizens as well.

14       Q.  But this would be even for non -- for a

15   standard document --

16       A.  Yes.

17       Q.  -- it would be required?  Okay.  If the

18   cosigner is a non-U.S. citizen, correct?

19       A.  Yes.

20       Q.  Okay.  So under number four it says,

21   staple the white copy of the form with any other

22   forms used for the issuance and file it with the

23   day's work.  What does it mean to file it with

24   the day's work?

1      A.  The deputy registrar keeps their day's

2  work files at the deputy registrar and they file

3  it away with that day's work.

4      Q.  Is that something that is transmitted to

5  you?

6      A.  They keep it at the deputy registrar.  I

7  can't speak to that policy.

8      Q.  When it says in number three scan the

9  completed BMV 2203, is that scanned into BASS?

10      A.  Yes.

11      Q.  And so that -- the form itself is then

12  in the BMV's possession?

13      A.  The BMV 2203 is maintained with the

14  daily work.  The customer's identification

15  documents are scanned into BASS not kept with

16  the daily work.

17      Q.  Okay.  So the BMV would have the

18  customer's identification documents, but the BMV

19  would not have a copy of the signed Form 2203?

20      A.  That's not what I said.  They keep the

21  signed form, they scan it into BASS, and they

22  keep it on paper with their daily work, and then

23  the customer's identification documents are

24  scanned into BASS, but they don't keep a paper

1  copy of those.

2      Q.  Understand.  Okay.  So at the end of the

3  entire transaction the BMV would have a copy of

4  the Form 2203?

5      A.  Yes.

6      Q.  And a copy of the identity documents?

7      A.  Scanned into BASS, yes.

8      Q.  And why is the requirement that the

9  cosigner identification documents be scanned if

10  the cosigner is not a U.S. citizen?  Why is that

11  requirement not limited to just for compliant

12  IDs like the U.S. citizens are limited to only

13  having to have their identification documents

14  scanned?

15      A.  All documents for transactions that are

16  issued to non-U.S. citizens, whether it's a

17  nonrenewable, nontransferable credential or a

18  regular credential issued to a permanent

19  resident cardholder are scanned with the

20  transaction.  So all documents associated with

21  that transaction are always scanned in.  And

22  then also with the compliance issuance they're

23  scanned in as well for all compliance issuances

24  whether U.S. citizen or not.

1      Q.  Okay.  So for all the non-U.S. citizens

2   part of your answer so any document that they

3   present to get -- to be issued the license would

4   have to be scanned into BASS?

5      A.  Any document issued for issuance, yes.

6      Q.  So that would include identity

7   documents, legal presence documents, proof of

8   Ohio address, correct?

9      A.  Yes.  Unless they have a permanent

10  resident card, because we only require them to

11  present the permanent resident card.

12                     -=0=-

13         (Deposition Exhibit 14 marked.)

14                     -=0=-

15  BY MS. BROWN:

16     Q.  Are you familiar with the Social

17  Security Verification Instruction Sheet, Form

18  2621?

19     A.  Yes.

20     Q.  So this form says that when the BMV

21  obtains a person's Social Security number it is

22  then compared with information on file with the

23  Social Security Administration.  Is that

24  accurate?

1    A.  Yes.

2    Q.  Is this procedure also followed for

3  cosigners?

4    A.  No.  I'll revise that statement with if

5  they have an Ohio credential and they were

6  issued their Ohio credential, then yes, their

7  Social Security number would be verified at the

8  time of issuance with that Ohio credential, but

9  if they were never issued an Ohio credential,

10  then no.

11    Q.  So if they were never issued an Ohio

12  credential and they used their out-of-state

13  credential and their Social Security number or

14  they use, say, other proof of the five elements,

15  you would not compare their Social Security

16  number to the Social Security Administration's

17  current number on file?

18    A.  Correct.

19    Q.  So I want to turn now to the USCIS

20  manual which counsel has provided to me right

21  before the deposition.  This is an updated

22  version of the USCIS manual that we previously

23  had.

24                     -=0=-

1          (Deposition Exhibit 15 marked.)

2                    -=0=-

3          MS. BROWN:  This is Exhibit 15.

4    BY MS. BROWN:

5      Q.  Are you familiar with this manual?

6      A.  I recently learned of this updated

7    manual's existence, yes.

8      Q.  Were you familiar with the previous

9    version?

10     A.  No.

11     Q.  Have you ever seen the previous version?

12     A.  No.

13     Q.  And was the version in front of you,

14   Exhibit 15, is this currently used by the BMV?

15     A.  It is used in the telecommunications

16   section, and that's all I can speak about it.

17     Q.  What is the telecommunications section?

18     A.  It is the section of the BMV that

19   answers phone calls from the public about

20   general information, suspension questions,

21   things related to that.

22     Q.  Okay.  Was it generated by the BMV or by

23   USCIS?

24     A.  The BMV.

1    Q.  Do you know when it was implemented --

2    A.  No.

3    Q.  -- or went into effect?  No.

4         If you could just turn to page 10 of

5    this document.  I'm sorry.  I apologize.  This

6    is the first time I've seen this particular one

7    so give me a minute.

8         Okay.  Turn to page 7.  Under the I-94

9    status refugee, is that -- if you need to take a

10   minute to read it, is that consistent with the

11   information in the Deputy Registrar Procedure

12   Manual?

13   A.  Yes.

14   Q.  And is the reason you didn't know this

15   document existed because it's only used by the

16   telecommunications department?

17   A.  Correct.

18   Q.  Deputy registrars do not use this

19   manual?

20   A.  No.

21   Q.  Is it transmitted to them in any form?

22   A.  Not that I'm aware of.

23   Q.  So I think you've sort of discussed

24   this, but the purpose of this manual is to

1  assist telecommunication staff in the BMV with

2  answering questions from the public.  Is that

3  correct?

4      A.  Yes.

5      Q.  And do they receive other training or

6  explanation, presentations of any kind besides

7  just being given this manual?

8      A.  I can't speak to that.

9      Q.  You don't know?

10     A.  I don't know.

11     Q.  And who's the head of the BMV

12  telecommunications department?

13     A.  They have their own administrator as

14  well as chief and assistant chiefs.

15     Q.  Do you know who the administrator is?

16     A.  Yes.  His name is Greg Edwards.

17     Q.  I don't think I stated it, but this was

18  topic nine as you probably figured out.

19     A.  Yes.

20     Q.  Okay.  We're going to move on to topic

21  10.

22                  (Recess taken.)

23  BY MS. BROWN:

24     Q.  One additional question before we move

1     on to topic 10.  Have you ever seen a refugee

2     I-94 that had an expiration date on it?

3          A.  I can't recall a specific instance.

4          Q.  Okay.  Topic 10, Exhibit 16.

5                          -=0=-

6               (Deposition Exhibit 16 marked.)

7                          -=0=-

8     BY MS. BROWN:

9          Q.  What is this?

10         A.  This is the section of the Deputy

11    Registrar BASS User Guide for DL/ID transaction.

12    It is kind of the instructions on how the deputy

13    registrar should complete the cosigner page

14    inside of BASS when doing an application.

15         Q.  Okay.  So is the information reflected

16    here the only information that the deputy

17    registrar would collect about the cosigner's

18    personal information?

19         A.  Yes.

20         Q.  So that's name -- full name,

21    relationship to the applicant, Ohio driver's

22    license ID number or other ID number?

23         A.  Yes.

24         Q.  Okay.  And then there's a box for

1    investigative review.  Is that if there's

2    something suspicious about the transaction that

3    would be checked?

4         A.  Yes.

5         Q.  So if the person provides an

6    out-of-state credential or other document to

7    show identity, that would be reflected in the

8    other ID box?

9         A.  Yes.

10        Q.  And would the -- would it be written as

11   Indiana driver's license number XYZ or some

12   other format?

13        A.  They would just enter in the ID number,

14   or if they don't have an ID -- I say ID as in ID

15   or license number.  Or they would enter in

16   Social Security number if that's all they have

17   to enter.

18        Q.  So if it was an out-of-state driver's

19   license, it wouldn't even say the state, it

20   would just say the number?

21        A.  Yes.

22        Q.  And then relationship, does that include

23   the category mother, father, guardian, other

24   that we looked at before?

1    A.  Yes.

2    Q.  And emancipated?

3    A.  Yes.

4    Q.  And when you click on next at the bottom

5  of the screen, what comes up next?

6    A.  It goes on to the next page of the

7  application in BASS.  I don't recall exactly

8  what that next screen is.

9    Q.  But it's not about cosigner information?

10    A.  No.

11    Q.  So there's no other information other

12  than on this screen that's collected from the

13  cosigner, correct?

14    A.  The Form 2203, other than that, that's

15  it.

16    Q.  Which is mainly their signature, right?

17  Signature, relationship and date?

18    A.  Yes.

19    Q.  Where in the drivers manual, if

20  anywhere, does it state that a cosigner is

21  considered an applicant for a license?

22    A.  I don't have the entire manual in front

23  of me obviously, but I don't recall a specific

24  instance.

1        Q.  Do you recall any specific instances

2   without reading the very lengthy manual right

3   here where it states that a cosigner is subject

4   to the same documentary requirements --

5   documentation requirements as an applicant?

6        A.  Other than in the Proof of Identity

7   Manual where it identifies that they have to

8   present the proof of five elements or the Ohio

9   credential, no.

10       Q.  Okay.  But the requirements in that

11  Proof of Identity -- the portion of the Proof of

12  Identity section that we reviewed had slightly

13  different requirements for cosigners versus

14  applicants, right?

15       A.  Only because if they were a first

16  applicant they would never have an Ohio

17  credential to present, yes.

18       Q.  I want to turn back to Exhibit 3.  You

19  still have the interrogatories, requests for

20  admissions and document production.  If I could

21  turn your attention to interrogatory number one.

22  Interrogatory number one states, please state

23  the BMV's definition of a driver's license

24  applicant including the policy, regulation or

1    other source that contains the definition.  And

2    could you read the answer you gave?

3        A.  (Witness complies.)

4        Q.  So you stated that no statute in the

5    Ohio Revised Code or rule in the Ohio

6    Administrative Code governing the BMV contains

7    the definition for a driver's license applicant,

8    correct?

9        A.  Yes.

10        Q.  Is there any other source within the BMV

11    or -- let me rephrase.

12            Is there any policy within the BMV or

13    directive or guidance that provides a definition

14    of an applicant?

15        A.  Not that I recall.

16        Q.  Moving on to topic 11.  If an applicant

17    does not present documents at a deputy registrar

18    sufficient to show legal presence per BMV

19    policy, does the BMV consider that a denied

20    application or a person who has not applied?

21        A.  If the application isn't completed, then

22    it can't be denied.  They may not allow the

23    transaction to be completed, but other than

24    that, no.

1      Q.  I'm sorry.  Because it wasn't exactly a

2  yes or no question, so I don't know what you

3  meant.

4           Do they consider that to be a -- so if a

5  person comes in and presents documentation and

6  the deputy registrar staff says this is not

7  enough to show legal presence or this is not the

8  documentation you need for legal presence and

9  turns that person away, that would be considered

10  a person who has not applied?

11      A.  Correct.

12      Q.  Okay.  It would not be considered a

13  denied application?

14      A.  Correct.  It's just an incompleted

15  application.

16      Q.  Does the BMV require deputy registrars

17  to track instances where someone was not

18  permitted to apply for a reason like that?

19      A.  No.

20      Q.  For any other reason?

21      A.  No.

22      Q.  So there's no written record anywhere in

23  the BMV's possession that would show how many,

24  for instance, refugees were turned down -- were

1    told they couldn't apply because their I-94 was

2    more than two years old and they didn't have

3    other legal presence documentation?

4        A.   BMV has no documents containing such,

5    no.

6        Q.   And do you know if any deputy registrars

7    track that information?

8        A.   I can't speak for the deputy registrar.

9    I do not know.

10       Q.   You never had a conversation with any

11   deputy registrars that led you to believe that

12   they might be tracking that on their own

13   somehow?

14       A.   No.

15       Q.   Okay.  What about applications that are

16   completed and are denied, are those tracked?

17       A.   Yes.

18       Q.   And is that information sent to the BMV?

19       A.   It's actually tracked inside of the

20   license control department.

21       Q.   Okay.  And what kinds of reasons for

22   denials would there be?

23       A.   There are reasons related to the

24   response that USCIS provides during SAVE

1    verification.

2        Q.  So there's no other reason -- well, let

3    me ask is there any other reason that an

4    application could be denied on another basis

5    besides?

6        A.  If the issuance is identified as not

7    having the proper documentation for issuance, it

8    may be sent to the deputy registrar field

9    representative staff who will then coordinate

10   with the deputy registrar to get that customer

11   back in to ensure that they can provide all the

12   documentation that's required.  They may have

13   presented all the documents, but the deputy

14   registrar didn't scan it and there are separate

15   procedures for that as well.

16       Q.  So in that case would that be considered

17   an application that was denied?

18       A.  Yes.

19       Q.  Okay.  Okay.  And is there -- so if a

20   person does what you just mentioned where their

21   application is denied, but then the deputy

22   registrar calls them back in and they figure out

23   how to fix whatever the problem is and that

24   person gets issued a license, would that still

1    show up anywhere in BASS or any other system as

2    showing that they were denied and then approved,

3    or would it just sort of turn into an approval

4    and that would be the only record?

5        A.  The previous application is still there

6    showing that the denial happened, and then the

7    new application will be present as well if it is

8    completed.

9        Q.  Okay.  So switch for a minute to talking

10   about applications that are approved.  How are

11   those tracked by the BMV?

12       A.  There's an internal tracking system

13   contained in BASS that the application is

14   completed, and then if it goes through SAVE

15   verification, it is immediately verified at the

16   deputy registrar.  If it is not verified, then,

17   you know, it goes through its own process, and

18   then that tracking system will send that

19   application to the -- to the company that prints

20   the license for us, and then they print and mail

21   out that license.

22       Q.  Okay.  And -- but the BMV would maintain

23   a record of the person's information that was

24   approved and the status showing that they have a

1    license now?

2        A.  Yes.

3        Q.  Okay.  And that is received by the BMV

4    more or less instantaneously through BASS --

5        A.  Yes.

6        Q.  -- from the deputy registrar?  Okay.

7            So let's talk about what happens when

8    legal presence documentation is presented and

9    then it goes through SAVE.  So if the legal

10   presence documentation looks complete to the

11   deputy registrar, they then run the information

12   through SAVE.  Is that correct?

13       A.  It is required that they run it through

14   if they fall in the categories of individuals

15   that are required to go through SAVE

16   verification, yes.

17       Q.  And that's now all non-U.S. citizens?

18       A.  It is all non-U.S. citizens and U.S.

19   citizens that are presenting a Certificate of

20   Citizenship or Certificate of Naturalization.

21       Q.  And so if -- we'll get more into SAVE in

22   topic 18, but if SAVE reflects the -- or does

23   not verify the documents or says there's some

24   kind of problem, would that then be considered a

1    denied application or a person who wasn't

2    permitted to apply?

3        A.  It depends on the stage of the

4    verification process.  Verification is a

5    three-step process.  Step three allows us to

6    send a copy of those documents to USCIS so they

7    can have eyes on that document.  And after that,

8    there's an additional time frame that allows for

9    us to receive additional response from SAVE

10   indicating whether they have status or not.

11       Q.  Okay.  If a refugee presents an I-94 and

12   no other legal presence document and their I-94

13   is more than two years old, they would never get

14   to the step of being verified through SAVE.  Is

15   that correct?

16       A.  Per the policy, yes.

17       Q.  So they would just be turned away

18   without going through the steps with SAVE?

19       A.  Correct.  They should not have the

20   application completed.

21       Q.  Okay.  Now when a person's information

22   is run through SAVE, they -- if the

23   application -- if the documents are verified,

24   they would receive Form 2443, Ohio Interim

1    Document.  Is that correct?

2        A.  If they're verified immediately at the

3    deputy registrar, yes.

4        Q.  And sometimes it takes longer?

5        A.  Yes, there are times where it may take

6    longer.

7        Q.  What would -- what form would they

8    receive if it's going to take longer?  Do they

9    get -- they're just told to come back?

10       A.  Nope.  They get the Form 2444, BMV 2444.

11   That gives them the case information related to

12   their USCIS case so they can check the case

13   status -- well, the status that USCIS provides

14   to them, as well as additional information such

15   as their Ohio application information and gives

16   them some more details on what they should do.

17       Q.  Is that something they can check like

18   online, or no?

19       A.  Something they can check related to?

20       Q.  To their license.

21       A.  They can check their license application

22   progress on BMV's website, yes.

23       Q.  And then if the SAVE verification's

24   going to take a while, they would -- if then

1  eventually once they get the results back at the

2  deputy registrar, the deputy registrar would

3  contact them as well, the customer?

4     A.  No.  If their response -- once the

5  response is received, if it is what is

6  determined to be an approved response -- USCIS

7  provides us with a response that we determine to

8  be approved to print, we just mail -- print and

9  mail the license to them.

10     Q.  If they're denied, they would receive

11  BMV Form 2445 showing that they were denied,

12  correct?

13     A.  Correct.

14     Q.  And would they also receive the SAVE

15  Fact Sheet if they were denied?

16     A.  Yes.

17     Q.  Okay.  When an applicant is

18  considered -- when someone is considered to be a

19  person who's not applied because they don't have

20  the required documentation, there's no mechanism

21  to track what countries those people are from or

22  what legal presence documentation they tried to

23  present, anything like that, right?

24     A.  BMV has no knowledge of any said -- no.

1       Q.  In the call logs that you referred to

2  earlier in your testimony you said that there's

3  a line for like the subject of the call from the

4  deputy registrar, right?

5       A.  There's a narrative section, yes.

6       Q.  And so it's a narrative section, not

7  just like few words?

8       A.  There's a call summary which oftentimes

9  is left with just the customer identifier, and

10  then there's a narrative section where we would

11  type in the notes respective for that phone

12  call.

13       Q.  If someone came in without enough legal

14  presence documentation, say they had an I-94

15  that was three years old and they didn't have

16  any other documentation to show legal presence,

17  that would -- that would be reflected in the

18  call log in that narrative description if they

19  called license control, right?

20       A.  The dates should be captured in there,

21  yes.

22       Q.  But if they didn't call license control,

23  there wouldn't be any record of that?

24       A.  Not to our knowledge, no.

1      Q.  Does the chat function have a mechanism

2   for tracking that kind of information, too?

3      A.  The chat information just contains the

4   agency -- the deputy registrar agency that

5   chatted in with us in license control as well as

6   the customer identifier that they provided to us

7   as well as their question, and then it contains

8   the transcript of the chat.  So any information

9   that's contained in the transcript of the chat

10  is included there.

11     Q.  The whole transcript would be saved?

12     A.  Yes.

13     Q.  So would it be possible to search

14  through the call log in some way of searching

15  electronic records by searching for any

16  conversation that concerned the word refugee or

17  contained the word refugee?

18     A.  There's a keyword search, yes.

19     Q.  So theoretically that could generate a

20  list of all -- sort of a spreadsheet of all the

21  calls that dealt with questions to refugees in a

22  certain time period for instance?

23     A.  It just generates every call log that

24  would mention the word refugee that the phone

1    log system is able to recognize.

2        Q.  When an application is approved, we

3    discussed how the information gets transmitted

4    to the BMV, but what information specifically

5    would be tracked with regard to legal presence,

6    just that they showed legal presence or anything

7    more specific than that?

8        A.  The information that's required to

9    verify the document is captured as well.  Such

10   as with an I-94, the I-94 number's captured as

11   well as the applicant's name, date of birth, and

12   if there is an expiration date listed, then that

13   may be captured as well.

14       Q.  Topic 12.  I think we already covered a

15   lot of this when we looked at Exhibit 16.  So

16   the expiration of lawful presence, if any, is

17   not something that's tracked about the cosigner

18   by the deputy registrars, right?

19       A.  Correct.  For the cosigner, yes.

20       Q.  Because you had testified that

21   Exhibit 16 basically includes all the

22   information that would be tracked.

23       A.  If the document is scanned so the

24   information's on the document however it's not

1    entered into BASS.

2         Q.  If a minor attempts to apply for a

3    Temporary Instruction Permit Identification

4    Card -- or a TIPIC, can I call it?

5         A.  Yes.

6         Q.  If a minor attempts to apply for a TIPIC

7    or a driver's license and the cosigner presents

8    the appropriate documentation to be a cosigner,

9    but then the minor's application is denied for

10   some other reason, does the BMV require the

11   deputy registrars to track any information about

12   that cosigner?

13        A.  Other than the information that's

14   captured in the license system, they just -- the

15   customer that had the application denied is

16   notified and that's all.

17        Q.  Okay.  So if the application were --

18   this information in Exhibit 16 would still be in

19   the system and it would show that the minor was

20   denied and that this was who their cosigner was?

21        A.  In accordance with the retention, yes.

22        Q.  What if the minor is not rejected but

23   just doesn't have their own -- is unable to show

24   the proof of five elements on their own?  Would

1   this cosigner information not even be entered

2   into the system at that point?

3       A.  It would not be captured because the

4   application would not have been completed.

5       Q.  Okay.  They would just be a person not

6   considered to have applied?

7       A.  Yes.

8       Q.  If a minor comes in to apply for a TIPIC

9   or a probationary driver's license but the

10  cosigner doesn't have the sufficient legal

11  presence documentation, at that point the person

12  would be considered -- the minor would be

13  considered a person not to have applied?

14      A.  Yes.

15      Q.  And this information on Exhibit 16 would

16  never be completed?

17      A.  Correct.

18      Q.  In previous Exhibit 12 on the second

19  page, page 127, in subsection h it says, if an

20  applicant or cosigner refuses to sign the

21  electronic application for an Ohio credential,

22  issuance must be denied, correct?

23      A.  Yes, it says that.

24      Q.  So if an applicant fills -- has all

1    their correct documentation and the cosigner has

2    all their correct documentation, but then the

3    cosigner says I'm not signing that, I understand

4    the license would be denied, correct?

5         A.  Per that language in there, yes.

6         Q.  What do you mean?

7         A.  The application should be considered as

8    not having been completed because at that point

9    the information's not transmitted.

10        Q.  Okay.  So then none of the information

11   in Exhibit 16 would end up being saved in the

12   BASS system --

13        A.  Correct.

14        Q.  -- because the application would just --

15   okay.

16             And if a state identification card minor

17   applicant wants to -- if an applicant, a minor,

18   wants to get a state ID card, a cosigner is

19   required, correct?

20        A.  Correct.

21        Q.  And it's the same requirements for who

22   can be a cosigner as for a license, correct?

23        A.  Yes.

24        Q.  The only difference is that they

1    don't -- the cosigner would not have to sign the

2    Form 2203?

3        A.  That's correct.

4        Q.  And the information in Exhibit 16 would

5    be the same information that the deputy

6    registrars would capture for the cosigner

7    regardless of whether it was a cosigner for a

8    driver's license or a state ID card?

9        A.  Yes.

10           MS. BROWN:  Can we go off the record for

11    a second?

12               (Discussion off the record.)

13                        -=O=-

14           Thereupon, the luncheon recess was taken

15    at 12:15 p.m.

16                        -=O=-

17

18

19

20

21

22

23

24

1                    MAY 23, 2019

2                    THURSDAY AFTERNOON SESSION

3                    1:24 P.M.

4                         -=O=-

5    BY MS. BROWN:

6        Q.  Moving to topic 18.  What is the purpose

7    of the SAVE system?

8        A.  The purpose of the SAVE system in a

9    federal respect or for the Ohio BMV?

10       Q.  For the Ohio BMV.

11       A.  The Ohio BMV uses the SAVE system to

12   verify customer's legal presence status based on

13   the documents they present.

14       Q.  And I think you previously testified

15   that -- I'm sorry.  Let me rephrase.

