AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Community Refugee and Immigration Services, et al., *Plaintiff* v. Registrar, Ohio Bureau of Motor Vehicles, *Defendant* | Civil Action No. 2:18-CV-1189 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to the Opinion and Order filed 2/20/2020 the Court GRANTS (ECF No. 39) Plaintiffs' Supplemental Motion for Class Certification and GRANTS (ECF No. 47) Plaintiffs' Motion for Summary judgment.  This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 02/20/2020

CLERK OF COURT

_Christi M. Werner_
Signature of Clerk or Deputy Clerk