UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COMMUNITY REFUGEE AND
IMMIGRATION SERVICES, et al.,**

       Plaintiffs,

v.

**REGISTRAR, OHIO
BUREAU OF MOTOR VEHICLES,**

       Defendant.

Case No. 2:18-cv-1189
**JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER

On February 20, 2020, the Court granted Plaintiffs Badreldin Rahoumam, Gumaa Ismail Yahya Ibrahim, and Community Refugee and Immigration Services' Motion for Summary Judgment and entered judgment for Plaintiffs. (ECF Nos. 50. 51.) In accordance with that order the Court hereby **ENJOINS** Defendant Registrar of the Ohio Bureau of Motor Vehicles from enforcing the policy as described in the February 20, 2020 order, namely denying Ohio driver's licenses to individuals who hold a valid I-94, but who were admitted to the United States as refugees more than two years prior to their application for a driver's license as set forth in the Deputy Registrar Procedure Manual.

       **IT IS SO ORDERED.**

2-22-2020
_____
**DATED**

_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**