16           Is SAVE a part of USCIS?

17       A.  The understanding is that SAVE is a

18   system that is used to verify documents and

19   legal presence status that is coordinated

20   through USCIS.  I can't speak to the structure

21   of USCIS.

22       Q.  Okay.  Does the BMV pay to use the SAVE

23   system?

24       A.  To my knowledge, yes.

1    Q.  Is it a per-transaction fee?

2    A.  Yes.

3    Q.  Is that fee passed on to the customer?

4    A.  I can't speak to that.  I don't believe

5  so.

6    Q.  Does SAVE verify legal presence of

7  cosigners?

8    A.  They only verify the legal presence of

9  cosigners if they have been issued an Ohio

10  credential that was verified previously through

11  their legal presence, but at the time of the

12  cosigner presenting their documents to cosign,

13  no.

14    Q.  Okay.  So if a cosigner presents an

15  out-of-state credential, that would not -- there

16  would be no verification through -- let me state

17  a different question.

18        If the cosigner is not a U.S. citizen

19  and presents proof of the five elements through

20  another way besides an Ohio credential, would

21  those other documents be verified through SAVE?

22    A.  No.  Only the applicant's documents.

23    Q.  And when deputy registrars use SAVE,

24  they input information through BASS, which

1    automatically uploads it to the SAVE system.  Is

2    that correct?

3        A.  It transmits the data to the SAVE

4    system, yes.

5        Q.  What does BASS stand for?

6        A.  It's the Business Application Services

7    System.

8        Q.  Okay.  And describe what BASS does for

9    the BMV.

10       A.  BASS is the holder of the application

11   information as well as it acts as the point of

12   sale system for the Ohio DL/ID.

13                    -=0=-

14          (Deposition Exhibit 17 marked.)

15                    -=0=-

16   BY MS. BROWN:

17       Q.  I'm going to direct your attention to

18   page 1328.  I apologize that the quality is not

19   great, but is this all the information that

20   deputy registrars input to run an applicant

21   through SAVE?

22       A.  It's conditional based on the document

23   that's presented, but yes.

24       Q.  So when a deputy registrar employee

1    starts to use the BASS system to do SAVE

2    verification, is this screen the screen that

3    would pop up for each person or is it different

4    depending on the document that you present?

5        A.  The screen that they see is different

6    based on the document and the requirements that

7    USCIS has for us and what information is

8    required to enter based on the document.  This

9    screen grab is a comprehensive list of all the

10   fields that may appear.

11       Q.  Okay.  So no fields that are listed --

12   there are no other fields that would appear

13   besides what's listed here?

14       A.  That's correct.

15       Q.  Okay.  But then certain things like I-94

16   number, Visa number, passport number, different

17   people may have different legal presence

18   documents so some of those fields wouldn't

19   apply --

20       A.  Correct.

21       Q.  -- to an individual.  Okay.

22           So, for instance a refugee -- let's

23   start with a refugee with one year in the United

24   States.  You would enter the I-94 number, I

1    assume?

2        A.  Yes.

3        Q.  Okay.  And then what would the

4    expiration date be for a refugee who'd been here

5    less than one year?

6        A.  The expiration date that we would send

7    to USCIS is dependent upon the date that we

8    enter in for the license expiration date, and it

9    transmits to USCIS and they recognize the

10   refugee status as such.  So we send them the

11   date that the license expires, but they don't

12   verify based on the premise that that is the

13   expiration of their status.

14       Q.  So the expiration date refers to when

15   the driver's license will expire?

16       A.  Yes, for this screen purpose, yeah.

17       Q.  So for a refugee who's been here for a

18   year, that expiration date is going to be the

19   date four birthdays in the future?

20       A.  Yes.

21       Q.  What would document description, what

22   would that field be?

23       A.  The document description field is an

24   open text field that is present when an I-94 is

1   presented or one of the categories of the I-797,

2   whether it's the approval or the I-797C of the

3   notice types we accept.  That's just an open

4   text field for the deputy.  They can enter in

5   I-94 refugee, they can enter in I-797.  We give

6   them advice on what to enter, but it's not a

7   mandatory, if it's an I-797, they should enter

8   in only I-797.  It's just an open text field.

9        Q.  If a refugee has been here, say, three

10  years and is presenting an I-94 and an I-797C

11  receipt notice, would -- where would it -- so I

12  assume in that case an I-94 number would be

13  entered, right?

14       A.  It may be.  When they're verifying an

15  I-797 document, the fields that appear are the

16  alien number field, the I-94 number field, the

17  expiration date and document description.  I-94

18  number is just used to associate the I-797 with

19  that individual, because they can't verify it

20  based on the premise that the customer only has

21  a 797.

22       Q.  And in that case would the document

23  description say I-797?

24       A.  Yes, it may.

1      Q.  And then in the situation we were

2  talking about earlier where it's a refugee with

3  one year here the document description would say

4  I-94?

5      A.  It may say I-94, it may say I-94

6  refugee.  They don't go into too much detail,

7  because the character limit is pretty small.

8      Q.  And what would be in the field document

9  certificate number?

10      A.  That is used for individuals that have a

11  Certificate of Naturalization or Certificate of

12  Citizenship.  So that's used for U.S. citizens.

13      Q.  What about card number?

14      A.  That's if they've been issued a card by

15  USCIS that is -- at this moment it is the I-551

16  permanent resident card or the I-766, the

17  employment authorization document.

18      Q.  And does the photo match the applicant's

19  document, does that field, is that just

20  something that the deputy registrars look at the

21  person and decide that?

22      A.  That is returned based on what USCIS

23  sends us.  So when we transmit the data to

24  USCIS, if they return a request for an image

1    match, what they do is there's an image that

2    should display on the screen, and the deputy

3    registrar looks at the card, because it only

4    should appear for an I-551 or an I-766, and

5    there's an image that appears on the screen, and

6    then they have the card in hand.  So if that

7    verifies, then they select yes.

8        Q.  So when an employee is filling out these

9    fields to begin with, they won't be entering

10   anything for the photo question because that's

11   something that USCIS would have to send a

12   request to the deputy registrar for?

13       A.  Correct.  The way the screen would

14   function is after they enter the information in,

15   such as the card number and expiration date of

16   that individual's document, USCIS returns the

17   information at that moment after the clerk hits

18   next, and it would then display the information

19   that says does the photo match, and it displays

20   an image on the screen.

21       Q.  And the image would be a photo from a

22   551 or 766?

23       A.  Yes.

24       Q.  And then the deputy registrar employee

1    would look at that photo and look at the

2    applicant and decide whether --

3         A.  Look at the applicant's document.

4         Q.  Look at the applicant's document.

5         A.  The intent is to verify the image that

6    appears versus the image that is on the

7    document.

8         Q.  And they would make a judgment call as

9    to whether it was the same person?

10        A.  Yes.

11        Q.  Are documents like a foreign passport or

12   a foreign counselor ID card run through the SAVE

13   system?

14        A.  The passport number may be depending on

15   the document that they're presenting, but that

16   typically only happens if they have the

17   temporary residency stamp in that passport.

18   That's normally conditionally for a year.  Then

19   that passport number will be entered, but other

20   than that Ohio BMV does not verify the passport

21   individually.

22        Q.  So as part of entering the information

23   into these fields do deputy registrars' staff

24   upload documents to send to SAVE as well, like

1   upload the actual document or copy the actual

2   document, or do they only enter in the

3   information?

4       A.  Deputy registrars only enter in

5   information.

6       Q.  Okay.  So SAVE never includes -- there's

7   never any need for deputy registrars to send a

8   copy of an actual document to SAVE?

9       A.  Not in the verification process.

10      Q.  In any other process?

11      A.  Not that I'm aware of.

12      Q.  And I think you already testified that

13  all noncitizens as well as U.S. citizens that

14  have a Certificate of Naturalization are now run

15  through SAVE?

16      A.  Yeah.  That's what the first paragraph

17  on the page says up there.  When that

18  citizenship question's no or when they have

19  those two documents, this is the screen that

20  will appear.

21      Q.  Is that requirement every time they

22  renew their license as well?  Is that

23  requirement in place or just for the first

24  credential?

1      A.  It's every time they renew or be issued

2  a credential that requires them to present that

3  document.

4      Q.  Are Social Security numbers ever run

5  through or imputed into SAVE?

6      A.  No.  Social Security, as we discussed

7  earlier, has their own verification system.

8      Q.  Okay.  If you can turn to the second

9  page.  I'm going to turn to the next page, 1329,

10  but one additional follow-up question on the

11  Certificate of Naturalization.  If someone

12  presents a Certificate of Naturalization or

13  Certificate of Citizenship and then they're run

14  through SAVE and their documents are verified,

15  will they have to present it the next time they

16  get their license renewed four years later?

17      A.  Not unless they are attempting to be

18  issuing a compliant credential for the first

19  time on that next issuance.  If the issuance

20  that they are completing requires the

21  presentation of that document, then it will be

22  ran through the SAVE system such as a first

23  compliant issuance or a new CDL driver, those

24  are some requirements as to when that's

1  required.

2      Q.  Okay.  So on the second page of

3  Exhibit 17 can you tell me what table 7.1 --

4  what information table 7.1 provides?

5      A.  It contains information related to the

6  response that will immediately appear at the

7  deputy registrar, and it's our interpretation of

8  the response.  USCIS provides us a response

9  code, and we take that response and put it in

10  the language for the deputy registrar on what

11  action they should take based on that response.

12      Q.  Okay.  So is this -- are these eight

13  options the only options that SAVE will -- the

14  only responses that SAVE will give?

15      A.  No.  As I said, these aren't the actual

16  coded responses that USCIS provides.  USCIS

17  provides us with a long list of responses.  This

18  is the responses that the deputy registrar will

19  receive, but it's the interpreted version so the

20  deputy registrars know what action they should

21  take at the time of application and

22  verification.

23      Q.  So that response -- the eight responses

24  are what BASS will spit out to the deputy

1   registrar, but they're not the exact responses

2   that USCIS has given.  They're sort of like a

3   translation for the deputy registrars?

4       A.  Yes.

5       Q.  Okay.  So is the one at the bottom,

6   information has changed.  You must start the

7   transaction over, what does that mean?

8       A.  So if the -- the only time that appears

9   is if the customer has a document, and when the

10  agency enters in the document they had a typo,

11  and then they changed the information and it

12  didn't verify, and the customer then presents an

13  alternate document such as they presented us

14  with an I-94, you know, as I indicated earlier,

15  a refugee document, but then they present us

16  with an I-766, but the refugee document doesn't

17  verify, but the I-766 does, they have to cancel

18  the transaction in BASS and restart it in order

19  to attempt to have the I-766 verified.

20      Q.  So that person could still walk out with

21  a license that day?

22      A.  Absolutely.

23      Q.  How quickly do the -- do these -- one of

24  these eight responses get transmitted to the

1    deputy registrar after they upload the

2    information?

3        A.  As fast as USCIS provides us with the

4    response through the SAVE system.  Oftentimes

5    it's immediately, a second or two, tops.  If

6    there's a delay in the system, then, you know,

7    it will cycle through the process and display,

8    but it's immediately.

9        Q.  Now, it looks like -- so it says, follow

10   the instructions in the message for many of

11   these categories.  Is that a message that USCIS

12   does or a message that the BMV generates?

13       A.  So where it says follow the instructions

14   in the message, it's referring to that bolded

15   message that's directly above that statement.

16   So where it says, the documents have not been

17   verified successfully, if you're looking at the

18   second column down, follow the instructions in

19   the message.  It's telling the deputy registrar

20   to refer to what's in bold because that's what

21   appears on their screen.  So if they need to

22   know how to interpret it, they can pull this out

23   and see, okay, what do I do.

24       Q.  So now it looks like some of these are

1    sort of accounting for there might have been

2    just a misentry or typo of some sort and then

3    you can sort of start over and reenter the

4    information.  Is that correct?

5        A.  Yes.

6        Q.  Okay.  Now, when it says something like

7    say if the -- under date of birth mismatch.  If

8    the information was entered correctly, click

9    next to initiate the next step.  So in that case

10   if they look and -- if the employee looks and

11   sees that the information is correct and then

12   they click to initiate the next step, what would

13   then happen?

14       A.  It will provide them with -- if you look

15   at the third column from the bottom where it

16   says documents require additional verification,

17   it will take them through that step, and then

18   that text underneath it, it will display in the

19   bold, and that text below it where it discusses

20   click next to initiate additional verification,

21   that is the steps they take, and then they

22   finish through the application assuming that

23   they have all the other documents that they are

24   required to have.

1        Q.  Okay.  So when it says documents not

2    verified, does that mean that USCIS is unable to

3    verify that the document is authentic and

4    actually issued to the person or does it mean

5    something else?

6        A.  At that moment in time USCIS is saying

7    that based on the information you provided we

8    can't verify the status that the customer's

9    claiming to have.  It's not saying -- you know,

10   referring to any kind of fraud or anything.

11   They just simply are saying we can't verify it.

12   It requires additional work.

13       Q.  And it doesn't -- does it explain

14   anything more than that?

15       A.  No.  The actual technical response is

16   requires additional verification, and that's all

17   they tell us.  They don't give us reasons why.

18       Q.  So they don't say like this I-94 number

19   doesn't exist or something like that?

20       A.  No.  Not at this time they don't give us

21   any information.

22       Q.  Do they later?  Is there any additional

23   information later?

24       A.  Later on in the process -- as I

1   discussed, there's a three-step process to the

2   verification.  Step one occurs at the deputy

3   registrar, step two and three are after post

4   deputy registrar application.  They may provide

5   us with more detail, they may say no status, or

6   they may provide us with a response that

7   indicates that they don't have status and

8   they're not employment authorized, but the

9   response is conditional based on -- you know,

10  there's approximately 104 of them so I can't

11  speak to all of them off the top of my head.

12      Q.  So let's talk a little bit more about

13  the three-step process.  The first step you said

14  is at the deputy registrar's office, correct?

15      A.  Yes.

16      Q.  Is that just the inputting of this

17  information that we just discussed from

18  Exhibit 17?

19      A.  Yes.

20      Q.  Okay.  And then what's the second step?

21      A.  So the three-step process is owned by

22  USCIS, so I will speak to the interpretation

23  from Ohio BMV regarding that process.

24          Step two is an additional automated

1    overnight process where USCIS recognizes that

2    they cannot verify it.  So they attempt to

3    reverify it using a systematic process.

4          Step three requires us to send a copy of

5    the document to USCIS.  We do that digitally.

6    We don't use paper copies.  Everything's digital

7    through them now.  And we send it through, and

8    they review it on their end.

9        Q.  Okay.  So in that second step are you

10   aware of how USCIS accomplishes that second

11   step?

12       A.  No.

13       Q.  So you just get -- does the deputy

14   registrar get some kind of notice stating

15   whether it's been successful?

16       A.  Once the deputy registrar receives

17   payment for the application and the customer

18   walks out of the agency, if it has not been

19   verified, if that's what we're discussing, they

20   get that BMV 2444 as discussed.  And then if the

21   customer -- unless the customer is attempting to

22   receive the refund, or they are waiting on their

23   card, they don't have a need to go back into the

24   deputy registrar until -- unless they have to go

1  back for purposes of a denial to get a refund.

2      Q.  And in that instance are the deputy

3  registrars permitted to hold on to their

4  documents?

5      A.  No.  The deputy registrars hand the

6  documents back to the applicant after the

7  procedure has been completed assuming there's no

8  other process or reason to have kept the

9  documents, but we don't advise on that.

10     Q.  They don't -- when you say you don't

11 advise on that, you mean you don't advise on

12 when it's appropriate to hold -- for the deputy

13 registrar to seize documents from someone?

14     A.  Correct.

15     Q.  Do you ever get calls asking about that?

16     A.  They may call us about the seizure or

17 confiscation of documents, but we refer them to

18 their investigative procedures, and that's where

19 we end in license control with it.

20     Q.  Okay.  To your knowledge, all of the

21 steps that are required through SAVE --

22         Let me rephrase.  All -- none of the

23 steps that are required through SAVE for the

24 verification would allow the deputy registrars

1    to seize documents for the purpose of the

2    verification procedure?

3        A.  If you're speaking of solely to SAVE

4    verification, no, SAVE verification doesn't

5    require the seizure of documents.

6        Q.  Okay.  Does the BMV have a record of the

7    results of all submissions to SAVE?

8        A.  Yes.

9        Q.  And is that just contained in BASS?

10       A.  Yes.  BASS holds the data for SAVE

11   verification.

12       Q.  So would it be possible to find how many

13   not like findings of non -- how -- what term do

14   you use for a document that isn't successfully

15   verified through SAVE through the three steps?

16       A.  It's used as we call it a denial once

17   it's gone through the verification process.

18       Q.  So are there -- so would it be possible

19   to get -- to run a search for all the denials of

20   people who presented a refugee I-94, for

21   instance?

22       A.  At this moment in time we would be able

23   to see the number of denials that occurred, and

24   other than that I don't know the exact

1  limitations of the reporting inside of BASS.  I

2  do know that we can see numbers.

3      Q.  And then flipping over to the first page

4  of Exhibit 17, you were testifying earlier about

5  how sometimes refugees might have their I-94

6  information, sometimes they would have the

7  I-797 -- so it might be entered under document

8  description as I-797 or it could be entered as

9  I-94, correct?

10     A.  Depending on the information that is

11 entered by that clerk, yes.  They select -- the

12 way it's driven is they select a document on one

13 screen, and then when they click next to

14 navigate to this screen, it gives the indication

15 of what information's required to be entered.

16     Q.  And so if you were to do a search of the

17 denials that we were just talking about and you

18 said you could see the number of denials by a

19 certain category, would those be sorted by

20 everyone that mentioned refugee in the term

21 document description, or how would you go about

22 doing that?

23     A.  It is based on the document that the

24 clerk selected for issuance.  If you look at the

1   very top of the sheet, it's kind of blurry --

2   not the very top, but if you look right there,

3   it says issuing USCIS document name.  It is

4   sorted based on that document.  So whether they

5   select the I-797 or I-94 refugee or I-551, it's

6   sorted by that.  It's not sorted by the

7   individual fields on this page.

8       Q.  But if a refugee did present an I-797C

9   and an I-94, you don't know which of those would

10  be in that field for issuing USCIS document

11  name, right?

12      A.  If they selected -- if it falls under

13  the situation where that customer has the

14  refugee status that's over two years old and

15  they present the I-797, that clerk is advised

16  per the Proof of Identity Manual to select I-797

17  as the issuing document which will mean that it

18  is categorized inside of the reporting system

19  that I referred to for the number purpose as

20  I-797.

21      Q.  And then if it's a refugee who's been

22  here less than two years and they present an

23  I-94 only, it will obviously say I-94 I would

24  assume, right?

 1      A.  Yeah.  There's a separate selection for

 2   them to select I-94 refugee.

 3      Q.  And it wouldn't say I-94.  It would say

 4   I-94 refugee?

 5      A.  If they're a refugee.  There is a

 6   separate I-94 for those that are not a refugee.

 7      Q.  And would it -- even if a person

 8   presented an I-797C, would it still say I-797?

 9      A.  Yes.

10      Q.  It wouldn't say the C?

11      A.  No.

12      Q.  If a person applies for an Ohio

13   credential and their information gets run

14   through SAVE and after the three steps USCIS is

15   unable to verify their documents, is that person

16   considered to be having had their application

17   denied?

18      A.  Yes.

19      Q.  And those people are tracked, the

20   denials are all tracked?

21      A.  Yes.

22      Q.  And maintained by the BMV?

23      A.  Yes.

24      Q.  You referred to the retention policy

1    earlier, and there may be multiple retention

2    policies, but how long would that sort of

3    information be retained?

4         A.  I don't know the retention policy on

5    that.

6                         -=0=-

7         (Deposition Exhibit 18 marked.)

8                         -=0=-

9    BY MS. BROWN:

10        Q.  How long are BASS records generally

11   maintained -- retained, if you know that?

12        A.  I don't know the retention policy on the

13   BASS records either.  I don't know the exact

14   retention policy.

15        Q.  So if a refugee only -- just still

16   staying on Exhibit 17 for another minute.  If a

17   refugee has only issued an I -- only brought an

18   I-94 as their sole legal presence document,

19   would they even get to the step of doing this

20   verification through SAVE, or would they just be

21   told that they didn't -- I'm sorry.  Let me

22   rephrase, because I think I might have forgotten

23   an important part of the question.

24            If a refugee who's been -- whose I-94 is

1   more than two years old presents the I-94 as

2   their sole legal presence document to the deputy

3   registrar, would the deputy registrar even use

4   the SAVE verification system?

5       A.  No.

6       Q.  Okay.  So this exhibit is a number of

7   potential forms that could be issued to

8   customers.  So I just want to direct your

9   attention to Form 2444 which is stamped

10  page 1126 of the exhibit.  In what instances is

11  this form issued?

12      A.  It is issued any time SAVE provides a

13  response that has been interpreted as not

14  verified.

15      Q.  Okay.  And so the applicant is at the

16  deputy registrar's office, they do the initial

17  step of SAVE verification, it comes back not

18  verified, does the deputy registrar then hand

19  this to them and tell them they'll be in touch?

20      A.  No.  So this section 9.2 right here

21  inside this document actually lists the process

22  that happens, but I'll try to explain it in a

23  way that's aware.  The agency finishes the

24  transaction, and will actually take the image of

1   the customer, and then save the transaction

2   inside of the BASS system, and then it goes into

3   the tracking system I referred to earlier where

4   they track the SAVE responses and all the DL

5   applications once they've been completed.  At

6   that time after they take the image and save

7   that transaction that is when that paper, that

8   form is handed to the customer, at the end.

9       Q.  So if the person is -- referring back to

10  Exhibit 17, if the person's information is

11  entered into the -- this screen and then the

12  first response comes out information has been

13  verified right there at the deputy registrar

14  office, the person wouldn't get this document?

15      A.  That's correct.

16      Q.  2444.  Okay.

17          So it's only if their verification has

18  not been -- they don't have a final decision

19  yet?

20      A.  Correct.

21      Q.  And so it's provided to the applicant

22  right there at the deputy registrar's office?

23      A.  Yes.

24      Q.  Page 1128 of Exhibit 18.  What is this

1    document?

2        A.  This is the document that once it goes

3    through that three-step verification process and

4    we have, you know, gone through that process, we

5    will mail this to the customer along with the

6    SAVE Fact Sheet advising them that their

7    application has been denied.

8        Q.  And is this -- this could be mailed to

9    the applicant or provided to them at the deputy

10   registrar's office?

11       A.  It is always mailed to them, and that is

12   because the -- once that customer saves that

13   transaction and they receive the 2444, at that

14   point they have -- I don't want to say no

15   contact, but they don't have a necessity to go

16   back to the deputy registrar until they

17   either -- there was an issue discovered with

18   their application, or it has been denied and

19   they need to go back to the deputy registrar for

20   a refund which it states in this letter as well.

21       Q.  If you could turn to the next page,

22   which is 1199.  It refers to the BMV

23   investigation receipt.  The BMV investigation

24   receipt would never be issued in connection with

1    a SAVE verification issue, correct?

2        A.  I can't speak to when the investigation

3    receipt's been issued.  That is the BMV

4    investigation section.

5        Q.  But license control doesn't advise on

6    investigation receipts at all?

7        A.  If they have to follow the investigative

8    procedures, that's all we tell them to do, is

9    follow their procedures.

10       Q.  Okay.  And if you could turn to the last

11   page of this exhibit, of Exhibit 18, is this the

12   SAVE Fact Sheet?

13       A.  Yes.

14       Q.  And this is provided to anyone along

15   with a pending, say, verification letter and a

16   notice of denial letter or one or the other?

17       A.  It should be given to the customer at

18   the time post application has been completed at

19   the deputy registrar.  It's available for them

20   to print at any time.  It's not generated with

21   an application.  And then we also mail them a

22   copy with the denial letter just in an attempt

23   to give them all the information that we can

24   give them.

1     Q.  Okay.

2          MS. BROWN:  Exhibit 19.

3                    -=0=-

4          (Deposition Exhibit 19 marked.)

5                    -=0=-

6  BY MS. BROWN:

7     Q.  So this document was provided to the

8  Plaintiffs in discovery in response to a

9  question about training on USCIS procedures and

10  other procedures.  Do you see at the top where

11  it says New Forms?

12     A.  Yes.

13     Q.  Are all of these six forms listed new?

14     A.  These forms were all new with the

15  exception of the 5745 and 2424 as of July 2018.

16  Once central issuance, as we call it, went live

17  and became in existence, that's when the rest of

18  the documents were created or made accessible to

19  the deputy registrar.

20     Q.  Okay.  So other than those two that you

21  just mentioned the rest of them all became

22  used -- started to be used around July of 2018?

23     A.  July 2nd would have been the date.

24     Q.  And why was it necessary to create new

1    forms at that point?

2        A.  The license issuance process completely

3    changed, and a lot of the procedures changed

4    mostly related to the compliant card and the

5    Real ID Act.

6        Q.  So the Acceptable Document List 2430

7    were -- was the list of acceptable documents

8    changed because the requirements changed to

9    issue compliant cards then?

10       A.  The 2430 is the Acceptable Document List

11   for the compliant DL/ID.

12       Q.  And the Ohio Interim Documentation form

13   went into effect because the policy changed

14   about mailing the credential instead of giving

15   the credential on-site to the customer?

16       A.  Yes.

17       Q.  And why did the BMV SAVE Fact Sheet

18   change?

19       A.  That SAVE Fact Sheet is the one that is

20   contained in Exhibit 18.  That was implemented,

21   because we provided the customer -- we as in

22   Ohio BMV gave the intent to apply the SAVE

23   verification process across the board for all

24   individuals presenting USCIS documentation, and

1    in discussion with USCIS for purposes of SAVE

2    verification that was the advice that they gave

3    to us.

4        Q.  Is the SAVE Fact Sheet issued by USCIS?

5        A.  Yes.  It's issued by USCIS.

6        Q.  Was there a similar sheet before

7    July 2nd, 2018?

8        A.  No.  I misspoke.  It may have been in

9    existence with USCIS, but Ohio BMV did not use

10   it.

11       Q.  And the information -- the USCIS

12   informational paper, is that also known as the

13   pending SAVE verification form?

14       A.  Yes.  This training document as you

15   referred to it is from what I discussed as the

16   roundtables earlier, and this was given before

17   July 2018 to give the deputy registrars

18   introduction into the new process.  That was

19   what it was called prior to being called the

20   pending SAVE verification.

21       Q.  And then we discussed the USCIS Denial

22   Letter which was also part of Exhibit 18, right?

23       A.  Yes.

24       Q.  Now, why did there need to be a new 2444

1  and 2445 after July 2nd?  Or let me ask it this

2  way:  Before July 2nd, 2018 there were still

3  some people whose information was being run

4  through SAVE, correct?

5      A.  Yes.

6      Q.  So were there existing documents that

7  provided notice of a pending SAVE verification

8  and provided notice of a denial?

9      A.  No.

10     Q.  So how did those people get notified

11 before?

12     A.  They coordinated with the deputy

13 registrar and the license control department.

14     Q.  But there was no standard form?

15     A.  No.

16     Q.  You just -- people were individually

17 notified in different ways?

18     A.  However the deputy registrar discussed

19 it with the customer.  I can't speak for the

20 processes that they had for it, but there was no

21 formal document similar to the 2444 or 45.

22     Q.  And why did the BMV decide to make -- go

23 from a system of not having formal documents to

24 hand out to having formal documents to hand out?

1      A.  I can't speak to that.  It was made by

2  the previous administration.

3      Q.  You don't know why?

4      A.  I don't know.

5      Q.  But you were the director at that

6  time -- right?  -- of license control?

7      A.  I was customer service manager of

8  license control as of January, February 2018 so

9  I followed the policies that were in place at

10  the time, but I don't know why the policy was

11  implemented to not give similar documents to the

12  customers.

13      Q.  Do you think there's anyone at the BMV

14  that would know that?

15      A.  The administration has changed so I

16  don't believe so.

17      Q.  And then let me ask about the overall

18  change from pre July 2nd, 2018 to July 2nd, 2018

19  and going forward.  Why did the BMV decide to

20  change who is run through -- who's required to

21  be run through SAVE?

22      A.  I don't know the exact reason.  I just

23  know the decision was made to, across the board,

24  verify everyone that has been presented a USCIS

1  document.  I know it was just made in

2  accordance -- the Real ID Act stated that if

3  they're being issued a compliant credential,

4  they must have their legal presence status

5  verified if they're presenting a verifiable

6  document such as a U.S. passport, and that

7  included we decided to implement SAVE

8  verification across the board for all

9  individuals presenting USCIS documentation for a

10  compliant or standard issuance.

11      Q.  Was there a concern before July 2nd,

12  2018 there were certain groups of noncitizens

13  who weren't being run through SAVE and that was

14  resulting in people being issued licenses who

15  weren't eligible for them?

16      A.  Not to my knowledge.  I don't know.  I

17  can't speak to that.

18      Q.  Have you ever heard anyone in the BMV

19  say that that might have been a reason to do it?

20      A.  No.

21      Q.  To make the change?  No?  Okay.

22          Just to go back to Exhibit 17, all

23  refugees no matter when they entered the United

24  States now have to have their information run

1   through SAVE if they apply for an Ohio

2   credential, correct?

3       A.  Can you repeat that?  I'm sorry.

4       Q.  All refugees, people who are currently

5   in refugee status, have to have their

6   documentation run through SAVE to be able to get

7   any kind of license, correct?

8       A.  They may or may not have their refugee

9   information entered depending on the date that

10  they entered the U.S. per our policy.

11      Q.  Say more about that.

12      A.  Well, as we discussed earlier, if they

13  have the I-797 with the 485 because their

14  refugee stamp is over two years and that I-797

15  will be entered in and their status will be

16  verified.

17      Q.  Their I-94 number wouldn't be entered in

18  in that case?

19      A.  It may or may not be depending on the

20  document they have at the time.  They have to

21  enter either the alien number or I-94 number

22  when they're presenting an I-797 for

23  verification.

24      Q.  If a refugee had been here for more than

1  two years and presented an I-94 as their sole

2  proof of legal presence, I understand that that

3  person wouldn't be permitted to apply with that

4  as their sole purpose of legal presence,

5  correct?

6      A.  Correct.

7      Q.  Assuming, though, for a minute that they

8  could be entered into SAVE -- or I'm sorry.

9  Assuming for a minute that the deputy registrar

10 did allow them to apply, if they entered in

11 their I-94 number and their name and date of

12 birth, could USCIS verify that that I-94 is an

13 accurate document?

14         MR. HONEN:  Objection.  I think it's --

15 the question seems a bit confusing and it's a

16 hypothetical.  It's a confusing hypothetical.

17         MS. BROWN:  I will restate it to try to

18 make it less confusing, because I want to make

19 sure that I get a good answer.

20 BY MS. BROWN:

21     Q.  So assuming that an I-94 was the only

22 document that the person had for legal presence,

23 and they've been here for more than two years,

24 if the deputy registrar inputted their I-94

1   number and their name and date of birth into

2   this system, could USCIS verify that I-94

3   document?

4       A.  Possibly.  Depends on the response that

5   USCIS gives.  We have no knowledge of the

6   response that USCIS may or may not give.  We

7   have no list of responses.  They provide the

8   response and we interpret it as such.  Is there

9   a chance, which is the question?  Assumably so

10  there's a chance for every document we enter to

11  be verified.

12      Q.  So if USCIS verifies that document that

13  means that this refugee has legal presence,

14  correct?

15      A.  If that's a response they provide, yes.

16      Q.  So would there be any reason not to

17  issue them a license?

18      A.  Other than current BMV policy holds that

19  if it's over two years old they're required to

20  have the I-485.

21      Q.  I understand the BMV policy doesn't

22  permit them to get a license, but would there be

23  any concern that they weren't legally present if

24  USCIS verified that the I-94 was valid and they

1   were in refugee status?

2      A.  Based on the interpretation of our

3   response, no.

4      Q.  Turning to -- actually just a little bit

5   more on topic 18.  Okay.  So we're talking about

6   the policy change before July 2nd and after

7   July 2nd.  To verify certain categories of

8   people -- certain categories of noncitizens and

9   now all noncitizens are verified, correct?

10     A.  Yes.

11     Q.  Do you know why that change was made?

12     A.  No.

13     Q.  You've never talked to anybody at the

14   BMV who's indicated why that might have been --

15   why that policy might have changed?

16     A.  No.

17     Q.  So I know we talked about the July 2nd,

18   2018 is the date that the compliant cards became

19   available as well, right?

20     A.  Yes.

21     Q.  Okay.  So is that related to the reason

22   why all noncitizens became subject to

23   verification through SAVE, or is it not related?

24     A.  My understanding is that once the

1  systematic changes were made to allow for SAVE

2  verification for a compliant credential, the

3  decision was made to implement it across the

4  board to all U.S. citizens that have those

5  appropriate documents and non-U.S. citizens.

6     Q.  Is the BMV's position that it wasn't --

7  let me back up.

8       So now there are standard licenses and

9  compliant licenses, right?

10    A.  Yes.

11    Q.  And is the BMV's position that before

12  July 2nd, 2018 no licenses were compliant before

13  then?

14    A.  I believe they may have considered them

15  what they called materially compliant, but they

16  weren't compliant per the Real ID Act so they

17  weren't truly a compliant credential.

18    Q.  Explain what materially compliant means.

19    A.  It fell within some guidelines of what

20  was the Real ID Act -- or what is the Real ID

21  Act, but it didn't follow all the guidelines so

22  they didn't qualify under the federal Real ID

23  Act.

24    Q.  Okay.  If a refugee comes in with an

1  I-94 that is dated one year and nine months ago

2  and it is entered into this screen on Exhibit 17

3  as their sole lawful presence document, USCIS

4  can verify that document, right?

5       A.  Sure, yes.

6       Q.  And so would it come -- when it says a

7  document has been verified, does that mean that

8  USCIS considers that person lawfully present?

9       A.  It just means USCIS provides a response

10  that says whatever their status is, if it's a

11  student, a refugee, if they're employment

12  authorized, if they're admitted as an asylee, it

13  just means that they verified their status.

14       Q.  Does that mean -- does it also mean that

15  the document is current and unexpired?

16       A.  It just means that USCIS has verified

17  their status.  We don't -- I can't speak for the

18  responses that USCIS provides except for what

19  they provide to us or their own interpretation

20  of their response.

21       Q.  Let's move on to 16.  We've already

22  covered how cosigner information is inputted

23  into BASS, and we covered how the SAVE system --

24  what is inputted into BASS for transmission to

1   the SAVE system.

2        Is Exhibit 17 the only legal presence

3   information that would be inputted into BASS by

4   the deputy registrars for an applicant?

5        A.  For purposes of verification, yes.  They

6   capture it when they're selecting what documents

7   are required to be scanned, but it's the only

8   time they enter in information for legal

9   presence to be verified for SAVE.  There is --

10       Q.  Go ahead.

11       A.  There is a passport verification process

12   for United States passports.  So that's also

13   related to legal presence, but it's not

14   associated with SAVE.

15       Q.  What about not per se verification

16   purposes but just for issuance of the license,

17   do they collect -- does the deputy registrar

18   employee collect any additional information in

19   BASS related at all to legal presence?

20       A.  Unless it's for purposes of scanning the

21   document, no.

22       Q.  Returning to Exhibit 5.  This section of

23   the drivers manual deals with credential

24   issuance procedures, Chapter 3 of the drivers

1    manual.

2        A.  What page?  I'm sorry.

3        Q.  I'm sorry.  Page 149.  Now, in section

4    B2 under personal information, if an Ohio

5    credential is not presented, it says the BMV

6    5745 must be scanned, correct?

7        A.  Say that one more time.  I'm sorry.

8        Q.  Under B2 b ii it says -- so in response

9    to the question was an Ohio credential

10   presented, it says, if no is selected, then the

11   BMV 5745 must be scanned.  Do you see that?

12       A.  Yes.

13       Q.  So if a person getting a credential for

14   the first time is -- if someone is applying to

15   get a credential for the first time, this

16   particular form has to be filled out, correct?

17       A.  Yes.  That is the application for the

18   DL/ID.

19       Q.  And that's the one that you said in

20   Exhibit 19 does not -- was not -- is not a new

21   form?

22       A.  Correct.  It was in existence prior.

23       Q.  And has that form changed since

24   July 2nd, 2018?

1      A.  Yes.

2      Q.  How did it change?

3      A.  Before July 2nd, 2018 it changed to add

4   the fact that the applicant was applying for a

5   compliant credential.  So it's a double-sided

6   form now as well as it -- there were some

7   maneuvering of the information that's captured

8   on there to make it just make more logical sense

9   to the deputy registrar.

10     Q.  Okay.  In section b ii e here it uses

11  the phrase PDPS checks and PDPS match.  What

12  does that mean?

13     A.  The PDPS is the Problem Driver Point

14  System.  It's the national database that holds

15  license information for individuals that may

16  have a block or unpaid suspension in another

17  state.

18     Q.  In section C where it says, was license

19  control contacted for document approval, would

20  that just be document approval related to legal

21  presence documents?

22     A.  It's anything that they're asking

23  questions about relating to document approval.

24     Q.  Could that include identification --

1  identity documents like a foreign passport or

2  something like that?

3     A.  Yes.

4     Q.  So license control will approve those

5  kinds of documents sometimes as well?

6     A.  If they have a question speaking to a

7  passport specifically, yes.  As I said, we don't

8  issue solely based on the passport if they don't

9  have legal presence contained in the passport,

10  but yes.

11     Q.  Turning to N, which is page 157.  Before

12  we talk about section N, we were discussing a

13  minute ago foreign identity document

14  verification.  If someone had a type of Visa

15  that required a valid foreign passport, would

16  that be the kind of thing that they would call

17  license control to get approval of?

18     A.  Yes.

19     Q.  In section N, Social Security Online

20  Verification, we're on page 157 now.  I think we

21  may have gotten to this a little bit earlier,

22  but the Social Security number verification

23  process involves comparing the Social Security

24  number that the applicant presents with what the

1    Social Security Administration has on file,

2    right?

3        A.  It's the name, date of birth, and the

4    Social Security number.

5        Q.  Okay.  And is that -- is that

6    verification like a fairly quick process?

7        A.  It's immediate.

8        Q.  Is that done through BASS similarly to

9    SAVE or in a different way?

10       A.  It communicates with BASS through

11   another system to get to SSA, but yes.

12       Q.  Is the Social Security card uploaded or

13   the number's just entered?

14       A.  If it's required to be scanned based on

15   the application, such as a compliant credential

16   issuance or non-U.S. citizen or whatever the

17   other requirements are, the card may be scanned

18   in, but for Social Security verification it's

19   just the number and name and date of birth.

20       Q.  And you said previously the cosigner

21   would not have to go through this process?

22       A.  Not for sole purpose of cosigning, yes.

23       Q.  Just to flip back to Exhibit 19, what

24   training did BMV staff get on the new forms that

1    you testified about in Exhibit 19?

2        A.  The BMV staff were given training

3    depending on their individual sections and what

4    their job duties are.  License control

5    specifically received training on, you know,

6    introduction to the new form and in particular

7    the changes to the forms.

8        Q.  And was that -- who did that training?

9        A.  For license control it would have been

10   myself and Chad after he arrived.

11       Q.  And did deputy registrar staff get

12   training on these forms as well through this

13   roundtable?

14       A.  I can't speak to what the staff received

15   at the deputy registrar, only say deputy

16   registrars may or may not have been present at

17   the roundtable through the BMV-provided

18   training, but I can't speak to what the deputy

19   registrar trained their own staff on.

20       Q.  Is the roundtable mandatory?

21       A.  Yes, it is mandatory for the deputy

22   registrar.

23       Q.  But not all their staff necessarily?

24       A.  Correct.

1        Q.  And so you don't know what training, if

2    any, the deputy registrar staff received on-site

3    or elsewhere about the new forms?

4        A.  No.

5        Q.  Did the system where information for

6    SAVE verification is uploaded through BASS and

7    transmitted to SAVE, did that system get changed

8    in the last two years?

9        A.  It never existed prior to July 2nd.

10       Q.  So prior to July 2nd --

11       A.  2018 obviously.

12       Q.  Yeah.  Prior to July 2nd, 2018 how was

13   information transmitted to USCIS?

14       A.  The agency provided a copy of the

15   document via fax to license control.  License

16   control accessed the SAVE application through

17   their provided website, and the information was

18   input by license control into SAVE, and the

19   response was given to the deputy registrar.

20       Q.  Okay.  So you all were sort of the

21   middleman in that process and now it's more

22   direct through the deputy registrars themselves?

23       A.  Correct.  It's done systematically

24   through BASS inside of an internal website

1  application.

2      Q.  Okay.  Moving on to topic 19, does the

3  BMV have any written policies or procedures

4  regarding when it's appropriate for a BMV staff

5  member to contact a federal immigration agency?

6      A.  Not that I recall.

7      Q.  Okay.  If this type of policy existed,

8  do you think you probably would have seen it?

9      A.  Most definitely.  I communicate with

10  USCIS for SAVE verification if there's a delay

11  in their verification, but other than that I

12  don't reach out to SAVE.  USCIS I should say.

13      Q.  Okay.  Sorry.  I don't know if that was

14  the answer to exactly what I asked.  So the

15  question I asked before --

16          MS. BROWN:  Actually, would you read

17  back the question.

18          (Record read as requested.)

19      Q.  So you don't -- and you don't -- they

20  don't have a policy or you're not sure?

21      A.  Not that I'm aware of.

22      Q.  Okay.  And if they did have such a

23  policy, you would probably have seen it, right?

24      A.  Yes.

1      Q.  So and that -- there's no such policy

2  with regard to USCIS specifically either?

3      A.  No.

4      Q.  The Department of Homeland Security?

5      A.  No.

6      Q.  Immigration and Customs Enforcement?

7      A.  No.

8      Q.  Can you think of a reason why anyone

9  outside license control would call a federal

10  immigration agency for any reason?

11      A.  None that I can speak to.  Other

12  sections inside of the BMV may contact them for

13  reasons related to their job duties, but I'm not

14  privy to that information.

15      Q.  Do you think the telecommunications

16  department might?

17      A.  I can't speak to that.

18      Q.  Do you know of any time that anyone in

19  another department besides license control

20  contacts USCIS, DHS, ICE or any other federal

21  immigration agency?

22      A.  I know investigations may contact them

23  for purposes of their own that I'm not exactly

24  aware of all of the purposes that they may.

1    Other than that, no.

2        Q.  And you said that you yourself have

3    sometimes had occasion to call a federal

4    immigration agency or department?

5        A.  Related to SAVE verification purposes,

6    yes.

7        Q.  Have you ever had a contact with any of

8    those agencies that didn't have to do with SAVE

9    verification?

10       A.  No.

11       Q.  Have you ever had to call USCIS for

12   advice on any immigration matter or legal

13   presence documentation issue related to your

14   work at license control?

15       A.  Not unless it's related to SAVE

16   verification.

17       Q.  And when you call for SAVE verification

18   matters, there's not a specific policy or

19   procedure around when you're supposed to call?

20       A.  No.

21       Q.  When do you usually find it appropriate

22   to call?

23       A.  Oftentimes if there's a situation where

24   the BMV does not understand the response

1  provided by SAVE, if it doesn't line up with

2  something that we expected to receive as in they

3  provide a response that is completely different

4  than the document that we provided to them, or

5  if it's taking, you know, an exorbitant amount

6  of time to verify that document, USCIS provided

7  us with guidelines verbally that if the

8  verification process takes longer than 30 days

9  then we should reach out to them as well.

10     Q.  And who do you call at SAVE?

11     A.  SAVE has their own help desk.

12     Q.  So it's like a hotline number that a lot

13  of BMVs around the country presumably...

14     A.  Yeah.  It's a number that's available to

15  the public as well.  So when you call the

16  number, it directs you to whether you're a state

17  agency or an outside customer, not associated

18  with an agency.

19     Q.  All right.  Topic 20.  Other than

20  inputting documents to the SAVE system via BASS

21  are deputy registrars authorized by the BMV to

22  have any communication with any federal

23  immigration agency?

24     A.  Not that I'm aware of.

1          Q.  Is there an express prohibition by the

2    BMV on that kind of communication?

3          A.  Not that I'm aware of.

4          Q.  Okay.  Has the BMV ever encountered an

5    instance where the deputy registrars -- where it

6    came to your attention that the deputy

7    registrars were calling immigration agencies?

8          A.  No.

9          Q.  So if they have an issue with SAVE, they

10   always go through license control at the BMV?

11         A.  Correct.  They may contact their field

12   representatives, you know, as I stated earlier

13   in the day.  If they have questions and the

14   customer's not at the agency, they may contact

15   their field rep to ask questions, but if it's

16   directly related to issuance, then yes, they'll

17   contact license control.

18         Q.  Do the field reps ever contact USCIS or

19   ICE or DHS or any other agency?

20         A.  Not that I'm aware of.

21         Q.  Would they ever contact SAVE about

22   verification issues?

23         A.  No, not that I'm aware of.

24         Q.  Do you ever have any contact with the

1    Columbus field office of USCIS?

2        A.  No.

3        Q.  The Cleveland or Cincinnati field

4    offices?

5        A.  No.

6        Q.  Do you have any idea if the deputy

7    registrars ever reach out to those local field

8    offices?

9        A.  I'm not aware if they do.  The only

10   advice we give related to any field office is

11   that if the customers have questions and they

12   don't want to wait on the call center line they

13   should schedule an appointment with those

14   offices, but other than that I'm not aware of

15   any communication given to the customer.

16       Q.  And do deputy registrars ever receive

17   any training from a federal immigration agency?

18       A.  Not that I'm aware of.

19       Q.  USCIS?

20       A.  Not that I'm aware of.

21       Q.  ICE?

22       A.  No.

23       Q.  Okay.  21.  I think we've covered most

24   of this in earlier topics, but we previously

1  discussed the difference between being denied

2  and being not permitted to apply.  If the

3  customer isn't permitted to apply, does the BMV

4  require the deputy registrars to give any kind

5  of explanation to the customer?

6      A.  We advise them as license control to let

7  the customer know that the reason we're not

8  completing the application is because this

9  document is missing.  If you are able to obtain

10  this document, then we'll proceed with an

11  application unless there's something else that's

12  discovered that is missing.

13      Q.  And is that -- do you encourage them to

14  do that verbally or in writing?

15      A.  Yeah, verbally when they contact license

16  control.

17      Q.  There's no form or notice that is issued

18  to them, though?

19      A.  Not for license control.

20      Q.  Do you know if the deputy registrars

21  have their own forms?

22      A.  I can't speak to the deputy registrar.

23      Q.  If a deputy registrar -- if an applicant

24  comes into a deputy registrar and the deputy

1    registrar looks at their legal presence

2    documentation and thinks it's insufficient, are

3    they required to contact license control or is

4    it just if they need your advice?

5        A.  On an as-needed basis.

6        Q.  Okay.  So there's no requirement that

7    they have to contact license control before

8    turning someone away?

9        A.  No.

10       Q.  Okay.  Topic 22.  So I know you said

11   that license control does not authorize deputy

12   registrars to seize documents related to legal

13   presence for any reason.  Do they ever authorize

14   the deputy registrars to make a copy of, say, an

15   I-94 or some other legal presence document, or

16   is that not authorized either?

17       A.  We won't advise them to make copies of,

18   seize, keep, confiscate, however you want to say

19   it, documents for those purposes.  We advise

20   them to scan the documents in for BASS purposes

21   for related to issuance, but nothing else.

22       Q.  You advise them to scan them in even if

23   they have to tell the customer they can't apply?

24       A.  No.  Only if they're completing the

1  application they scan the documents.

2      Q.  Just to clarify.  Thanks.

3          And I know you said that if a person

4  isn't permitted to apply their information will

5  not be entered into BASS, correct?

6      A.  Correct.

7      Q.  So I assume that means there's no -- the

8  BMV doesn't track in any way the people who have

9  come to apply but were not permitted to apply?

10      A.  Correct.

11      Q.  And if such a person eventually got a

12  license after coming back with additional

13  documents or if their status changed or

14  something like that, there would be no record

15  that they had previously tried to apply?

16      A.  Correct.

17      Q.  Does the BMV have any idea how many

18  noncitizens each year are told by deputy

19  registrars that they can't apply due to

20  insufficient legal presence documentation?

21      A.  No.

22      Q.  So I assume there's also no way of

23  knowing which deputy registrars have turned the

24  most or the least people away?

1    A.  No.

2    Q.  And there wouldn't be any way of

3  figuring that out for refugees specifically?

4    A.  No.

5    Q.  Okay.  Or for minors who don't have a

6  cosigner specifically?

7    A.  No.

8    Q.  In the phone logs, which we'll discuss

9  in more detail in a later topic, but related to

10  this tracking issue in topic 22 would those

11  phone logs -- would you be able to piece

12  together from a phone log an applicant's name

13  and the fact that they had insufficient proof of

14  legal presence?

15    A.  The intent is that information is

16  captured in the phone log, yes.

17    Q.  And the phone logs are all maintained --

18    A.  Yes.

19    Q.  -- subject to the retention policy?

20    A.  Yes.

21    Q.  Okay.

22      MS. BROWN:  We're on Exhibit 20.

23              -=0=-

24      (Deposition Exhibit 20 marked.)

1                        -=0=-

2   BY MS. BROWN:

3       Q.  Topic 23.

4           MR. HONEN:  I believe 23 is

5   Mr. Ballinger's topic.

6           MS. BROWN:  I thought 24 --

7           MR. HONEN:  I think it's 23 and 24.

8           MS. BROWN:  Could you tell me what his

9   topics are?

10          MR. HONEN:  I believe it was --

11          MS. BROWN:  Is it 13, 17, 23 and 24?

12          MR. HONEN:  Correct.

13          MS. BROWN:  Okay.  23 is related to 24

14  so that works.  All right.  I guess we can still

15  have the exhibit.

16          MR. HONEN:  Sure.  I think it may come

17  up later.  Okay.

18  BY MS. BROWN:

19      Q.  So we'll do topic 25.  When did the BMV

20  first enact the policy that refugees with I-94s

21  that are two years or older must also show an

22  I-797C for proof of legal presence in addition

23  to the I-94?

24      A.  Based on conversations with current

1   administration, it predates everyone here so we

2   don't know the time frame of when that was

3   enacted.

4        Q.  Who all did you talk to that it

5   predated?

6        A.  My administrator, Tom Wilson, as well as

7   the registrar's office.

8        Q.  Okay.  And so when you say it predated

9   everybody, how long ago are we talking?

10       A.  I believe administration that's

11  previously there is 2015 or '14.  I don't know

12  the exact year.

13       Q.  But presumably there were people

14  working -- did Tom Wilson not work here before

15  2015?

16       A.  Not to my knowledge.

17       Q.  Okay.  What about -- was there anyone in

18  the registrar's office that worked here before

19  2015?

20       A.  Not to my knowledge that's currently

21  still here.  I can't speak to that.  I started

22  in June 2016, and to my knowledge, no.

23       Q.  So do you have electronic access or any

24  other kind of access to old versions of the

1  Deputy Registrar Procedure Manual Proof of

2  Identity Section?

3      A.  There are records maintained of the old

4  copies.  I am not aware of how far back it goes

5  or what the retention policy and what copies we

6  have.

7      Q.  As part of your preparation for this

8  deposition did you look through old manuals to

9  try to figure out when that policy might have

10  come into existence?

11      A.  Yeah.  We attempted to find the date,

12  but we could not.

13      Q.  And how far back -- what's the farthest

14  back version of the manual that you looked at?

15      A.  If I recall, they were revision dates in

16  2014 that I know I saw.  I can't recall if there

17  were earlier dates, however.

18      Q.  And so in the 2014 version this policy

19  with the I-797, I-94 policy was in effect?

20      A.  Yes.

21      Q.  So does the BMV not maintain copies of

22  old versions of the registrar manual longer than

23  five years ago?

24      A.  There's a retention policy.  I don't

1    know how long it is, but I know that as I said

2    there are copies, but I can't recall how far

3    back it goes.

4         Q.  There are copies of what?  I'm sorry.

5         A.  Old documents, old manuals and

6    procedures.

7         Q.  But it may go back farther than 2014?

8         A.  Possibly.  I don't recall how far back

9    it goes.

10        Q.  What I'm trying to get at is did you

11   only look at the one revised in 2014 because you

12   couldn't find any others before 2014 or did you

13   not look before 2014?

14        A.  I don't recall a date earlier than that.

15   I can't say definitively that they're not in

16   existence.  That's what was provided to me by

17   the individual who maintains those documents.

18        Q.  And who is that?

19        A.  The publications coordinator I mentioned

20   earlier.

21        Q.  What's her name?

22        A.  Tiffany Crawford.

23        Q.  Okay.  Was she the one that actually

24   looked through the manuals for you or did you do

1  it?

2      A.  I looked through the manuals.

3      Q.  Did she have hard copies of old manuals?

4      A.  Not that I recall.  They're all digital.

5      Q.  So she helped you look through the

6  electronic version, or did she email them to

7  you?  How did it work?

8      A.  She just provided the documents

9  electronically.  If I recall, they may have been

10  through a CD since the file sizes were too large

11  to email.

12      Q.  And did you ask her to look at the

13  oldest version of the Deputy Registrar Procedure

14  Manual that she could find?

15      A.  I asked her -- I don't remember the

16  exact definition of the discovery, but it was

17  whatever was in the request for information that

18  was provided to us.

19      Q.  So the request -- the discovery

20  responses -- I will pull them out now.  That was

21  Exhibit 11.  And I'm assuming that you're

22  referring to interrogatory number five, page 8?

23      A.  No.

24      Q.  Is that what you're referring to?

1     A.  No.  I'm referring to the discussions

2  that happened prior to -- it was just a request

3  for information that was given to me.  It may

4  have been from Winston that just said, hey, can

5  you provide us with old copies of the manual,

6  and you know, go back to when you can, and the

7  conversation happened with Tiffany, and she

8  provided the copies that were appropriate with

9  that, but it wasn't directly related to -- I

10  misspoke when I said discovery.  I attempted to

11  clarify, but it was just a request for

12  information that came down from Winston.

13     Q.  So on interrogatory number five though

14  on page 8, if you can just go back to that.  You

15  do see that interrogatory number five asks the

16  question of on what date did the BMV implement

17  the policy?

18     A.  Yes.

19     Q.  And you did not answer.  You objected or

20  your lawyer objected.  Is that correct?

21     A.  Yes.

22     Q.  Okay.  Did you try to figure out the

23  answer to that question?

24     A.  We could not come up with a conclusive

1   answer, yes.

2        Q.  Normally, when a policy is changed in

3   the deputy registrar manual, will there be

4   written records that the BMV keeps relating to

5   drafts of the policy or discussions about the

6   merits of changing the policy versus keeping it

7   the same, that kind of thing?

8        A.  I'm not privy to the discussions that

9   happen until I see the document.  And since I

10  have been employed, I can remember broadcasts

11  being distributed with changes to the policy,

12  but I can't speak of what occurred prior to.  I

13  don't know if every change to a manual or policy

14  warranted a broadcast, or what documents or

15  records were maintained to implement that

16  policy.

17       Q.  Okay.  So, again, I just want to make

18  certain I understand.  You're not sure if there

19  exists previous editions of the deputy registrar

20  manual before 2014, if they're even in existence

21  and maintained?

22       A.  Correct.

23       Q.  And you have not asked Tiffany Crawford

24  directly if she has older versions than 2014?

1      A.   No.

2      Q.   And why did you not ask her that?

3      A.   Once I asked around if anyone's aware of

4   the change in policy and once I asked, as I

5   discussed, the administrator and registrar's

6   office, no one was aware and I did not consult

7   Tiffany at that point.

8      Q.   Okay.

9           MR. HONEN:  Can we take a break, please?

10                  (Recess taken.)

11                      -=o=-

12           Thereupon, the testimony of May 23,

13   2019, was adjourned at 2:52 p.m.

14                      -=o=-

15

16

17

18

19

20

21

22

23

24

1                    CERTIFICATE

2    STATE OF OHIO       :
                           SS:
3    COUNTY OF FRANKLIN :

4            I, Julia Lamb, RPR, CRR, a Notary
     Public in and for the State of Ohio, duly
5    commissioned and qualified, do hereby certify
     that the within-named DEREK CASPER was first
6    duly sworn to testify to the truth, the whole
     truth, and nothing but the truth in the cause
7    aforesaid; that the testimony then given was
     reduced to stenotypy in the presence of said
8    witness, afterwards transcribed; that the
     foregoing is a true and correct transcript of
9    the testimony; that this deposition was taken at
     the time and place in the foregoing caption
10   specified.

11           I do further certify that I am not a
     relative, employee or attorney of any of the
12   parties hereto; that I am not a relative or
     employee of any attorney or counsel employed by
13   the parties hereto; that I am not financially
     interested in the action; and further, I am not,
14   nor is the court reporting firm with which I am
     affiliated, under contract as defined in Civil
15   Rule 28(D).

16           In witness whereof, I have hereunto
     set my hand and affixed my seal of office at
17   Columbus, Ohio, on this 6th day of June, 2019.

18

19

20           *Julia Lamb*

21           _____
             Julia Lamb, RPR, CRR
22           Notary Public, State of Ohio.

23   My commission expires:  10-10-22

24

## Exhibits

**Exhibit 1** 21:12,15

**Exhibit 2** 35:4,6 37:2 40:8 45:1

**Exhibit 3** 38:21,23 124:18

**Exhibit 4** 54:17,21 56:5 61:11

**Exhibit 5** 62:6,8 181:22

**Exhibit 6** 74:12,24 77:11 78:14,19

**Exhibit 7** 79:22,24 80:3

**Exhibit 8** 81:22,24 82:8 83:10 85:20 91:16 93:2,24

**Exhibit 9** 95:17,22 96:11

**Exhibit 10** 95:20 96:2

**Exhibit 11** 100:2,4 101:2 202:21

**Exhibit 12** 102:21,24 138:18

**Exhibit 13** 112:7,9

**Exhibit 14** 116:13

**Exhibit 15** 118:1,3,14

**Exhibit 16** 121:4,6 136:15,21 137:18 138:15 139:11 140:4

**Exhibit 17** 143:14 152:3 157:18 161:4 164:16 166:10 174:22 180:2 181:2

**Exhibit 18** 164:7 166:24 168:11 170:20 171:22

**Exhibit 19** 169:2,4 182:20 185:23 186:1

**Exhibit 20** 197:22,24

**Exhibit 21**

**Exhibit 22**

**Exhibit 23**

**Exhibit 24**

**Exhibit 25**

**Exhibit 26**

---

**-**

**-=0=-** 21:14,16 35:5,7 38:22,24 54:16,18 62:7,9 74:11,13 79:23 80:1 81:23 82:1 95:11, 13 100:3,5 102:20,22 112:8,10 116:12,14 117:24 118:2 121:5,7 143:13,15 164:6,8 169:3,5 197:23 198:1

**-=O=-** 140:13,16 141:4 205:11,14

---

**1**

**1** 21:12,15 104:14 105:23 111:3

**1.1** 74:24

**1.2** 113:4

**10** 95:16,20 96:2 101:2 119:4 120:21 121:1,4

**104** 157:10

**108** 36:6 37:5

**11** 15:23 100:2,4 101:2 125:16 202:21

**111** 45:1

**1126** 165:10

**1128** 166:24

**116** 45:15

**117** 38:4 40:9

**1199** 167:22

**12** 101:9 102:21,24 136:14 138:18

**126** 43:1 103:7

**127** 138:19

**1274** 56:5

**1275** 54:20

**1276** 61:10

**12:15** 140:15

**13** 10:10 112:7,9 198:11

**1328** 143:18

**1329** 151:9

**14** 51:13 116:13 199:11

**149** 62:18 182:3

**15** 18:21 60:4 118:1,3, 14

**157** 184:11,20

**16** 109:15,17,20 121:4, 6 136:15,21 137:18 138:15 139:11 140:4 180:21

**17** 10:10 143:14 152:3 157:18 161:4 164:16 166:10 174:22 180:2 181:2 198:11

**18** 130:22 141:6 164:7 166:24 168:11 170:20 171:22 178:5

**19** 18:5 169:2,4 182:20 185:23 186:1 188:2

**1992** 14:7

**1:24** 141:3

---

**2**

**2** 35:4,6 37:2,5 40:8 45:1

**20** 55:20 191:19 197:22,24

**2014** 200:16,18 201:7, 11,12,13 204:20,24

**2015** 199:11,15,19

**2016** 67:16 88:23 199:22

**2017** 14:3 24:4

**2018** 18:14 20:22 24:5, 6 67:7,17 68:9,20 76:4 169:15,22 171:7,17 172:2 173:8,18 174:12 178:18 179:12 182:24

183:3 187:11,12

**2019** 26:10 141:1 205:13

**21** 193:23

**22** 195:10 197:10

**2203** 111:15 112:18 113:7 114:9,13,19 115:4 123:14 140:2

**23** 141:1 198:3,4,7,11, 13 205:12

**24** 10:10 198:6,7,11,13

**2424** 169:15

**2430** 170:6,10

**2443** 131:24

**2444** 132:10 158:20 165:9 166:16 167:13 171:24 172:21

**2445** 133:11 172:1

**25** 55:20 198:19

**2621** 116:18

**27th** 14:7

**2:52** 205:13

**2nd** 169:23 171:7 172:1,2 173:18 174:11 178:6,7,17 179:12 182:24 183:3 187:9, 10,12

---

**3**

**3** 38:21,23 113:4 124:18 181:24

**30** 191:8

**30(b)(6)** 11:8 13:10,19 21:13 22:3

**3481** 39:22

---

**4**

**4** 54:17,21 56:5 61:11

**4-2** 86:3

**400** 56:3 57:5,18 66:20

**45** 172:21

**4507.07** 110:3

**477** 74:22

**479** 78:14

**485** 91:20 175:13

---

**5**

**5** 62:6,8 74:22 181:22

**528** 82:9

**529** 91:16

**530** 83:10 85:20

**531** 87:19 93:2,23

**551** 148:22

**56** 100:22

**5745** 169:15 182:6,11

---

**6**

**6** 74:12,24 77:11
78:14,19

---

**7**

**7** 79:22,24 80:3 119:8

**7.1** 152:3,4

**7500** 56:19

**7600** 56:17

**766** 148:22

**797** 146:21

---

**8**

**8** 81:22,24 82:8 83:10
85:20 91:16 93:2,24
202:22 203:14

---

**9**

**9** 95:15,17,22 96:11

**9-10** 95:12

**9.2** 165:20

---

**A**

**abide** 37:12,15

**abilities** 21:9

**ability** 10:24

**Absolutely** 153:22

**accept** 49:2 63:6,21
97:11,19 98:12,20,23
99:2 146:3

**acceptable** 52:5
61:24 63:4 80:7 98:21,
24 99:5,10,14,17,19
170:6,7,10

**accepted** 99:7,24
103:23 105:18

**accepts** 97:8

**access** 34:23 51:7,11
72:10 199:23,24

**accessed** 187:16

**accessible** 169:18

**accomplishes**
158:10

**accordance** 76:9
137:21 174:2

**accounting** 155:1

**accurate** 11:1 39:20
102:6 106:4 116:24
176:13

**acronym** 9:22 10:5

**Act** 76:10,11,15,19
93:8,13,14,17,20
170:5 174:2 179:16,
20,21,23

**action** 44:5 82:13
95:18,21 152:11,20

**actions** 44:12

**acts** 143:11

**actual** 25:1 72:4 83:4
150:1,8 152:15 156:15

**add** 183:3

**added** 102:4

**addition** 23:22 198:22

**additional** 80:8 91:13
94:8 101:19 102:1,12,
16 120:24 131:8,9
132:14 151:10 155:16,
20 156:12,16,22
157:24 181:18 196:12

**address** 40:11 75:6
105:8 116:8

**adjourned** 205:13

**adjustment** 90:23
92:4

**Adkins** 19:9 24:2 34:5
52:15 53:11

**Adkins'** 19:11

**administration** 33:5
92:9 94:2,23 116:23
173:2,15 185:1 199:1,
10

**Administration's**
117:16

**Administrative** 52:2
125:6

**administrator** 11:22
12:8,19,23,24 13:1
29:2,4 30:15,16 32:18
33:18 34:9 41:10 70:4,
6,16,19 94:24 120:13,
15 199:6 205:5

**admission** 39:9,15
100:15,22 101:6

**admissions** 124:20

**admit** 101:11 102:3

**admittance** 85:2

**admitted** 84:17,19,24
89:10 180:12

**adult** 106:12

**advice** 17:24 19:5
31:4 49:3 50:7 63:22
64:9,22 70:5 73:8,24
146:6 171:2 190:12
193:10 195:4

**advise** 19:3 50:4,9,24
51:3 64:5 69:5,13 73:6
159:9,11 168:5 194:6
195:17,19,22

**advised** 162:15

**advises** 59:8 66:12

**advising** 41:18 52:5
167:6

**affects** 24:16

**affirmatively** 110:10

**AFTERNOON** 141:2

**agencies** 68:6 190:8
192:7

**agency** 41:4 45:5 47:3
50:12 73:7 135:4
153:10 158:18 165:23
187:14 188:5 189:10,
21 190:4 191:17,18,23
192:14,19 193:17

**agent** 18:4

**Agreement** 23:8,11

**ahead** 181:10

**alien** 10:3 146:16
175:21

**allowed** 85:8 106:10

**alternate** 153:13

**amended** 22:2

**amount** 191:5

**analyst** 16:14

**Angela** 13:22 20:3

**Ann** 12:13

**annual** 29:1

**answering** 17:19
53:11 69:1 120:2

**answers** 100:14,19
118:19

**anyone's** 205:3

**apologize** 119:5
143:18

**appears** 148:5 149:6
153:8 154:21

**applicant** 80:8 81:12
91:7,12 101:12,16,18
102:4 106:1 110:12
121:21 123:21 124:5,
16,24 125:7,14,16
133:17 138:20,24
139:17 143:20 149:2

159:6 165:15 166:21
167:9 181:4 183:4
184:24 194:23

**applicant's** 136:11
142:22 147:18 149:3,4
197:12

**applicants** 88:14
124:14

**application** 52:7
55:14 63:17 64:1 68:3
75:10 79:13 82:15
99:9 110:14,17 121:14
123:7 125:20,21
126:13,15 128:4,17,21
129:5,7,13,19 131:1,
20,23 132:15,21 136:2
137:9,15,17 138:4,21
139:7,14 143:6,10
152:21 155:22 157:4
158:17 163:16 167:7,
18 168:18,21 182:17
185:15 187:16 188:1
194:8,11 196:1

**applications** 29:19
112:22 127:15 129:10
166:5

**applied** 90:20,23
101:24 125:20 126:10
133:19 138:6,13

**applies** 107:9 163:12

**apply** 82:20,22 92:13,
18 104:9 126:18 127:1
131:2 137:2,6 138:8
144:19 170:22 175:1
176:3,10 194:2,3
195:23 196:4,9,15,19

**applying** 24:21 68:1
182:14 183:4

**appointed** 32:16

**appointees** 32:22
33:4

**appointment** 193:13

**appointments** 99:13

**appoints** 32:20

**appropriately** 72:11

**approval** 62:20 68:24
82:15 83:5 96:17,22
97:9 98:14,17 99:21

129:3 146:2 183:19,
20,23 184:17

**approve** 63:1,14,19
184:4

**approved** 62:22,24
129:2,10,24 133:6,8
136:2

**approves** 63:10

**approximately** 15:5
22:14 30:7 55:20 57:7
66:21 157:10

**approximation** 30:8

**April** 14:7

**areas** 48:1 53:12

**argument** 102:14

**Army** 16:3

**arrival** 85:23

**arrived** 186:10

**articulated** 95:5

**as-needed** 195:5

**asks** 31:5 203:15

**assist** 28:7 60:10
120:1

**assistance** 51:21
52:17 61:23 80:12

**assistant** 12:12,20,23
13:2 17:11,13,15
19:22 23:17 53:22
54:2 70:1,3 120:14

**assistants** 51:21

**assisting** 54:5

**associate** 146:18

**assumably** 93:16
109:23 177:9

**assume** 9:13 27:23
42:1 57:23 85:11
100:19 109:19 110:2
145:1 146:12 162:24
196:7,22

**assuming** 63:16
155:22 159:7 176:7,9,
21 202:21

**asylee** 84:12,20,22

91:6 180:12

**asylees** 85:7

**asylum** 85:3,4,5 91:3

**attached** 82:24

**attempt** 29:22 49:3
50:3,17,18 59:1
153:19 158:2 168:22

**attempted** 44:9 74:8
200:11 203:10

**attempting** 53:1
60:21 151:17 158:21

**attempts** 137:2,6

**attention** 37:4 103:6
124:21 143:17 165:9
192:6

**attestation** 104:11

**Attorney** 11:19 12:16

**attorneys** 11:18

**authentic** 156:3

**authorization** 59:4
87:10 101:20,23 102:7
147:17

**authorize** 195:11,13

**authorized** 63:15
157:8 180:12 191:21
195:16

**automated** 157:24

**automatically** 143:1

**aware** 41:21 67:20
95:2 98:11 119:22
150:11 158:10 165:23
188:21 189:24 191:24
192:3,20,23 193:9,14,
18,20 200:4 205:3,6

---

**B**

**B2** 182:4,8

**back** 13:7 40:8 56:4
57:3 74:3 77:17 91:16
93:2 102:11 124:18
128:11,22 132:9 133:1
158:23 159:1,6 165:17
166:9 167:16,19
174:22 179:7 185:23

188:17 196:12 200:4,
13,14 201:3,7,8 203:6,
14

**bad** 28:21

**Ballinger** 10:13 46:14

**Ballinger's** 198:5

**Bargaining** 23:7,11

**barrier** 50:14

**based** 44:7 93:18
141:12 143:22 144:6,8
145:12 146:20 147:22
152:11 156:7 157:9
161:23 162:4 178:2
184:8 185:14 198:24

**basic** 9:21 37:1

**basically** 136:21

**basis** 38:12 76:15,19
92:2,10 93:22 94:3,11,
20 95:5,7,8 103:22
104:7 128:4 195:5

**BASS** 40:4 71:5 72:8,
9 79:9,12,15 90:3,5
91:19,23 114:9,15,21,
24 115:7 116:4
121:11,14 123:7
129:1,13 130:4 137:1
139:12 142:24 143:5,
8,10 144:1 152:24
153:18 160:9,10 161:1
164:10,13 166:2
180:23,24 181:3,19
185:8,10 187:6,24
191:20 195:20 196:5

**Bates** 56:5

**begin** 148:9

**begins** 68:2 80:4

**behalf** 11:9,10

**belief** 39:12 100:16

**bilingual** 47:22 48:3,4
50:12

**biometric** 99:3

**birth** 14:6 40:11 75:5
136:11 155:7 176:12
177:1 185:3,19

**birthdays** 90:7 91:24
145:19

**bit** 15:12 79:3 113:4
157:12 176:15 178:4
184:21

**black** 89:9

**block** 183:16

**blue** 89:9

**blurry** 162:1

**BMV** 9:22 11:9,18 12:6
14:17 15:21 16:1 17:8,
15 19:18 20:22 22:14,
15 23:10 24:15 27:16
28:6 29:2 30:18 32:16
33:7,10 35:13 37:17,
24 38:15 39:21 40:24
41:3,24 43:11,14,15,
17,20 44:6,12,14
45:19,23 46:10,19
47:9,15,24 48:11 49:4
51:5,7 53:14,17 56:22
70:22 73:3 79:16 83:7
84:15 88:12 90:12
94:15,19 95:8 97:8
98:8,10,12 101:14
107:22 109:7 110:4
112:18 113:7 114:9,
13,17,18 115:3 116:20
118:14,18,22,24
120:1,11 125:6,10,12,
18,19 126:16 127:4,18
129:11,22 130:3
132:10 133:11,24
136:4 137:10 141:9,
10,11,22 143:9 149:20
154:12 157:23 158:20
160:6 163:22 167:22,
23 168:3 170:17,22
171:9 172:22 173:13,
19 174:18 177:18,21
178:14 182:5,11
185:24 186:2 188:3,4
189:12 190:24 191:21
192:2,4,10 194:3
196:8,17 198:19
200:21 203:16 204:4

**BMV's** 76:16,20 93:22
97:1 114:12 124:23
126:23 132:22 179:6,
11

**BMV-INITIATED** 41:1
42:12

**BMV-PROVIDED**
186:17

**BMVS** 35:13 191:13

**board** 170:23 173:23
174:8 179:4

**bold** 154:20 155:19

**bolded** 154:14

**border** 95:23

**born** 14:8

**bottom** 86:3 123:4
153:5 155:15

**bounds** 29:18

**box** 121:24 122:8

**break** 9:16,19 205:9

**briefings** 16:20

**brings** 73:10

**Broad** 39:22

**broadcast** 71:2,5,6,8,
9,15,21 204:14

**broadcasts** 41:18
204:10

**broader** 25:13

**brought** 164:17

**Brown** 8:5,7 21:11,19,
20 35:3,8 36:3,5 38:20
39:1 54:19 62:5,10
74:14 79:22 80:2
81:20,22 82:2 95:14
100:2,6 102:23 103:1
112:7,11 116:15
118:3,4 120:23 121:8
140:10 141:5 143:16
164:9 169:2,6 176:17,
20 188:16 197:22
198:2,6,8,11,13,18

**Brunton** 13:2 19:22
34:8

**Bs** 97:13

**building** 72:18

**bullet** 46:4 61:14

**Bureau** 9:23

**business** 41:5 58:3
143:6

**C**

**call** 31:3,6 49:2,11,18,
22 50:4,15 51:1 55:16,
19 56:10,18,20,23
57:3,17 58:10,11,12
59:3,10,15 63:14
65:17 67:17 71:2
72:24 73:3,6,16 74:3
81:12 108:1,2,7 134:1,
3,8,12,18,22 135:14,
23 137:4 149:8 159:16
160:16 169:16 184:16
189:9 190:3,11,17,19,
22 191:10,15 193:12

**called** 20:19 134:19
171:19 179:15

**calling** 192:7

**calls** 17:19,23 55:9
56:1,9,12 57:6,22
58:3,6,8 66:6,20,23
67:12,21 68:23 90:13
118:19 128:22 135:21
159:15

**cancel** 153:17

**cancellations** 62:2

**capabilities** 79:10

**capability** 40:16

**capable** 50:12

**capture** 58:19 59:2,
11,14 140:6 181:6

**captured** 58:22 59:5
60:3 63:8,11 134:20
136:9,10,13 137:14
138:3 183:7 197:16

**card** 68:11 87:11
101:20,23 116:10,11
137:4 139:16,18 140:8
147:13,14,16 148:3,6,
15 149:12 158:23
170:4 185:12,17

**cardholder** 115:19

**cards** 68:10 170:9
178:18

**carrier** 16:7,8

**carry** 41:20

**case** 13:14 17:22
35:24 36:2 73:9 82:21
90:13,22 91:17,20
93:6 98:15 101:17
128:16 132:11,12
146:12,22 155:9
175:18

**case-by-case** 103:22
104:6

**cases** 13:17 99:16

**Casper** 8:1,6 10:18
14:5 21:21

**categories** 93:7,12
130:14 146:1 154:11
178:7,8

**categorized** 162:18

**categized** 68:11 89:24
122:23 161:19

**CD** 202:10

**CDL** 27:11,12 31:14,
16,18,19 52:24 53:1,2
151:23

**CDLS** 52:22

**center** 193:12

**central** 19:14 20:14,
16,18,20,21 21:3,6
25:20 67:4,18 169:16

**centralized** 20:24

**certificate** 104:5
130:19,20 147:9,11
150:14 151:11,12,13

**certified** 8:2

**Chad** 19:9 24:2 34:5
54:1 186:10

**chain** 12:18 34:12
69:23

**Chalker** 14:24

**chance** 177:9,10

**change** 20:17 24:22
32:22 33:18 67:7
71:13 170:18 173:18,
20 174:21 178:6,11
183:2 204:13 205:4

**changed** 25:12 33:8
67:2 72:2 153:6,11
170:3,8,13 173:15

178:15 182:23 183:3
187:7 196:13 204:2

**changing** 24:24 204:6

**Chapter** 181:24

**character** 147:7

**charge** 70:8,12,17

**chart** 56:7 91:2 111:6

**chat** 55:2,12,16 135:1,
3,8,9

**chats** 55:20 57:9

**chatted** 135:5

**check** 132:12,17,19,
21

**checked** 122:3

**checks** 183:11

**chief** 12:13,21,23
13:2,3 19:22 70:3,13,
16 120:14

**chiefs** 70:1,2,17
120:14

**child** 110:19

**children** 14:14

**Chinese** 15:13

**chosen** 36:2

**Cincinnati** 193:3

**circumstance** 50:23

**circumstances** 69:9

**citizen** 53:5 109:17,18
111:11 112:1 113:5,18
115:10,24 142:18
185:16

**citizens** 25:23 54:9,
10,12,13 68:3,5 77:12
112:6 113:13 115:12,
16 116:1 130:17,18,19
147:12 150:13 179:4,5

**citizenship** 96:1,4
130:20 147:12 150:18
151:13

**claiming** 156:9

**clarify** 196:2 203:11

**classification** 30:17

**clause** 105:15 107:11,
14

**clerk** 148:17 161:11,
24 162:15

**clerks** 19:6 28:9

**Cleveland** 193:3

**click** 55:1,12 123:4
155:8,12,20 161:13

**co-head** 24:1

**code** 84:18 89:12
106:12 107:13 111:7
125:5,6 152:9

**coded** 152:16

**cohort** 34:5

**collaborated** 11:23

**collect** 121:17 181:17,
18

**collected** 123:12

**Collective** 23:7,11

**collectors** 16:19

**college** 15:4,14 17:5

**Columbus** 14:11
193:1

**column** 88:7 154:18
155:15

**command** 12:18
34:12 69:23

**commercial** 27:10
31:20

**commonly** 82:13

**communicate** 49:24
70:22 82:13 188:9

**communicates**
185:10

**communicating**
47:16 48:24

**communication** 51:2
71:11 191:22 192:2
193:15

**company** 129:19

**compare** 117:15

**compared** 116:22

**comparing** 184:23

**comparison** 56:2

**compiling** 13:7 35:18

**complaint** 44:7 50:18

**complaints** 13:13,19
43:10,13,17,19,21
44:3,9

**complemented** 71:2

**complete** 32:13 48:18
66:13 121:13 130:10

**completed** 15:3,4
29:19,21 32:11 64:2
114:9 125:21,23
127:16 129:8,14
131:20 138:4,16 139:8
159:7 166:5 168:18

**completely** 170:2
191:3

**completing** 151:20
194:8 195:24

**compliance** 37:5,9
98:2 113:12 115:22,23

**compliant** 75:24 76:2,
7,8 77:3,14 115:11
151:18,23 170:4,9,11
174:3,10 178:18
179:2,9,12,15,16,17,
18 183:5 185:15

**complies** 37:7,10
38:7 39:6,19 40:21
43:4 61:15 100:24
110:24 125:3

**comply** 110:4

**comprehensive**
40:23 61:16 144:9

**concentrations** 48:2

**concern** 174:11
177:23

**concerned** 135:16

**concerns** 61:5

**conclusive** 203:24

**conditional** 143:22
157:9

**conditionally** 149:18

**comparing** 184:23

**confiscate** 195:18

**confiscation** 159:17

**conflict** 70:4

**confusing** 176:15,16,
18

**connection** 167:24

**considered** 32:22
33:4 81:15 104:8,23,
24 123:21 126:9,12
128:16 130:24 133:18
138:6,12,13 139:7
163:16 179:14

**considers** 180:8

**consistent** 119:10

**consult** 64:17 205:6

**contact** 49:16 50:21
60:18,23 61:2 63:4,6
64:21 65:4,12 66:14,
15 72:13,14 80:11
133:3 167:15 188:5
189:12,22 190:7
192:11,14,17,18,21,24
194:15 195:3,7

**contacted** 62:20
183:19

**contacts** 55:5 189:20

**contained** 27:22
51:23 53:16 66:3 72:7
89:19 93:15 106:14
129:13 135:9,17 160:9
170:20 184:9

**content** 59:3,14 60:3

**contents** 85:1

**context** 81:3,6 106:23
109:5

**continued** 28:16

**continuing** 38:12

**continuous** 13:9

**contract** 36:12 37:12
43:2 44:14

**contracted** 28:5

**contracts** 35:12,14
36:4,8,16,24 44:21
45:22 46:1

**control** 14:1 17:17,22 23:19,24 24:14 26:18 28:13,19,23 29:7,9 31:3 32:13 49:2,4,12, 16,18,19,23 50:5,7 52:5 54:21 55:21 60:6, 9,17,23 61:13,17 62:20,23 63:1,9 65:23 66:4,14 67:15 69:2,4, 10,15 70:2 72:14 80:11 108:2,8 127:20 134:19,22 135:5 159:19 168:5 172:13 173:6,8 183:19 184:4, 17 186:4,9 187:15,16, 18 189:9,19 190:14 192:10,17 194:6,16,19 195:3,7,11

**control's** 108:9,11

**conversation** 94:15 127:10 135:16 203:7

**conversations** 95:4 198:24

**conversion** 61:20

**coordinate** 64:12 128:9

**coordinated** 141:19 172:12

**coordinating** 28:7

**coordinator** 34:16 201:19

**copies** 87:8,16 158:6 195:17 200:4,5,21 201:2,4 202:3 203:5,8

**copy** 22:1 79:14 111:22 113:21 114:19 115:1,3,6 131:6 150:1, 8 158:4 168:22 187:14 195:14

**correct** 10:10,16 20:9, 10 21:18 24:4 25:4 26:6 37:13,17 43:8 44:22 46:15,20 52:19 54:22 55:6,11 57:2,10 61:7 68:15,22 69:12 70:15 72:20 76:14,22 77:15 78:6,7,11 79:4 83:11 86:19 87:21,22 88:1,2,5,10,11 90:13 91:10,14,15 92:13,22,

23 93:9,19 96:6 97:2,9 98:18 99:21 100:16 103:3 105:14 109:6 110:15,20 111:19,22 112:21 113:1,2,7,18 116:8 117:18 119:17 120:3 123:13 125:8 126:11,14 130:12 131:15,19 132:1 133:12,13 136:19 138:17,22 139:1,2,4, 13,19,20,22 140:3 143:2 144:14,20 148:13 155:4,11 157:14 159:14 161:9 166:15,20 168:1 172:4 175:2,7 176:5,6 177:14 178:9 182:6, 16,22 186:24 187:23 192:11 196:5,6,10,16 198:12 203:20 204:22

**correctly** 155:8

**cosign** 106:10 108:13 110:7 142:12

**cosigner** 38:1,2 62:2, 3 75:1 76:12 77:18,23 78:8,20 79:2 104:14, 18 105:2,9,24 106:6,9, 20 109:20,22 110:5, 13,18,22 111:12,14, 16,18,22,24 112:18 113:5,18 115:9,10 121:13 123:9,13,20 124:3 136:17,19 137:7,8,12,20 138:1, 10,20 139:1,3,18,22 140:1,6,7 142:12,14, 18 180:22 185:20 197:6

**cosigner's** 75:23 76:24 112:1 113:6 121:17

**Cosigner/ emancipated** 103:6

**cosigners** 76:16,20 112:20 117:3 124:13 142:7,9

**cosigning** 106:22 185:22

**counsel** 8:7 21:22 98:6 117:20

**counselor** 149:12

**countries** 133:21

**country** 191:13

**couple** 21:24

**courses** 15:4,9

**coursework** 15:6

**court** 8:13,17 11:5 13:16 33:2 103:11,14

**covered** 23:7,10 104:13 136:14 180:22, 23 193:23

**covering** 47:13

**Crawford** 201:22 204:23

**create** 46:24 169:24

**created** 169:18

**creation** 77:5

**credential** 63:24 75:2, 12,15 76:1,7,8,9 77:3, 4,13,19,21 78:1,4,9, 16,22,24 79:4 104:15, 20 105:3,6,10,12,16, 17,22 110:14 115:17, 18 117:5,6,8,9,12,13 122:6 124:9,17 138:21 142:10,15,20 150:24 151:2,18 163:13 170:14,15 174:3 175:2 179:2,17 181:23 182:5,9,13,15 183:5 185:15

**credentials** 76:2

**CRIS** 8:9 100:9

**CROSS- EXAMINATION** 8:4

**Cs** 97:13

**current** 19:21 24:18, 19 26:5 38:19 39:24 40:5 88:12 90:7 92:1,8 94:2,24 101:20 102:10 117:17 177:18 180:15 198:24

**Curt** 12:14

**customer** 17:11,12,15 18:4,7,9,16 19:24

22:13,21 23:15,17,21, 23 31:4,8 44:11 48:12 49:6,9,16,24 50:10,11 51:14,21 52:16 53:10, 17,22 54:2 56:21 58:17,23 60:22 65:3 72:17 73:13 74:6 75:8 80:12 128:10 133:3 134:9 135:6 137:15 142:3 146:20 153:9,12 158:17,21 162:13 166:1,8 167:5,12 168:17 170:15,21 172:19 173:7 191:17 193:15 194:3,5,7 195:23

**customer's** 69:3 73:7 114:14,18,23 141:12 156:8 192:14

**customers** 43:10 47:17 56:18 57:15 165:8 173:12 193:11

**Customs** 189:6

**cycle** 154:7

---

**D**

**daily** 114:14,16,22

**data** 40:7 143:3 147:23 160:10

**database** 40:4 183:14

**date** 14:5 26:11 38:10 40:11 59:22 60:1,2 63:5 75:4 85:13 87:24 89:13 90:7,8 92:1 101:14 121:2 123:17 136:11,12 145:4,6,7,8, 11,14,18,19 146:17 148:15 155:7 169:23 175:9 176:11 177:1 178:18 185:3,19 200:11 201:14 203:16

**dated** 90:10 180:1

**dates** 59:6 134:20 200:15,17

**day** 56:3 57:6 66:21 85:14 108:17 153:21 192:13

**day's** 113:23,24

114:1,3

**days** 191:8

**dead** 107:16 108:22

**deal** 52:17 61:21,23

**dealing** 31:16

**deals** 21:2,4 23:2
27:16 61:17 91:17
181:23

**dealt** 135:21

**Dean** 12:13

**December** 14:3 24:4

**decide** 64:9 69:21
109:1 147:21 149:2
172:22 173:19

**decided** 174:7

**deciding** 109:12

**decision** 97:19,21
166:18 173:23 179:3

**decreasing** 67:11

**define** 58:7

**defined** 87:23

**defines** 97:17

**definition** 83:14,16
84:4,7,23 85:17 105:1
124:23 125:1,7,13
202:16

**definitions** 84:14

**definitively** 201:15

**delay** 154:6 188:10

**denial** 129:6 159:1
160:16 168:16,22
171:21 172:8

**denials** 127:22
160:19,23 161:17,18
163:20

**denied** 101:5 110:15
125:19,22 126:13
127:16 128:4,17,21
129:2 131:1 133:10,
11,15 137:9,15,20
138:22 139:4 163:17
167:7,18 194:1

**deny** 101:10,18

**department** 14:19
20:19 21:2,4 27:16
29:24 36:7,9 52:2 53:2
60:6,9 61:3 70:10
85:24 95:24 96:3
119:16 120:12 127:20
172:13 189:4,16,19
190:4

**departments** 17:16
26:17 53:7

**departure** 85:24

**dependent** 89:18
145:7

**depending** 22:24
57:14,18 68:10 74:23
144:4 149:14 161:10
175:9,19 186:3

**depends** 30:18 47:12
131:3 177:4

**deposes** 8:3

**deposition** 8:10,11,
16 9:22 10:9 11:8,14,
15 13:6,11 21:15 35:6,
17 38:23 54:17 62:8
74:12 79:24 81:24
95:12 100:4 102:21
112:9 116:13 117:21
118:1 121:6 143:14
164:7 169:4 197:24
200:8

**deputy** 17:23 19:5
20:23 21:7 25:8,21
26:3 27:17,20 28:2,9,
10,17,19,24 29:13,16,
21,22 30:10,11,12
31:8,15 33:22 35:12,
21 36:2,7 37:11,16
38:9,16 39:22 41:4,7,
11,21 42:2,19,22,24
43:5,7,11,13,15,18,21
44:6,14,21 45:10,18
46:10,18,23 47:14,19,
21 48:1,21,22 49:3,5,
10,14,15,17,19,22
50:2,3,19,24 51:8,10
52:18 53:21,23 54:5
55:5,9,15,17,22 57:12,
15 59:7,9,20 60:10,18
61:11 62:15 63:20
65:4,8 66:15 68:2,24
69:2,16,21,23 70:23
71:3,14 72:6,12,18,23

73:13 74:7,15 79:11
80:17,21,24 81:8 82:4
86:15 87:3,15,16
101:15 102:12 107:20,
22 108:1,24 111:21
114:1,2,6 119:11,18
121:10,12,16 125:17
126:6,16 127:6,8,11
128:8,10,13,21 129:16
130:6,11 132:3 133:2
134:4 135:4 136:18
137:11 140:5 142:23
143:20,24 146:4
147:20 148:2,12,24
149:23 150:4,7 152:7,
10,18,20,24 153:3
154:1,19 157:2,4,14
158:13,16,24 159:2,5,
12,24 165:2,3,16,18
166:13,22 167:9,16,19
168:19 169:19 171:17
172:12,18 176:9,24
181:4,17 183:9
186:11,15,18,21
187:2,19,22 191:21
192:5,6 193:6,16
194:4,20,22,23,24
195:11,14 196:18,23
200:1 202:13 204:3,19

**Derek** 8:1 10:18

**Deschaine** 13:3 34:8

**describe** 143:8

**description** 51:14,15,
24 52:1,3 134:18
145:21,23 146:17,23
147:3 161:8,21

**desk** 54:21 61:12
80:11 191:11

**destroyed** 79:18

**detail** 147:6 157:5
197:9

**details** 132:16

**determine** 133:7

**determined** 19:19
36:22 41:3 133:6

**determining** 61:23

**DHS** 189:20 192:19

**Dicken** 13:22 20:2

**Dickens** 20:3,5,6 24:7

**differ** 19:10

**difference** 78:4
84:11,22 97:16 139:24
194:1

**differences** 20:11

**differing** 69:16

**differs** 64:16

**digital** 158:6 202:4

**digitally** 158:5

**direct** 25:14 37:4
61:12 69:2 103:5
143:17 165:8 187:22

**directed** 49:11,22
107:22

**directing** 49:15

**directive** 73:2 125:13

**directives** 37:17 43:8
70:23

**directly** 32:17,19
33:16 40:14 43:11
46:19 49:7 52:24 53:7,
21,23 54:1,6 55:9
56:9,12,24 65:2 73:12
75:22 154:15 192:16
203:9 204:24

**director** 29:8 173:5

**directs** 191:16

**discovered** 167:17
194:12

**discovery** 11:16 12:4
13:20 35:18 39:7
74:18 100:7,9 169:8
202:16,19 203:10

**discuss** 50:16 197:8

**discussed** 24:1 25:21
111:10 119:23 136:3
151:6 157:1,17 158:20
171:15,21 172:18
175:12 194:1 205:5

**discusses** 83:11
155:19

**discussing** 158:19
184:12

**discussion** 66:1
140:12 171:1

**discussions** 21:22
203:1 204:5,8

**display** 148:2,18
154:7 155:18

**displays** 148:19

**distinction** 72:15

**distinguish** 86:23

**distributed** 71:6
204:11

**district** 30:10 41:11
70:12,13,15,16,17

**districts** 30:9 70:14

**DL** 166:4

**DL/ID** 121:11 143:12
170:11 182:18

**document** 35:9 39:2,
16 40:24 42:1,8 45:17
46:11,13 59:17 61:11
62:11,17,20,22,24
63:2,3,7,13,20,21
68:24 74:22 77:1 81:4,
13 85:11,14 87:10,20
88:9 90:6,11 91:24
95:22 102:7 113:15
116:2,5 119:5,15
122:6 124:20 131:7,12
132:1 136:9,23,24
143:22 144:4,6,8
145:21,23 146:15,17,
22 147:3,8,17,19
148:16 149:3,4,7,15
150:1,2,8 151:3,21
153:9,10,13,15,16
156:3 158:5 160:14
161:7,12,21,23 162:3,
4,10,17 164:18 165:2,
21 166:14 167:1,2
169:7 170:6,10 171:14
172:21 174:1,6 175:20
176:13,22 177:3,10,12
180:3,4,7,15 181:21
183:19,20,23 184:13
187:15 191:4,6 194:9,
10 195:15 204:9

**documentary** 124:4

**documentation** 23:3
27:18 28:14 31:5 45:8

52:18 54:11 57:12
65:1,13,20 66:24 68:4,
5 80:8,13,22 84:9
101:19 102:11,17
103:7,10,19 104:10,
12,22 106:2 124:5
126:5,8 127:3 128:7,
12 130:8,10 133:20,22
134:14,16 137:8
138:11 139:1,2
170:12,24 174:9 175:6
190:13 195:2 196:20

**Documentation-wise**
84:15

**documents** 11:17,21,
24 12:3 13:5 25:24
27:23 39:17 41:17
52:5 59:6,7,23 60:13
61:4,24 66:11 69:3,5,
11 73:8,11,14,17,19
75:23 76:17,21,24
77:12 79:7,10 80:7,9
81:7,10,15 86:19,24
87:9,17 91:8,14
102:13 103:11,23
112:1 113:6,12
114:15,18,23 115:6,9,
13,15,20 116:7 125:17
127:4 128:13 130:23
131:6,23 141:13,18
142:12,21,22 144:18
149:11,24 150:19
151:14 154:16 155:16,
23 156:1 159:4,6,9,13,
17 160:1,5 163:15
169:18 170:7 172:6,
23,24 173:11 179:5
181:6 183:21 184:1,5
191:20 195:12,19,20
196:1,13 201:5,17
202:8 204:14

**double-sided** 183:5

**DPS** 11:18

**draft** 25:5

**drafted** 25:3

**drafters** 25:1

**drafting** 24:15 33:21
34:1 36:11

**drafts** 33:20 36:7
204:5

**driven** 161:12

**driver** 25:8,10 30:20,
23 31:9 33:22 56:16
71:13 151:23 183:13

**driver's** 18:1 19:4
25:14 27:10 29:20
31:20 52:20 54:8
59:22 61:19 62:2 67:1
68:1 75:8 93:8 105:20
109:21 121:21 122:11,
18 124:23 125:7 137:7
138:9 140:8 145:15

**drivers** 62:14,18 97:7
103:2 123:19 181:23,
24

**driving** 16:7 54:10

**Ds** 83:18 84:2,5 97:13

**due** 67:22 74:3 196:19

**duly** 8:2

**duration** 24:9,12
83:21,23 84:2,6 88:3,
20 89:6,16

**duties** 16:16 18:17,20
19:10,11 20:12 30:24
186:4 189:13

---

**E**

**EAD** 102:6

**earlier** 19:23 24:2
25:21 29:5 33:6 41:8
46:21 52:16 56:8
60:17 63:7 64:3,12
67:16 70:20 86:14
113:4 134:2 147:2
151:7 153:14 161:4
164:1 166:3 171:16
175:12 184:21 192:12
193:24 200:17 201:14,
20

**East** 39:22

**editions** 204:19

**education** 15:2,16

**Edwards** 120:16

**effect** 119:3 170:13
200:19

**effective** 71:11

**effectively** 8:20

**effort** 48:6,8,17

**electronic** 86:9
110:13,17 135:15
138:21 199:23 202:6

**electronically** 202:9

**elements** 37:20 48:20
63:8 75:2,3,7 77:15,19
78:6,10,18,23 105:5,7
117:14 124:8 137:24
142:19

**eligibility** 93:18

**eligible** 174:15

**email** 56:21 202:6,11

**emancipated** 103:12,
15,20,24 104:9 111:8
123:2

**emancipation** 103:8

**Emily** 8:7

**employ** 48:6

**employed** 15:20
204:10

**employee** 23:13
50:12 62:24 71:4
98:10 143:24 148:8,24
155:10 181:18

**employees** 18:21
19:3 23:10,12 28:6,12
38:5 40:9 42:5 47:22
48:3,4 71:4

**employment** 68:10
87:10 101:20,22,23
102:7 147:17 157:8
180:11

**enact** 198:20

**enacted** 94:5 199:3

**encountered** 192:4

**encourage** 194:13

**end** 64:19 115:2
139:11 158:8 159:19
166:8

**Enforcement** 189:6

**English** 47:16 48:2,13

**ensure** 27:6 29:17,23 41:20 128:11

**entails** 45:3

**enter** 25:24 57:15 60:21 62:21 90:6 91:24 122:13,15,17 144:8,24 145:8 146:4, 5,6,7 148:14 150:2,4 175:21 177:10 181:8

**entered** 137:1 138:1 146:13 149:19 155:8 161:7,8,11,15 166:11 174:23 175:9,10,15,17 176:8,10 180:2 185:13 196:5

**entering** 86:1 148:9 149:22

**enters** 153:10

**entire** 18:17 43:2 115:3 123:22

**entitled** 61:11

**Entitlements** 10:3

**entries** 90:3 91:19

**error** 61:1

**escalated** 69:22 70:5

**essence** 30:4

**essentially** 32:13 63:9 86:16

**Estimated** 56:3

**estimation** 22:20 57:17,20 58:4

**evaluated** 103:21 104:6

**evaluations** 29:16

**eventually** 64:19 133:1 196:11

**Everything's** 158:6

**evolved** 20:13

**exact** 26:10,16 51:18 69:18 103:17 106:13 153:1 160:24 164:13 173:22 199:12 202:16

**exam** 30:23 31:11

**exam/compliance** 56:17

**examinations** 31:18

**examining** 30:20

**examples** 25:16

**exception** 169:15

**exempt** 23:13

**exhibit** 21:12,15 35:4, 6 37:2 38:21,23 40:8 45:1 54:17,21 56:5 60:5 61:11 62:6,8 74:12,24 77:11 78:14, 19 79:22,24 80:3 81:22,24 82:8 83:10 85:20 91:16 93:2,24 95:17,20,22 96:2,11 100:2,4 101:2 102:21, 24 112:7,9,12 116:13 118:1,3,14 121:4,6 124:18 136:15,21 137:18 138:15,18 139:11 140:4 143:14 152:3 157:18 161:4 164:7,16 165:6,10 166:10,24 168:11 169:2,4 170:20 171:22 174:22 180:2 181:2,22 182:20 185:23 186:1 197:22,24 198:15 202:21

**exhibits** 95:12,15

**exist** 95:6 156:19

**existed** 52:13 60:6 119:15 187:9 188:7

**existence** 118:7 169:17 171:9 182:22 200:10 201:16 204:20

**existing** 172:6

**exists** 94:16 204:19

**exorbitant** 191:5

**expectation** 63:23

**expected** 191:2

**expiration** 59:6,22 60:1,2 63:5 85:13 87:24 89:13 90:8 92:1 101:14 121:2 136:12,

16 145:4,6,8,13,14,18 146:17 148:15

**expire** 145:15

**expired** 91:22,23

**expires** 145:11

**explain** 67:22 79:7 101:5 156:13 165:22 179:18

**explained** 94:7

**explanation** 120:6 194:5

**express** 192:1

**expressed** 59:15 95:4

**eyes** 131:7

---

## F

**facilitate** 51:2

**fact** 13:4 56:8 64:18 133:15 167:6 168:12 170:17,19 171:4 183:4 197:13

**facts** 36:1

**fairly** 9:21 57:8 185:6

**fall** 89:17,20,22,23 106:11 111:12 130:14

**falls** 162:12

**familiar** 10:2 35:11,14 66:3 74:18 82:5 111:15 112:13 116:16 118:5,8

**family** 14:16

**farther** 201:7

**farthest** 200:13

**fast** 74:1 154:3

**father** 111:7 122:23

**fax** 55:1 73:20,23 74:1, 5 187:15

**February** 18:14 24:6 173:8

**federal** 47:3 84:18 85:2,9 89:12 92:24 141:9 179:22 188:5

189:9,20 190:3 191:22 193:17

**fee** 97:8 99:20 142:1,3

**fell** 179:19

**field** 12:21 28:5 29:13 30:2,5,10 31:14,15 41:19 44:1 46:21 64:11,13,17,22,23 65:5,11,16,19 66:17 69:15,24 70:9,11 72:13,24 73:4,6 128:8 145:22,23,24 146:4,8, 16 147:8,19 162:10 192:11,15,18 193:1,3, 7,10

**fields** 62:21 144:10, 11,12,18 146:15 148:9 149:23 162:7

**figure** 36:3 86:3 128:22 200:9 203:22

**figured** 120:18

**figuring** 197:3

**file** 43:10,12,17 72:7 113:22,23 114:2 116:22 117:17 185:1 202:10

**filed** 21:23 44:7 52:7

**files** 99:6 114:2

**filings** 13:16

**filled** 182:16

**filling** 148:8

**fills** 111:14 138:24

**final** 166:18

**financial** 109:19

**find** 50:17,19 96:8 108:4 160:12 190:21 200:11 201:12 202:14

**findings** 160:13

**fine** 51:19

**finish** 8:22 155:22

**finished** 10:15

**finishes** 165:23

**fit** 24:19

**fits** 24:18

**fix** 128:23

**flip** 39:4 185:23

**flipping** 77:17 91:16 161:3

**fluctuate** 57:17

**fluctuates** 57:19

**focus** 15:8

**focuses** 45:12

**follow** 36:24 37:16 43:6,7 64:4,9 72:16 154:9,13,18 168:7,9 179:21

**follow-up** 151:10

**foregoing** 100:13

**foreign** 15:9,11 86:1 149:11,12 184:1,13,15

**forgotten** 164:22

**form** 82:12,16,18 83:2, 4,11 95:18,19 101:16 106:20 111:15,18 112:13,20,24 113:21 114:11,19,21 115:4 116:17,20 119:21 123:14 131:24 132:7, 10 133:11 140:2 165:9,11 166:8 170:12 171:13 172:14 182:16, 21,23 183:6 186:6 194:17

**formal** 80:21 172:21, 23,24

**formalized** 66:9

**format** 71:21,24 122:12

**forms** 23:3 96:5,9,18 97:16,17,19,20 112:24 113:22 165:7 169:11, 13,14 170:1 185:24 186:7,12 187:3 194:21

**formulate** 25:19

**forward** 32:12 56:20 173:19

**four-year** 88:15,18 90:15

**fourth** 89:3

**frame** 131:8 199:2

**fraud** 10:11 32:3 156:10

**fraudulent** 40:24 42:1,7 46:11,13 81:2,4

**French** 15:13

**frequency** 38:10 66:23 67:11

**front** 37:1 73:14 83:15 84:5,14 93:14,20 99:22 118:13 123:22

**full** 10:17 121:20

**full-time** 15:15

**function** 135:1 148:14

**functioning** 27:7 61:1

**future** 145:19

---

**G**

**gather** 36:11

**gathering** 16:23

**gave** 16:22 69:15 125:2 170:22 171:2

**general** 18:24 26:4 50:15 51:15 54:5 67:14 118:20

**General's** 11:19 12:16

**generalized** 51:24

**generally** 34:3 70:22 164:10

**generate** 135:19

**generated** 118:22 168:20

**generates** 135:23 154:12

**gestures** 9:4

**girlfriend** 14:13

**give** 11:1 22:20 25:16 30:8 34:6,17 41:12,14 45:23 49:3 57:14,16, 19 58:4 60:2 63:22

**giving** 170:14

**Golden** 97:24

**good** 8:6 176:19

**governing** 125:6

**government** 85:3

**governor** 32:17,19,20 33:14

**grab** 144:9

**graduate** 14:22

**grant** 93:8,13

**granted** 85:3 98:14

**great** 9:21 10:2 143:19

**green** 87:11

**Greg** 120:16

**ground** 8:16

**group** 36:10

**groups** 174:12

**Guard** 16:3,10 17:2,5

**guardian** 106:1,15,23 107:6,7,9,15,19 108:4, 5,13,16,17,19 109:2 110:6,19 111:2,7 122:23

**guardians** 107:16

**guardianship** 106:3

**guess** 35:24 85:1 198:14

**guessing** 31:15

**guidance** 69:16 80:20 125:13

**Guide** 121:11

**guidelines** 179:19,21 191:7

**guys** 56:9

66:10 73:8,16,24 82:21 87:4 119:7 146:5 152:14 156:17, 20 168:23,24 171:17 173:11 177:6 193:10 194:4

---

**H**

**half** 15:5 18:11 22:5 57:21,24

**hand** 148:6 159:5 165:18 172:24

**handed** 166:8

**handle** 25:22 43:19 50:3 54:4 66:5 70:7 71:19 93:1

**happen** 41:9,13 42:18 71:17 155:13 204:9

**happened** 129:6 203:2,7

**hard** 202:3

**head** 23:24 24:14 70:9 120:11 157:11

**heard** 174:18

**held** 17:17 20:7 24:3 42:14

**helped** 202:5

**helping** 25:18

**hereinafter** 8:2

**hey** 203:4

**high** 14:23,24 15:3 17:6,7 48:1

**higher** 16:20 29:3

**hire** 50:24 65:22

**historical** 40:1,2,7

**hits** 148:17

**hold** 17:1 18:6 20:9 24:7 69:3,10 84:6 102:9 159:3,12

**holder** 143:10

**holders** 21:6

**holding** 69:5

**holds** 85:11 160:10 177:18 183:14

**home** 40:11

**Homeland** 86:1 95:24 96:3 189:4

**HONEN** 21:17 32:24 35:22 94:17 176:14 198:4,7,10,12,16 205:9

**hotline** 191:12

**hours** 40:12

**huh-uh** 9:4

**hypothetical** 111:11 176:16

**I**

**I-485** 90:13,22 92:4 93:6 101:17 177:20

**I-551** 147:15 148:4 162:5

**I-766** 101:22 147:16 148:4 153:16,17,19

**I-797** 82:12,24 83:4,7 90:13 91:17,20 92:3 93:6 95:21 97:1 98:19 99:9,12 101:16 146:1, 5,7,8,15,18,23 161:7,8 162:5,15,16,20 163:8 175:13,14,22 200:19

**I-797A** 83:1,4 98:13, 17,20

**I-797AS** 97:13

**I-797B** 98:23

**I-797C** 95:18 97:4 99:3,6,16 146:2,10 162:8 163:8 198:22

**I-797S** 97:13

**I-94** 82:16,18,19,22 83:2,11,17 84:1,10,16, 19 85:21 86:5,8,22 87:10,19 88:8 89:4,16 90:9 91:3,6,11,22 92:6,14,16,19 93:4 98:12 101:12,13 102:4 119:8 121:2 127:1 131:11,12 134:14 136:10 144:15,24 145:24 146:5,10,12, 16,17 147:4,5 153:14 156:18 160:20 161:5,9 162:5,9,23 163:2,3,4,6 164:18,24 165:1

**I-94S** 86:9 198:20

**ICE** 189:20 192:19 193:21

**ID** 76:10,11,15,19 93:8, 13,14,17,20 121:22 122:8,13,14 139:18 140:8 149:12 170:5 174:2 179:16,20,22

**idea** 65:11 111:1 193:6 196:17

**identification** 79:15 112:1 113:6 114:14, 18,23 115:9,13 137:3 139:16 183:24

**identified** 98:15,21 99:4,7,10,14,17 103:22 128:6

**identifier** 58:17,18 134:9 135:6

**identifies** 112:3 124:7

**identify** 58:22 59:1

**identity** 74:17,19 75:23 76:24 77:1 79:6 80:11,17 82:4 85:23 98:16 101:7 104:17 112:3 113:11 115:6 116:6 122:7 124:6,11, 12 162:16 184:1,13 200:2

**IDS** 115:12

**ii** 62:19 110:23 182:8 183:10

**IJPC** 8:8 100:8

**image** 86:7 147:24 148:1,5,20,21 149:5,6 165:24 166:6

**immediately** 64:18, 20 129:15 132:2 152:6 154:5,8

**immigration** 26:19 28:14 29:10 59:16 65:21 75:20 86:23 92:24 96:1,4 105:14 109:16 188:5 189:6,

10,21 190:4,12 191:23 192:7 193:17

**immigration-related** 86:18

**impair** 10:24

**implement** 174:7 179:3 203:16 204:15

**implemented** 20:22 67:4,24 119:1 170:20 173:11

**important** 164:23

**imposed** 110:3

**imputed** 151:5

**In-house** 98:6

**include** 37:19 40:23 58:17 105:8 116:6 122:22 183:24

**included** 12:15 25:11 42:16 45:11 52:9 58:16 66:1 105:22 135:10 174:7

**includes** 12:9,18 45:7,9 55:21 105:4 136:21 150:6

**including** 37:21 60:13 94:23 124:24

**incompleted** 126:14

**increase** 67:3,20

**increased** 67:19

**increasing** 67:11

**incremental** 20:17

**indefinite** 89:4,6,14, 23 90:1 91:3,7,12 93:5

**indefinitely** 85:10 89:11

**independently** 28:3

**Indiana** 122:11

**indicating** 81:11 131:10

**indication** 161:14

**individual** 17:20 27:6 30:23 31:4,7,11 34:11, 14 36:9 41:22 43:18,

19 45:21 52:8 58:23 59:3,7 68:1 73:10 82:14 87:2 97:18 144:21 146:19 162:7 186:3 201:17

**individual's** 148:16

**individualized** 46:22

**individually** 46:24 149:21 172:16

**individuals** 11:23 12:6,16,20 28:4,8 29:15 48:6 68:10 82:19 85:4 130:14 147:10 170:24 174:9 183:15

**influence** 10:23

**informal** 80:21

**information** 16:18,22, 24 17:24 19:1,2,15 25:4,24 26:3 27:1 28:18,21 32:12 34:17 40:10,12 41:12,19 44:1 50:16 52:10 56:20 58:14,16 59:11 63:5 64:11 65:15 66:6 70:7 81:7 86:18 87:5 101:9 103:7 116:22 118:20 119:11 121:15, 16,18 123:9,11 127:7, 18 129:23 130:11 131:21 132:11,14,15 135:2,3,8 136:3,4,8,22 137:11,13,18 138:1,15 139:10 140:4,5 142:24 143:11,19 144:7 148:14,17,18 149:22 150:3,5 152:4,5 153:6, 11 154:2 155:4,8,11 156:7,21,23 157:17 161:6,10 163:13 164:3 166:10,12 168:23 171:11 172:3 174:24 175:9 180:22 181:3,8, 18 182:4 183:7,15 187:5,13,17 189:14 196:4 197:15 202:17 203:3,12

**information's** 136:24 139:9 161:15

**informational** 171:12

**inherently** 81:15

**initial** 45:1,2 66:1 75:10 165:16

**initiate** 155:9,12,20

**ink** 89:9,10

**input** 142:24 143:20 187:18

**inputted** 176:24 180:22,24 181:3

**inputting** 157:16 191:20

**inquire** 55:16

**inquiries** 54:6 56:13, 22 57:1,11

**inquiry** 54:4

**inside** 27:24 40:4 65:4 72:7 79:12 121:14 127:19 161:1 162:18 165:21 166:2 187:24 189:12

**instance** 41:24 49:21 74:6 104:1 106:21 121:3 123:24 126:24 135:22 144:22 159:2 160:21 192:5

**instances** 44:13,16, 18 64:23 108:9 124:1 126:17 165:10

**instantaneously** 73:22 130:4

**instructed** 72:23

**Instruction** 116:17 137:3

**instructions** 112:23 121:12 154:10,13,18

**insufficient** 195:2 196:20 197:13

**integrated** 26:1

**intelligence** 16:13,17

**intended** 66:2

**intent** 28:20 71:16,20 149:5 170:22 197:15

**intention** 71:7

**Interim** 131:24 170:12

**internal** 26:2 129:12 187:24

**international** 15:8 54:11

**interpret** 107:23 108:24 109:13 154:22 177:8

**interpretation** 152:7 157:22 178:2 180:19

**interpreted** 152:19 165:13

**interpreter** 48:13,16, 18 49:6,8,10,23 51:1

**interrogatories** 39:9, 14 100:14 124:19

**interrogatory** 124:21, 22 202:22 203:13,15

**interruption** 33:2

**interview** 99:12

**introduction** 171:18 186:6

**investigation** 31:24 32:11 167:23 168:2,4, 6

**investigations** 32:3 69:7 189:22

**investigative** 31:21 122:1 159:18 168:7

**investigators** 32:6

**involve** 37:23

**involved** 19:13,20 25:15 33:24 34:1,3 36:13 109:11

**involves** 184:23

**irrelevant** 35:24 36:1

**issuance** 18:2 19:5, 14 20:15,16,18,20,21 21:3,5,6 25:15,20,23 52:20 53:4,8 59:5 60:12,15 61:20,24 63:10 65:3 66:9 67:1, 4,19 69:17 77:13 78:5, 15 110:14 113:12,22 115:22 116:5 117:8 128:6,7 138:22

151:19,23 161:24 169:16 170:2 174:10 181:16,24 185:16 192:16 195:21

**issuances** 115:23

**issue** 60:19 63:15,24 72:20 74:8 80:4,6 101:15 102:2,18 167:17 168:1 170:9 177:17 184:8 190:13 192:9 197:10

**issued** 53:1 58:19 64:19 68:4,5 71:15 75:24 76:9 77:2 82:12 85:24 88:14 101:21,24 103:10 115:16,18 116:3,5 117:6,9,11 128:24 142:9 147:14 151:1 156:4 164:17 165:7,11,12 167:24 168:3 171:4,5 174:3, 14 194:17

**issues** 23:2 27:17 31:16 60:10,24 61:3, 17 75:18 85:5 86:18 95:22 192:22

**issuing** 26:4 31:7 151:18 162:3,10,17

**Italian** 15:13

---

**J**

**January** 24:5 26:10 33:6 173:8

**job** 8:20 16:6,16 17:9 18:6 20:7,9 22:22 30:4 51:14 52:3 54:5 186:4 189:13

**jobs** 16:4 32:16

**John** 97:24

**judgment** 149:8

**July** 14:3 20:22 67:7 68:9,20 76:4 169:15, 22,23 171:7,17 172:1, 2 173:18 174:11 178:6,7,17 179:12 182:24 183:3 187:9, 10,12

**June** 67:16 88:23 199:22

**justification** 95:4

---

**K**

**keeping** 204:6

**keyword** 135:18

**kind** 16:16 23:4 28:15 44:5 52:6 53:13 54:6 58:24 64:8 65:21 71:23 86:24 120:6 121:12 130:24 135:2 156:10 158:14 162:1 175:7 184:16 192:2 194:4 199:24 204:7

**kinds** 53:9,12 59:18 127:21 184:5

**knowing** 196:23

**knowledge** 26:19,22, 23 27:8,11 32:18 33:15 34:6 39:12 44:17 46:12 64:1 66:3 71:18 73:1 100:15 107:24 133:24 134:24 141:24 159:20 174:16 177:5 199:16,20,22

---

**L**

**labeled** 90:1

**language** 15:9,11 25:2,5,11 40:16 50:13, 14 51:1,8,18 52:9 76:23 106:13,14 107:1,13 111:2 139:5 152:10

**large** 22:17 202:10

**latest** 21:17

**law** 29:10 37:12

**lawful** 136:16 180:3

**lawfully** 180:8

**laws** 37:6 43:6 64:4 92:24

**lawsuit** 94:12

**lawsuits** 8:8

lawyer 203:20

lays 62:21

lead 25:5 54:3

learn 86:17 97:15

learned 118:6

leave 15:14 69:11

led 15:16 127:11

left 95:23 134:9

legal 26:19 27:12,17
28:14 37:21 45:8 63:4,
13 65:1,12,20 66:8
73:15 75:5 76:17,21
81:9,10 83:14 84:4,7,
13,23 85:17 87:20
88:9 90:11 91:8,13
101:13 102:1,17
104:22 106:1,24
107:4,5,7,8 110:6
116:7 125:18 126:7,8
127:3 130:8,9 131:12
133:22 134:13,16
136:5,6 138:10
141:12,19 142:6,8,11
144:17 164:18 165:2
174:4 176:2,4,22
177:13 181:2,8,13,19
183:20 184:9 190:12
195:1,12,15 196:20
197:14 198:22

legally 103:12 177:23

legislated 41:1

legislative 42:11

lengthy 124:2

letter 167:20 168:15,
16,22 171:22

liability 106:20 111:16
112:19

license 14:1 17:17,22
18:1 19:5 21:5 23:18,
24 24:14 25:14 26:4,
18 27:10 28:13,18,23
29:6,8,20 30:20 31:3,
9,11,20 32:12 41:4
49:1,4,12,16,18,19,23
50:4,6,7 52:4,20 53:3,
8 54:9,11,13,21 55:21
58:19,20,21,24 59:22
60:6,9,11,14,15,17,23

61:13,17,19 62:2,19,
22,23 63:1,9,10,15
64:19 65:3,23 66:4,8,
14 67:1,15 68:2 69:1,
4,10,15,17 70:2 72:14
75:8 77:14,24 80:11
88:15,18 90:16 101:15
102:2 104:2,9 105:2,
20 106:17 108:2,8,9,
11 109:21 112:22
116:3 121:22 122:11,
15,19 123:21 124:23
125:7 127:20 128:24
129:20,21 130:1
132:20,21 133:9
134:19,22 135:5
137:7,14 138:9 139:4,
22 140:8 145:8,11,15
150:22 151:16 153:21
159:19 168:5 170:2
172:13 173:6,8 175:7
177:17,22 181:16
183:15,18 184:4,17
186:4,9 187:15,18
189:9,19 190:14
192:10,17 194:6,15,19
195:3,7,11 196:12

license/driver 56:16

licenses 20:23 75:19
93:9,13 174:14 179:8,
9,12

licensing 69:17

lies 31:8

limit 93:17 147:7

limitations 161:1

limited 40:24 47:16
48:2,13 115:11,12

lines 55:8 59:24

list 38:15 39:21 56:5
61:14,16 81:14 135:20
144:9 152:17 170:6,7,
10 177:7

listed 85:14,15 89:13
136:12 144:11,13
169:13

listen 64:5

lists 165:21

live 14:10,12,13
169:16

local 193:7

located 39:22

location 21:1

log 58:13,15,17 134:18
135:14,23 136:1
197:12,16

logged 58:12

logical 183:8

logs 71:4 134:1 197:8,
11,17

long 15:20 17:1 18:3
24:7 26:14 52:12 60:5
74:4 84:2 85:7 88:19
152:17 164:2,10 199:9
201:1

longer 20:23 132:4,6,
8 191:8 200:22

looked 100:8 111:3
122:24 136:15 200:14
201:24 202:2

lose 82:19

lot 22:11 136:15 170:3
191:12

loud 82:10 95:17

luncheon 140:14

**M**

made 41:17,21 44:10
56:13,22 59:10 97:18,
21 169:18 173:1,23
174:1 178:11 179:1,3

mail 16:7 129:20
133:8,9 167:5 168:21

mailed 20:24 167:8,11

mailing 170:14

maintain 129:22
200:21

maintained 79:12
114:13 163:22 164:11
197:17 200:3 204:15,
21

maintains 201:17

make 9:2 11:24 24:17
27:8,13 48:5,16 65:17

149:8 172:22 174:21
176:18 183:8 195:14,
17 204:17

manage 18:21 30:12,
22

managed 28:3

management 66:12

manager 18:8,10,16,
22 19:8 20:1 23:15,21,
23 51:14 53:18 67:17
173:7

managers 22:13,21
52:17 53:10 70:1

mandatory 40:24
41:24 42:2 146:7
186:20,21

Mandrin 15:12

maneuvering 183:7

manual 25:8,9,11,14
27:20,21 33:22,23
34:11,15,18,23,24
37:16 41:18 43:7
45:10,11,13 62:14,19
71:1,8,13,14 72:2,5,8
74:16,19 80:17 82:5,6
83:8 85:23 86:16,19
97:7 98:16 99:20
101:8 103:2 112:3,24
113:11 117:20,22
118:5 119:12,19,24
120:7 123:19,22
124:2,7 162:16 181:23
182:1 200:1,14,22
202:14 203:5 204:3,
13,20

manual's 118:7

manuals 28:17 33:21
65:24 66:2 97:1 200:8
201:5,24 202:2,3

marked 21:12,15 35:6
38:23 54:17 62:8,17
74:12 79:24 81:24
83:18 84:2 88:3 89:6,
15,16 95:12 100:4
102:21 112:9 116:13
118:1 121:6 143:14
164:7 169:4 197:24

marriage 104:2,5

married 104:3

Mary 13:2 19:22 34:7

match 147:18 148:1, 19 183:11

materially 179:15,18

matter 174:23 190:12

matters 21:3,5 28:13 190:18

Mayhew 12:14

meaning 107:18 109:5

means 38:13 42:2 57:1 63:1 76:8 79:7 80:22 89:14 90:20,22, 23 96:23 107:23 109:1 177:13 179:18 180:9, 13,16 196:7

meant 126:3

mechanism 133:20 135:1

medications 10:24

meet 12:7

meetings 11:18 19:13,15,17 29:1

member 188:5

members 14:16

memo 71:22,24

mention 52:4 135:24

mentioned 19:23 29:4 46:8,12,20 50:17 53:14 57:5 60:16 64:3, 21 67:16 70:20 72:15 128:20 161:20 169:21 201:19

merits 204:6

message 154:10,11, 12,14,15,19

met 12:8,14

Michael 13:2 34:8

middleman 187:21

military 16:19

minor 75:24 77:2 103:7,9,13,15,20,24

104:2,8 110:7,9 137:2, 6,19,22 138:8,12 139:16,17

minor's 137:9

minors 38:1 76:13 197:5

minute 119:7,10 129:9 164:16 176:7,9 184:13

minutes 33:21 46:8

miscommunication 28:21

misentry 155:2

mismatch 155:7

missing 194:9,12

misspoke 171:8 203:10

mixed 16:4

moment 40:15 73:9 147:15 148:17 156:6 160:22

moments 69:18

month 15:22 18:13

months 15:23 18:5 180:1

morning 8:6

mother 111:7 122:23

motor 9:23 32:6

move 74:10 120:20,24 180:21

moving 35:2 44:24 51:13 60:4 70:21 91:2 102:19 125:16 141:6 188:2

multiple 164:1

## N

names 12:22

narrative 134:5,6,10, 18

national 16:3,10 17:2, 4 183:14

Naturalization 130:20 147:11 150:14 151:11,12

nature 74:4

navigate 161:14

necessarily 19:12 24:21 33:24 186:23

necessity 167:15

needed 37:20 62:22

neighbor 109:18,21 111:11

non-ohio 75:11 104:24

non-u.s. 25:23 53:4 54:9,12 68:3 112:6 113:18 115:16 116:1 130:17,18 179:5 185:16

noncitizen 59:16 69:17

noncitizens 23:4 27:19 52:19 57:13 67:1 68:13 93:7,12 150:13 174:12 178:8, 9,22 196:18

nonexempt 23:12,16

nonrenewable 115:17

nontransferable 115:17

Norman 8:8,9 12:11 26:6 100:8,10

notes 134:11

notice 13:11,19 21:12, 13 22:3 82:13 83:5 95:18,21 96:8,9,12,15, 17,22 97:8,9 98:15,17, 22,24 99:3,5,8,11,15, 18,20,21 106:20 111:15 112:18 146:3, 11 158:14 168:16 172:7,8 194:17

notices 97:12 99:19

notified 137:16 172:10,17

number 22:16,17

40:11 52:8 54:24 55:1 56:17,18,19 57:8,19 58:5,8,20,21,24 67:14 75:6,13 93:18 104:16 105:11 113:20 114:8 116:21 117:7,13,16,17 121:22 122:11,13,15, 16,20 124:21,22 144:16,24 146:12,16, 18 147:9,13 148:15 149:14,19 156:18 160:23 161:18 162:19 165:6 175:17,21 176:11 177:1 184:22, 24 185:4,19 191:12, 14,16 202:22 203:13, 15

number's 136:10 185:13

numbering 74:23

numbers 55:1 56:6 57:17 151:4 161:2

## O

oath 11:4 39:7

object 35:22,24

objected 203:19,20

Objection 32:24 94:17 176:14

obligation 110:3

obtain 53:5 194:9

obtained 102:1

obtaining 105:2

obtains 116:21

occasion 97:15 108:23 190:3

occur 41:13

occurred 44:19 160:23 204:12

occurs 157:2

offer 46:22 50:8

offered 46:4,9,18

office 11:19,22 12:9, 16 29:3 34:10 41:10 94:23 157:14 165:16

166:14,22 167:10
193:1,10 199:7,18
205:6

**officer** 98:2

**offices** 193:4,8,14

**official** 98:4,7 103:14

**officials** 33:3,13

**oftentimes** 66:4 70:6,
24 71:10 74:2 82:23
84:10 89:9 90:24
134:8 154:4 190:23

**Ohio** 14:9,11,17 15:1
16:3 37:12 43:6 75:2
77:18 78:9,22,23
104:14,18,19,20,21,23
105:3,5,8,9 106:11
107:13 110:14 116:8
117:5,6,8,9,11 121:21
124:8,16 125:5 131:24
132:15 138:21 141:9,
10,11 142:9,20 143:12
149:20 157:23 163:12
170:12,22 171:9 175:1
182:4,9

**older** 198:21 204:24

**oldest** 202:13

**on-site** 65:8 170:15
187:2

**one's** 71:20

**online** 132:18 184:19

**open** 145:24 146:3,8

**opening** 45:4

**operating** 41:4

**operation** 12:21

**opposed** 52:22 55:18
77:3

**option** 55:2,13,18

**options** 72:16 78:12
152:13

**ORC** 110:3

**order** 8:19 153:18

**out-of-state** 61:19
75:12,15 77:20 78:23
104:15 105:6,10,16,17
117:12 122:6,18

142:15

**outage** 61:2

**overnight** 158:1

**oversight** 24:22 34:13

**owned** 157:21

---

**P**

**p.m.** 140:15 141:3
205:13

**paid** 96:23

**paper** 19:12 85:23
114:22,24 158:6 166:7
171:12

**paragraph** 37:6,8
38:11 40:19 43:1 48:5
80:3,6 150:16

**paragraphs** 71:22

**parent** 106:1,14
107:4,7,9,15,19 108:4,
5,12,16,17,19 109:2
110:6,19 111:2

**parents** 107:16
109:15 110:10

**parolee** 85:16 91:12

**part** 24:21 62:19 66:20
116:2 141:16 149:22
164:23 171:22 200:7

**part-time** 15:17

**participate** 36:11

**participated** 25:18

**participates** 47:3

**passed** 88:1 142:3

**passes** 24:17 34:7,8,
12

**passport** 91:22 92:5,
20 144:16 149:11,14,
17,19,20 174:6 181:11
184:1,7,8,9,15

**passports** 181:12

**pay** 141:22

**payment** 158:17

**PDF** 72:9

**PDPS** 183:11,13

**pending** 9:18 90:19
168:15 171:13,20
172:7

**people** 33:7 34:2
36:10 48:3 75:19
133:21 144:17 160:20
163:19 172:3,10,16
174:14 175:4 178:8
196:8,24 199:13

**per-transaction**
142:1

**performed** 41:7

**period** 18:18 36:22
135:22

**periodic** 28:24 41:13,
17

**periodically** 29:5

**permanent** 90:21
91:1 115:18 116:9,11
147:16

**permanently** 18:13
24:6

**permit** 90:19 137:3
177:22

**permits** 93:8,13
101:15

**permitted** 84:3
106:19 108:13 126:18
131:2 159:3 176:3
194:2,3 196:4,9

**person** 70:8,12,18
97:23 107:13 108:3,16
110:2 111:10,12 122:5
125:20 126:5,9,10
128:20,24 131:1
133:19 138:5,11,13
144:3 147:21 149:9
153:20 156:4 163:7,
12,15 166:9,14 176:3,
22 180:8 182:13
196:3,11

**person's** 69:11
116:21 129:23 131:21
166:10

**personal** 85:5 121:18
182:4

**personnel** 18:23
26:18 39:21 45:16
51:22

**pertaining** 17:20
19:15 21:7 54:13 66:8

**Petit** 26:12,14

**petition** 82:15

**phone** 17:19 40:11
54:24 55:1,9,16,18
58:3,16 66:5 73:23
74:2 118:19 134:11
135:24 197:8,11,12,
16,17

**photo** 147:18 148:10,
19,21 149:1

**phrase** 183:11

**piece** 197:11

**place** 92:8 94:1 95:1
150:23 173:9

**Plaintiffs** 8:8 12:3
74:18 169:8

**Plaintiffs'** 35:3 38:20
62:5 80:3 81:22
102:23

**point** 17:5 60:17 64:2
79:16,18 138:2,11
139:8 143:11 167:14
170:1 183:13 205:7

**points** 46:4 61:14 97:2

**policies** 19:4 24:15
25:17,20,22 29:10,18
45:21 164:2 173:9
188:3

**policy** 25:13 45:16
48:11 68:8 70:22 73:2
77:6 79:20 88:12,18,
21 92:7 94:1,3,4,16,21
95:2,5,7,9 106:4
108:11,14,20 109:12
110:4 113:9 114:7
124:24 125:12,19
131:16 163:24 164:4,
12,14 170:13 173:10
175:10 177:18,21
178:6,15 188:7,20,23
189:1 190:18 197:19
198:20 200:5,9,18,19,
24 203:17 204:2,5,6,
11,13,16 205:4

political 32:22 33:4
85:4

pop 144:3

portal 27:24

portion 58:2 62:18
74:15 80:16 82:6
103:2 124:11

position 17:1,17,18
18:12 24:8 26:9 30:17
51:15,23,24 52:7,8,13
65:23 179:6,11

positions 15:15,16
32:20,21

possess 38:16

possession 114:12
126:23

Possibly 177:4 201:8

post 157:3 168:18

postal 16:2,5

potential 165:7

Powerpoint 66:10

PPR 90:6,18 91:23

practice 38:13

practices 24:19,20

pre 173:18

preceding 64:21

predated 199:5,8

predates 199:1

premise 18:24 145:12
146:20

preparation 11:16,20
13:6 35:17 200:7

prepared 11:17

preparing 16:19

prescribed 45:3

presence 26:20
27:12,18 28:15 37:21
45:8 63:4,14 65:1,13,
20 66:8 73:15 75:5
76:17,21 81:9,11
87:20 88:9 90:11 91:8,
14 101:13 102:1,18
104:22 116:7 125:18

126:7,8 127:3 130:8,
10 131:12 133:22
134:14,16 136:5,6,16
138:11 141:12,19
142:6,8,11 144:17
164:18 165:2 174:4
176:2,4,22 177:13
180:3 181:2,9,13,19
183:21 184:9 190:13
195:1,13,15 196:20
197:14 198:22

present 73:9 76:16,20
84:10 90:12 91:8,13
92:3,16 102:6,14,15
104:15 105:7,10
108:22 109:16 116:3,
11 124:8,17 125:17
129:7 133:23 141:13
144:4 145:24 151:2,15
153:15 162:8,15,22
177:23 180:8 186:16

presentation 151:21

presentations 120:6

presented 12:17
47:11 59:8 73:15 80:7,
9 105:1 128:13 130:8
143:23 146:1 153:13
160:20 163:8 173:24
176:1 182:5,10

presenting 92:15
105:4 130:19 142:12
146:10 149:15 170:24
174:5,9 175:22

presents 80:12 84:16,
19 87:19 89:2 101:12,
16 102:4,5 126:5
131:11 137:7 142:14,
19 151:12 153:12
165:1 184:24

pretty 147:7

previous 77:11 98:2
118:8,11 129:5 138:18
173:2 204:19

previously 13:24
117:22 141:14 142:10
185:20 193:24 196:15
199:11

print 129:20 133:8
168:20

printed 20:23

prints 129:19

prior 45:4 68:9 92:8
94:1 171:19 182:22
187:9,10,12 203:2
204:12

privately 28:4

privy 44:16 64:6 65:14
189:14 204:8

probationary 138:9

problem 128:23
130:24 183:13

procedure 25:9 27:21
45:10 71:14 74:16
81:5 82:5 95:1 117:2
119:11 159:7 160:2
190:19 200:1 202:13

procedures 25:10
41:2 42:12 61:20 64:4
69:12 110:22 128:15
159:18 168:8,9 169:9,
10 170:3 181:24 188:3
201:6

proceed 18:1 26:4
64:14 194:10

proceeding 103:15

process 19:14 20:21
21:6 25:21 34:3 36:13
42:12 60:12 79:19
85:2 129:17 131:4,5
150:9,10 154:7 156:24
157:1,13,21,23 158:1,
3 159:8 160:17 165:21
167:3,4 170:2,23
171:18 181:11 184:23
185:6,21 187:21 191:8

processes 41:2
172:20

produced 11:16,24
12:3 13:20

produces 34:21

production 39:17
124:20

products 47:1

proficient 47:16 48:2,
14

program 10:6 30:14,
16

progress 132:22

prohibition 192:1

promoted 18:7 19:24
67:17

proof 63:6 74:16,19
75:2,4,5,6,12 77:14,19
78:5,9,18,22,24 80:16
82:3 84:8 85:22 98:16
101:7,12 104:16
105:4,7,8 112:3
113:11 116:7 117:14
124:6,8,11 137:24
142:19 162:16 176:2
197:13 198:22 200:1

proper 128:7

properly 9:5

prove 80:10

provide 16:23 17:23
25:4 38:9 48:12 50:20
51:7 59:23 75:1 106:2
128:11 155:14 157:4,6
177:7,15 180:19 191:3
203:5

provided 13:18 16:18
22:4 28:1 40:10,13,17
46:1 49:6 52:1 55:15
62:14 74:17 97:20
101:8 117:20 135:6
156:7 166:21 167:9
168:14 169:7 170:21
172:7,8 187:14,17
191:1,4,6 201:16
202:8,18 203:8

providing 19:5 51:20
52:17

proving 106:3

public 14:19 50:15
53:21,24 54:4,7 56:6,
10,11,13,14,24 118:19
120:2 191:15

publications 34:16
201:19

pull 154:22 202:20

purpose 17:16 32:10
60:8 77:7 119:24
141:6,8 145:16 160:1
162:19 176:4 185:22

purposes 85:13 96:19

105:2 159:1 171:1
181:5,16,20 189:23,24
190:5 195:19,20

**pursuant** 37:11 84:17
89:11

**put** 58:14 60:2 70:24
95:1 152:9

**putting** 16:21

---

**Q**

**qualify** 179:22

**quality** 143:18

**quarter** 58:1

**queries** 53:20

**question** 8:21,22 9:8,
12,13,17,18 31:5,6
33:3 59:4,17,21 63:12
64:15 101:8,11 106:7,
16 108:3 110:5 113:3
120:24 126:2 135:7
142:17 148:10 151:10
164:23 169:9 176:15
177:9 182:9 184:6
188:15,17 203:16,23

**question's** 150:18

**questionable** 80:10,
13,22 81:3,6,13,16

**questions** 10:20 11:4
21:7 53:9,23,24 54:8
57:16 60:11,20 61:8,
20 64:24 65:13 66:7
69:1 81:12 108:6
118:20 120:2 135:21
183:23 192:13,15
193:11

**quick** 65:7 185:6

**quickly** 153:23

---

**R**

**ran** 151:22

**reach** 188:12 191:9
193:7

**read** 13:18,21 37:6
38:5 43:2 61:14 66:2
80:5 82:9 91:19 95:16

102:3 110:23 119:10
125:2 188:16,18

**reading** 124:2

**ready** 11:14,15

**Real** 76:10,11,15,19
93:8,13,14,17,20
170:5 174:2 179:16,
20,22

**reason** 10:19 44:15
72:22 73:4,5 119:14
126:18,20 128:2,3
137:10 159:8 173:22
174:19 177:16 178:21
189:8,10 194:7 195:13

**reasonable** 48:6,8,17

**reasons** 64:8 82:14
127:21,23 156:17
189:13

**recall** 52:10 97:6
121:3 123:7,23 124:1
125:15 188:6 200:15,
16 201:2,8,14 202:4,9

**receipt** 96:13,21,23,
24 97:8 99:20 146:11
167:23,24

**receipt's** 168:3

**receipts** 168:6

**receive** 43:21 55:9,20
56:1,9,12,24 58:3
65:17 66:5 74:1,4 87:2
88:18 90:15 120:5
131:9,24 132:8
133:10,14 152:19
158:22 167:13 191:2
193:16

**received** 22:6 29:9
64:10 130:3 133:5
186:5,14 187:2

**receives** 158:16

**receiving** 68:23

**recent** 22:6 47:12

**recently** 118:6

**recess** 81:19 120:22
140:14 205:10

**recognize** 86:22
136:1 145:9

**recognizes** 158:1

**record** 32:9,14 62:21
65:17 85:24 126:22
129:4,23 134:23
140:10,12 160:6
188:18 196:14

**records** 32:9 135:15
164:10,13 200:3
204:4,15

**reenter** 155:3

**refer** 53:4 76:1 89:6
97:1,4 154:20 159:17

**reference** 51:20 72:1

**references** 10:11

**referred** 13:4 41:6
56:8 63:7 67:8 83:3,6,
7 101:23 107:12 134:1
162:19 163:24 166:3
171:15

**referring** 9:23 33:9
113:3 154:14 156:10
166:9 202:22,24 203:1

**refers** 42:11 89:8
145:14 167:22

**reflected** 121:15
122:7 134:17

**reflection** 106:4

**reflects** 130:22

**refugee** 83:13,17
84:1,11,17,22,24 85:1
87:19 88:8 89:5,15
90:11 92:14,16,17
93:5,18,19 94:9 98:12
101:12 102:3 119:9
121:1 131:11 135:16,
17,24 144:22,23
145:4,10,17 146:5,9
147:2,6 153:15,16
160:20 161:20 162:5,
8,14,21 163:2,4,5,6
164:15,17,24 175:5,8,
14,24 177:13 178:1
179:24 180:11

**refugee's** 89:10

**refugees** 68:16,20
84:8,9 85:12 92:13
93:6,11 126:24 135:21
161:5 174:23 175:4

197:3 198:20

**refund** 158:22 159:1
167:20

**refuses** 110:13
138:20

**regard** 136:5 189:2

**registrar** 12:10,12,13
19:6 25:9 26:5,15
27:20 28:11,20 29:13,
21,22 30:10 31:8,15
33:11,22 36:7 39:22
41:4 42:2,22,24 43:7,
8,11,13,16 44:6,20
45:4,10 46:23 49:3,5,
10,14,15,17,20,22
50:2,4,20,24 54:5 55:5
59:7,9,20 61:12 63:20
65:4,9 68:2 69:21,24
70:23 71:14 72:23
73:13 74:7,16 79:12
80:17 81:1,8 82:4 87:3
102:12 111:21 114:1,
2,6 119:11 121:11,13,
17 125:17 126:6 127:8
128:8,10,14,22 129:16
130:6,11 132:3 133:2
134:4 135:4 143:24
148:3,12,24 152:7,10,
18 153:1 154:1,19
157:3,4 158:14,16,24
159:13 165:3,18
166:13 167:16,19
168:19 169:19 172:13,
18 176:9,24 181:17
183:9 186:11,15,19,22
187:2,19 194:22,23,24
195:1 200:1,22 202:13
204:3,19

**registrar's** 11:22 12:9
29:3 34:10 38:16
41:10,21 44:14 48:22
72:18 94:23 157:14
165:16 166:22 167:10
199:7,18 205:5

**registrars** 17:23
20:24 21:7 25:22 26:3
27:17 28:3,10,18 29:1,
17 30:11,12 35:12,21
36:2 37:11,16 38:9
41:7,11 42:20 43:5,18,
21 44:21 45:17,18
46:10,18 47:19,21
48:1 51:8,11 52:18

53:21,24 55:10,15,18, 22 57:12,15 60:10,18 62:15 66:15 68:24 69:2,16 71:3 72:6,13 80:21 86:15 87:15,16 101:15 107:21,22 108:1,24 119:18 126:16 127:6,11 136:18 137:11 140:6 142:23 143:20 147:20 150:4,7 152:20 153:3 159:3,5,24 171:17 181:4 186:16 187:22 191:21 192:5,7 193:7, 16 194:4,20 195:12,14 196:19,23

**registrars'** 47:14 149:23

**registration** 53:6,15

**regular** 46:9 115:18

**regulation** 124:24

**regulations** 43:6

**reinstatement** 53:14

**rejected** 137:22

**rejection** 99:9

**relate** 32:2

**related** 11:17 19:16 21:3,5 23:3 25:13,20 27:17 28:13 51:4 52:9, 20 54:8 59:16 60:11, 15,20 61:3,8 63:10 65:2 66:6 67:5 118:21 127:23 132:11,19 152:5 170:4 178:21,23 181:13,19 183:20 189:13 190:5,13,15 192:16 193:10 195:12, 21 197:9 198:13 203:9

**relating** 52:22 183:23 204:4

**relation** 58:8

**relationship** 106:3 121:21 122:22 123:17

**relayed** 56:14

**remained** 18:17

**remember** 202:15 204:10

**remind** 11:7

**renew** 150:22 151:1

**renewed** 151:16

**reopen** 99:16

**rep** 72:24 73:7 192:15

**repeat** 9:9 76:18 175:3

**rephrase** 9:10 44:5 51:6 107:21 125:11 141:15 159:22 164:22

**replaced** 33:13

**replacement** 82:16, 17,20,23 83:2

**report** 70:3

**reporter** 8:17 33:2

**reporting** 161:1 162:18

**representative** 28:5 29:14 30:11 31:14,16 41:20 46:21 64:11,13, 17,22 65:5 128:9

**representatives** 44:1 64:24 65:12,16,19 66:17 69:15,24 70:9, 11 72:13 192:12

**reps** 73:4 192:18

**request** 39:17 73:19 100:21 101:6 147:24 148:12 202:17,19 203:2,11

**requested** 12:1 16:21 188:18

**requesting** 32:15

**requests** 39:9,15 100:14 124:19

**require** 47:24 104:12 116:10 126:16 137:10 155:16 160:5 194:4

**required** 26:20 27:13 37:12,15 42:5 43:5 45:18 47:14 48:19 60:13 63:20 64:4 77:1, 12 80:9 81:10 103:8 106:2 112:4 113:17 128:12 130:13,15 133:20 136:8 139:19 144:8 152:1 155:24

159:21,23 161:15 173:20 177:19 181:7 184:15 185:14 195:3

**requirement** 38:14 48:7,15 78:5,21 92:3 93:4,23 94:8 115:8,11 150:21,23 195:6

**requirements** 23:4 27:12 37:9,19,24 38:1 42:8,10 48:19 51:22, 23 52:19 54:12 57:13 66:24 67:5 76:12,16, 20 77:22 78:15 79:1 90:3 91:18,19 92:12 124:4,5,10,13 139:21 144:6 151:24 170:8 185:17

**requires** 151:2,20 156:12,16 158:4

**rescheduled** 99:12

**reside** 104:21

**residency** 90:19,21 149:17

**resident** 75:11 78:21, 23 79:2 91:1 104:15, 18,23,24 105:9 115:19 116:10,11 147:16

**residents** 78:16

**residing** 104:19

**resolution** 44:10 50:17,19

**resolved** 74:8

**respect** 141:9

**respective** 11:22 134:11

**respond** 8:21

**responding** 64:24

**response** 65:7 101:8 108:9,12 127:24 131:9 133:4,5,6,7 152:6,8,9, 11,23 154:4 156:15 157:6,9 165:13 166:12 169:8 177:4,6,8,15 178:3 180:9,20 182:8 187:19 190:24 191:3

**responses** 35:20 39:8 100:8,9 152:14,16,17,

18,23 153:1,24 166:4 177:7 180:18 202:20

**responsibilities** 16:6 17:14 18:23 20:12,13, 14 22:23 30:19 32:1,2, 5

**responsibility** 28:10 31:7 109:19

**responsible** 29:16 53:11 106:12 107:12 110:2

**rest** 169:17,21

**restart** 153:18

**restate** 176:17

**restored** 62:3

**restricted** 112:5

**result** 21:21 44:4

**resulting** 174:14

**results** 133:1 160:7

**retained** 164:3,11

**retention** 79:20 137:21 163:24 164:1, 4,12,14 197:19 200:5, 24

**retired** 14:3,4 20:8 98:1

**retirement** 98:3

**return** 76:23 77:10 96:24 102:11,16 147:24

**returned** 147:22

**Returning** 181:22

**returns** 148:16

**reverify** 158:3

**review** 13:9,10,13 24:17,20 25:2 28:16 34:5 35:16 71:7 72:10 122:1 158:8

**reviewed** 11:20 12:2 13:5 22:2,4 39:8 100:18 124:12

**reviewing** 8:15 16:17 25:18 29:19 34:2

revise 117:4

revised 106:11 107:13
125:5 201:11

revision 22:6 200:15

revisions 41:17

role 24:3,15,16 52:4

roles 26:24

roster 38:5,10,18,19
39:24 40:5,9

roster's 40:3

roughly 51:17

roundtable 41:9
42:17 47:4,5 186:13,
17,20

roundtables 42:19
46:8 87:4 171:16

row 88:7 89:1,3,4,16,
20,22 90:2,4,5 91:2
93:3,23

rows 89:3 91:11

rule 11:8 21:13 22:2
125:5

rules 8:16

run 130:11,13 131:22
143:20 149:12 150:14
151:4,13 160:19
163:13 172:3 173:20,
21 174:13,24 175:6

**S**

Safety 14:20

sale 143:12

sample 45:23 86:7
87:8

sat 11:18

save 10:5 20:13 26:1
60:16,19,21,22 61:4,8
67:6,22,24 68:7,13,21
127:24 129:14 130:9,
12,15,21,22 131:9,14,
18,22 132:23 133:14
141:7,8,11,16,17,22
142:6,21,23 143:1,3,
21 144:1 149:12,24

150:6,8,15 151:5,14,
22 152:13,14 154:4
159:21,23 160:3,4,7,
10,15 163:14 164:20
165:4,12,17 166:1,4,6
167:6 168:1,12
170:17,19,22 171:1,4,
13,20 172:4,7 173:21
174:7,13 175:1,6
176:8 178:23 179:1
180:23 181:1,9,14
185:9 187:6,7,16,18
188:10,12 190:5,8,15,
17 191:1,10,11,20
192:9,21

saved 135:11 139:11

saves 167:12

scan 75:23 76:24
79:6,8 114:8,21
128:14 195:20,22
196:1

scanned 77:2 79:11
112:2,4,5 113:7,12
114:9,15,24 115:7,9,
14,19,21,23 116:4
136:23 181:7 182:6,11
185:14,17

scanner 79:11

scanning 79:10
181:20

schedule 193:13

school 14:23,24 15:3
17:6,7

scope 33:1,15 35:23

screen 123:5,8,12
144:2,5,9 145:16
148:2,5,13,20 150:19
154:21 161:13,14
166:11 180:2

search 135:13,18
160:19 161:16

searching 135:14,15

second-to-last 39:5
100:10

Secretary 47:11

section 12:21 14:2
17:19,20 18:22 19:1
22:19,24 23:1,20 27:5,

10,11 31:24 37:5
45:15 49:5 53:3,15,16
56:15 61:13 70:10
71:9 72:1,11 74:17,19
80:17 82:3,4 83:11
89:11,18 101:7 103:6
104:14 106:11 110:12,
23 111:1,3,6 113:4
118:16,17,18 121:10
124:12 134:5,6,10
165:20 168:4 181:22
182:3 183:10,18
184:12,19 200:2

sections 26:21 27:1,
4,14,22 53:13 186:3
189:12

Security 58:20 75:6,
13 86:1 95:24 96:3
104:16 105:11 116:17,
21,23 117:7,13,15,16
122:16 151:4,6
184:19,22,23 185:1,4,
12,18 189:4

seek 87:8

seeking 85:4

sees 155:11

seize 159:13 160:1
195:12,18

seizure 159:16 160:5

select 90:6 91:23
148:7 161:11,12
162:5,16 163:2

selected 35:21 161:24
162:12 182:10

selecting 63:22 181:6

selection 163:1

send 41:18 43:24
129:18 131:6 145:6,10
148:11 149:24 150:7
158:4,7

sends 147:23

sense 106:24 183:8

sentence 38:6 40:22
43:3 80:5 82:10

separate 111:8
128:14 163:1,6

serve 78:8

service 16:3,5 17:11,
12,15 18:4,8,9,16 20:1
22:13,21 23:15,17,21,
23 51:14,21 52:16
53:10,17,22 54:2
173:7

Services 52:2 96:1,4
143:6

serving 74:24 78:20
79:1

SESSION 141:2

sessions 11:19

set 37:24 100:7

sheet 116:17 133:15
162:1 167:6 168:12
170:17,19 171:4,6

short 71:22

show 37:20 71:9
73:15 75:8 84:8 92:20
103:8 107:4 122:7
125:18 126:7,23 129:1
134:16 137:19,23
198:21

showed 136:6

showing 63:13 129:2,
6,24 133:11

shows 49:9

sic 13:23

side 49:24

sign 35:12,13 39:7
106:19 110:13 111:18
112:20 138:20 140:1

signature 100:11
101:1 123:16,17

signed 114:19,21

significant 58:5,7

signing 100:19
110:17 139:3

signs 44:20

similar 31:15 171:6
172:21 173:11

similarly 185:8

simply 156:11

**sit** 66:4,10

**situation** 48:9 50:8 73:10 147:1 162:13 190:23

**situations** 69:14

**sizes** 202:10

**slightly** 22:7,22 77:22 96:14 124:12

**small** 57:8 147:7

**social** 58:20,24 75:5, 12 104:16 105:11 116:16,21,23 117:7, 13,15,16 122:16 151:4,6 184:19,22,23 185:1,4,12,18

**sole** 87:20 88:9 90:11 164:18 165:2 176:1,4 180:3 185:22

**solely** 160:3 184:8

**solution** 16:23 17:24 50:20,22

**solutions** 60:11

**sort** 33:7 51:1 73:21 80:24 86:17 119:23 129:3 135:20 153:2 155:1,2,3 164:2 187:20

**sorted** 161:19 162:4,6

**source** 16:13 125:1, 10

**Southington** 14:24

**speak** 13:22 22:15 24:9,12 30:22,24 31:13,23 32:5 36:23 37:3 38:14 40:3,6,15, 18 41:10 43:18 44:8 45:20 47:18 51:18 67:14 69:18 71:19 77:5 81:6 83:15 84:14 85:9 87:1,4,5,12,13 88:20,24 92:7 93:21 94:3 107:2,18 109:9 114:7 118:16 120:8 127:8 141:20 142:4 157:11,22 168:2 172:19 173:1 174:17 180:17 186:14,18 189:11,17 194:22

**speaking** 11:9 42:7 87:3 160:3 184:6

**speaks** 49:19

**specialized** 53:3

**specific** 121:3 123:23 124:1 136:7 190:18

**specifically** 23:2 31:17 52:4 53:4 76:13 136:4 184:7 186:5 189:2 197:3,6

**spit** 152:24

**split** 18:22

**spoke** 64:12 94:22

**spoken** 14:2 50:14 73:11

**spot** 96:15

**spreadsheet** 135:20

**square** 89:9

**SSA** 185:11

**SSN** 78:24

**staff** 12:13 19:18 28:5 29:2,3 38:15,18 41:22 42:2,20,23 46:5,10,21 47:9,10,11,14 48:23 49:17,20,22 50:1,4 51:22 54:5 87:3,17 120:1 126:6 128:9 149:23 185:24 186:2, 11,14,19,23 187:2 188:4

**staffs** 38:17

**stage** 131:3

**stamp** 88:8 89:5,8,9 91:3,12 93:5 94:9 149:17 175:14

**stamped** 82:9 89:20 165:9

**stand** 90:18 143:5

**standard** 77:3 78:15 113:15 172:14 174:10 179:8

**standing** 65:3 73:14

**stands** 83:18

**staple** 113:21

**start** 8:15 22:12 26:8 144:23 153:6 155:3

**started** 15:24 17:8,10 169:22 199:21

**starts** 37:5,9 43:1 45:16 76:24 144:1

**state** 10:17 28:6 31:19 36:1 39:20 47:11 55:22 75:3,18 105:12, 21 108:12,15,21 110:9 122:19 123:20 124:22 139:16,18 140:8 142:16 183:17 191:16

**stated** 93:4 94:22 95:10 99:19 120:17 125:4 174:2 192:12

**statement** 117:4 154:15

**states** 16:2 38:5 55:4 75:1 85:11,22 86:2 93:8,13 97:7 105:24 106:12 110:12 113:10 124:3,22 144:24 167:20 174:24 181:12

**stating** 39:8 73:3 110:18 158:14

**station** 30:23 31:10, 12

**status** 26:19 28:14 65:21 75:20 83:21,23 84:2,6 88:3 89:7,16 90:24 91:1 92:4 102:2 105:14 109:16 119:9 129:24 131:10 132:13 141:12,19 145:10,13 156:8 157:5,7 162:14 174:4 175:5,15 178:1 180:10,13,17 196:13

**statuses** 29:11

**statute** 125:4

**stay** 60:4 73:23 83:22

**staying** 164:16

**stays** 79:15

**steady** 67:18

**step** 131:5,14 155:9, 12,17 157:2,3,13,20, 24 158:4,9,11 164:19 165:17

**steps** 131:18 155:21 159:21,23 160:15 163:14

**stored** 40:4,5

**street** 39:23 75:6 105:8

**structure** 141:20

**student** 180:11

**studies** 15:9

**study** 15:7

**studying** 15:17

**subject** 53:12 58:10 59:14 124:3 134:3 178:22 197:19

**submissions** 160:7

**submit** 45:18

**subsection** 106:24 107:11,14 110:22 138:19

**substantial** 67:3

**successful** 158:15

**successfully** 154:17 160:14

**successor** 68:6

**suffice** 75:16

**sufficient** 63:13 80:7 125:18 138:10

**sufficiently** 80:10

**summary** 134:8

**superiors** 16:20

**supervisor** 13:24 14:1 19:21 20:2,3,16 30:21 31:10,12

**supervisors** 31:22 34:7 44:2

**Support** 61:12

**suppose** 64:7

**supposed** 49:18

72:16 86:17 190:19

**suspension** 118:20
183:16

**suspicious** 122:2

**switch** 129:9

**switching** 44:24

**swore** 100:13

**sworn** 8:2

**system** 26:1 40:4
43:20,24 58:9 60:16,
23,24 61:2 71:5 72:8
74:23 79:9,15 103:11
129:1,12,18 136:1
137:14,19 138:2
139:12 141:7,8,11,18,
23 143:1,4,7,12 144:1
149:13 151:7,22
154:4,6 162:18 165:4
166:2,3 172:23 177:2
180:23 181:1 183:14
185:11 187:5,7 191:20

**systematic** 10:3
158:3 179:1

**systematically**
187:23

**systems** 26:2 27:6,9

---

**T**

**table** 74:24 88:6 91:17
152:3,4

**takes** 44:12 74:4
132:4 191:8

**taking** 8:9 191:5

**talk** 8:23 130:7 157:12
184:12 199:4

**talked** 33:12,20 72:12
178:13,17

**talking** 10:6 129:9
147:2 161:17 178:5
199:9

**task** 32:14

**technical** 156:15

**technological** 61:1

**telecommunication**

56:15 120:1

**telecommunications**
118:15,17 119:16
120:12 189:15

**telephone** 56:6 58:13,
15

**telling** 154:19

**template** 37:1 45:24
46:1,4

**templated** 46:24

**temporarily** 18:13
24:5

**temporary** 78:16,20
79:2 137:3 149:17

**tend** 54:7

**term** 23:18 30:16
160:13 161:20

**terms** 36:4 59:18

**testified** 8:13 52:16
86:14 136:20 141:14
150:12 186:1

**testify** 46:14

**testifying** 10:9,14
161:4

**testimony** 11:1 134:2
205:12

**testing** 48:18

**text** 145:24 146:4,8
155:18,19

**theoretically** 135:19

**thing** 23:5 28:15 52:6
65:21 71:23 86:24
184:16 204:7

**things** 9:4 10:12 15:10
25:7 29:20 32:3 52:23
87:11 118:21 144:15

**thinks** 81:1 195:2

**thought** 198:6

**three-step** 131:5
157:1,13,21 167:3

**THURSDAY** 141:2

**Tiffany** 201:22 203:7
204:23 205:7

**time** 18:15 20:8 36:22
57:18 65:7 71:4,12,20
88:19 102:10,15 117:8
119:6 131:8 135:22
142:11 150:21 151:1,
15,19 152:21 153:8
156:6,20 160:22
165:12 166:6 168:18,
20 173:6,10 175:20
181:8 182:7,14,15
189:18 191:6 199:2

**times** 132:5

**TIPIC** 137:4,6 138:8

**title** 17:9 95:16 98:5,7

**titles** 53:16

**today** 8:10,17,19
10:21 11:4,9,14 13:6

**Todd** 42:8

**told** 64:16 127:1 132:9
164:21 196:18

**Tom** 13:1 29:4 34:9
70:19 199:6,14

**top** 33:7,9 55:4 56:7
82:10 91:18 95:16,19,
23 157:11 162:1,2
169:10

**topic** 22:11,12 34:6
35:2 44:24 51:13 60:4
70:21 74:10 81:21
101:3,4 102:19
120:18,20 121:1,4
125:16 130:22 136:14
141:6 178:5 188:2
191:19 195:10 197:9,
10 198:3,5,19

**topics** 10:9,14 22:9,10
47:12 193:24 198:9

**tops** 154:5

**touch** 165:19

**touches** 27:2

**track** 58:9 126:17
127:7 133:21 137:11
166:4 196:8

**tracked** 43:23 65:16
127:16,19 129:11
136:5,17,22 163:19,20

**tracking** 127:12

**time** 129:12,18 135:2 166:3
197:10

**train** 29:7 41:23 87:17

**trained** 29:23 86:21
186:19

**trainers** 47:8

**training** 27:16 28:2,7,
8,12,16,23 29:9 40:20,
23 41:1,2,3,6,15 42:1,
12 45:1,2,7,9 46:5,12,
14,17 47:15,20 65:20
66:5,10 86:15 87:2,7
120:5 169:9 171:14
185:24 186:2,5,8,12,
18 187:1 193:17

**trainings** 29:6 41:9
42:13 46:9,22 47:4,5

**transaction** 115:3,20,
21 121:11 122:2
125:23 153:7,18
165:24 166:1,7 167:13

**transactions** 80:4,6
115:15

**transcribing** 8:18

**transcript** 135:8,9,11

**transfer** 99:6

**translation** 48:19
153:3

**transmission** 180:24

**transmit** 147:23

**transmits** 143:3 145:9

**transmitted** 72:5
114:4 119:21 136:3
139:9 153:24 187:7,13

**treat** 19:2

**tricky** 58:24

**true** 22:20 25:7 39:11
57:16,20 58:4 83:15
85:12 100:15 101:17
102:9

**truthful** 11:1

**truthfully** 10:21 11:5

**turn** 36:6 38:4 39:16
62:16 74:21 77:10
100:21 117:19 119:4,8

124:18,21 129:3
151:8,9 167:21 168:10

**turned** 126:24 131:17
196:23

**turning** 56:4 61:10
78:14 83:10 85:19
87:18 105:23 110:21
178:4 184:11 195:8

**turns** 126:9

**twice-a-year** 42:17

**twice-yearly** 46:7
47:4

**twos** 23:15,17 53:22

**type** 15:6 59:19 61:5
65:17 81:11 82:21
86:5 90:13 91:17,20
93:6 96:8,9,12,15
98:15,22,24 99:5,8,11,
15,18 101:17 134:11
184:14 188:7

**types** 16:15 25:17
61:17 67:12 86:23
97:12 146:3

**typically** 28:11 53:17
54:14 59:19 63:23
71:24 74:9 149:16

**typo** 100:23 153:10
155:2

---

**U**

**U.S.** 25:23 54:10,12
68:4 77:12 84:3,24
85:8 95:24 96:3
109:16,17,18 111:11,
24 113:5,13 115:10,
12,24 130:18 142:18
147:12 150:13 174:6
175:10 179:4

**uh-huh** 9:4 111:9

**unable** 50:11 137:23
156:2 163:15

**undergo** 47:15

**underneath** 155:18

**understand** 9:8 11:3,
11 50:11 85:10 115:2
139:3 176:2 177:21

190:24 204:18

**understanding** 50:13
141:17 178:24

**understood** 9:13 81:8

**unexpired** 87:21,23
88:4 91:21 92:5,20
180:15

**unit** 69:7

**United** 16:2 86:2
144:23 174:23 181:12

**university** 15:18

**unpaid** 183:16

**update** 32:14 34:23
71:8

**updated** 22:1 32:10
34:18 41:12 71:10
72:4,8 87:5 117:21
118:6

**updates** 34:11,15,18,
24 71:1

**upload** 149:24 150:1
154:1

**uploaded** 72:9 185:12
187:6

**uploads** 143:1

**USCIS** 19:2,14 23:3
27:2 47:2 52:9 58:2
68:4,6 82:12,20 97:17,
21 117:19,22 118:23
127:24 131:6 132:12,
13 133:6 141:16,20,21
144:7 145:7,9 147:15,
22,24 148:11,16
152:8,16 153:2 154:3,
11 156:2,6 157:22
158:1,5,10 162:3,10
163:14 169:9 170:24
171:1,4,5,9,11,21
173:24 174:9 176:12
177:2,5,6,12,24 180:3,
8,9,16,18 187:13
188:10,12 189:2,20
190:11 191:6 192:18
193:1,19

**User** 121:11

---

**V**

**valid** 75:19 101:21
177:24 184:15

**variations** 97:13

**varying** 17:14

**vehicle** 32:6 53:5

**Vehicles** 9:24

**verbally** 191:7
194:14,15

**verbiage** 59:20

**verifiable** 174:5

**verification** 10:3 68:7
116:17 128:1 129:15
130:16 131:4 142:16
144:2 150:9 151:7
152:22 155:16,20
156:16 157:2 159:24
160:2,4,11,17 164:20
165:4,17 166:17 167:3
168:1,15 170:23
171:2,13,20 172:7
174:8 175:23 178:23
179:2 181:5,11,15
184:14,20,22 185:6,18
187:6 188:10,11
190:5,9,16,17 191:8
192:22

**verification's** 132:23

**verified** 60:22 68:9,21
117:7 129:15,16
131:14,23 132:2
142:10,21 151:14
153:19 154:17 156:2
158:19 160:15 165:14,
18 166:13 174:5
175:16 177:11,24
178:9 180:7,13,16
181:9

**verifies** 148:7 177:12

**verify** 130:23 136:9
141:12,18 142:6,8
145:12 146:19 149:5,
20 153:12,17 156:3,8,
11 158:2 163:15
173:24 176:12 177:2
178:7 180:4 191:6

**verifying** 146:14

**version** 72:5 117:22
118:9,11,13 152:19
200:14,18 202:6,13

**versions** 199:24
200:22 204:24

**versus** 58:3 72:19,24
77:23 96:22 124:13
149:6 204:6

**Visa** 91:22 92:5,21,23
144:16 184:14

**vision** 34:13

**visitors** 86:1

**volume** 67:18

---

**W**

**wait** 8:20,22 74:7
193:12

**waiting** 158:22

**waiver** 97:8 99:20

**walk** 153:20

**walks** 158:18

**wanted** 21:24

**warrant** 90:24

**warranted** 204:14

**Warren** 14:9

**ways** 172:17

**website** 56:22 132:22
187:17,24

**week** 22:5 55:21 57:9

**weeks** 21:24

**white** 113:21

**who'd** 145:4

**Wilson** 13:1 29:4 34:9
70:19 199:6,14

**Winston** 12:15 203:4,
12

**wishing** 53:5

**word** 102:5 106:23
135:16,17,24

**wording** 22:8

**words** 9:3 84:21 90:9
134:7

**work** 14:16 16:1 18:3
23:20 27:1 29:21
33:16 44:2 48:17 49:5
50:9 53:2,7 73:18
113:23,24 114:2,3,14,
16,22 156:12 190:14
199:14 202:7

**worked** 16:2,9 44:9
98:8 199:18

**workers** 54:3

**working** 15:24 27:9
30:18 40:12 49:8
199:14

**works** 17:21 27:5,8
28:6 198:14

**write** 107:1

**writing** 194:14

**written** 45:16 122:10
126:22 188:3 204:4

---

**X**

---

**XYZ** 122:11

---

**Y**

---

**year** 15:19 18:10 33:6
41:14 57:19 67:2 76:2
109:15,17,20 144:23
145:5,18 147:3 149:18
180:1 196:18 199:12

**years** 15:5,22,23 17:3,
9 24:10 36:17,21
67:13 88:8 89:5,20,21
90:10 93:5,18 94:9
98:13 101:14 127:2
131:13 134:15 146:10
151:16 162:14,22
165:1 175:14 176:1,23
177:19 187:8 198:21
200:23